Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AGP E-GLASS CO.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3817255** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3150 Livernois, Suite 275**<br>**Troy, MI 48083**<br>Number, Street, City, State & ZIP Code | **41600 Haggerty Circle S**<br>**Canton, MI 48188**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Oakland**<br>County | **Location of principal assets, if different from principal place of business**<br>**41600 Haggerty Circle S Canton, MI 48188**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.agpglass.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**3272**___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.    **See attached Rider to Bankruptcy Petition Cover Sheet**

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2024**
MM / DD / YYYY

**X** **/s/ Carmelo Mattioli**      **Carmelo Mattioli**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Tamar N. Dolcourt**      Date   **November 14, 2024**
Signature of attorney for debtor      MM / DD / YYYY

**Tamar N. Dolcourt**
Printed name

**Foley & Lardner LLP**
Firm name

**500 Woodward Avenue**
**Suite 2700**
**Detroit, MI 48226-3489**
Number, Street, City, State & ZIP Code

Contact phone    **313-234-7161**      Email address    **tdolcourt@foley.com**

**P73425 MI**
Bar number and State

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re   **AGP E-GLASS CO.** _____    Case No. _____
                                            Debtor(s)    Chapter    **7** _____

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, Carmelo Mattioli, declare under penalty of perjury that I am the sole member of the board of directors (the "Board") of AGP E-Glass Co. (the "Company"), and that the attached is a true and correct copy of the resolutions adopted by the Board.

Date: **November 14, 2024**                  **/s/ Carmelo Mattioli** _____
                                                Carmelo Mattioli, President

**CONSENT IN LIEU OF SPECIAL MEETING**
**OF THE BOARD OF DIRECTORS**
**OF AGP E-GLASS CO.**

November 6, 2024

The undersigned, being the sole member of the board of directors (the "Board") of AGP E-Glass Co. (the "Company") waives any and all notice and requirements for the holding of a meeting of the Board and takes the following actions and adopts the following resolutions by signing this written consent:

WHEREAS, the Board has determined that it is in the best interest of the Company and its creditors to file a voluntary petition in the United States Bankruptcy Court (the "Petition") for the Eastern District of Michigan pursuant to Chapter 7 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Carmelo Mattioli, Director of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of the Chapter 7 Petition on behalf of the Company; and

BE IT FURTHER RESOLVED, that Carmelo Mattioli, Director of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that Carmelo Mattioli, Director of the Company is authorized and directed to authorize the law firm of Foley & Lardner LLP to assist with the preparation and filing of the bankruptcy case once he approves such filing.

Signature _____

By: Carmelo Mattioli

Sole Director of AGP E-Glass Co.

4880-7571-1988.3

## United States Bankruptcy Court
### Eastern District of Michigan

In re    **AGP E-GLASS CO.**                              Case No.

Debtor(s)                  Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 14, 2024**                **/s/ Carmelo Mattioli**

                                           **Carmelo Mattioli**/**President**

                                           Signer/Title

321 Logistics, LLC
423 Foster Brothers
West Columbia, SC 29172


3E Nano Corporation
74509 - 270 The Kingsway
Toronto, ON M9A 3T0
CANADA


AGP American S.A.
MMG Tower 23rd Floor
Av. Paseio del Mar, Costa del Este
Panana, Rep of Panama


AGP Europe GMBH
Arnold-Sommerfeld-Ring 16
52499 Baesweiler, Gernman


AGP PERU S.A.C.
Av. Guillermo Dansey 1846
Lima, Peru


AGP Worldwide Operations GMBH
Bahnhofstrasse, 10; Zug
6300; Switzerland


Airgas USA, LLC
780 State Circle
Ann Arbor, MI 48108-1648


Alhambra
PO Box 660579
Dallas, TX 75266-0579


Amazon
PO Box 035184
Seattle, WA 98124-5184

Amtrust Insurance
Technology Insurance Company, Inc.
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114


Ana Barajas
c/o Paul Dolberg
Ratto Law Firm
600 16th Street
Oakland, CA 94612


Arizona Department of Revenue
PO Box 29079
Phoenix, AZ 85038


Atlas Copco Compressors LLC
300 Technology Center Way
Suite 550
Rock Hill, SC 29730


Automatic Data Processing (ADP)
1 ADP Blvd.
Roseland, NJ 07068-1786


Avenue Logistics, LLC
PO Box 7410491
Chicago, IL 60674-0491


Biesse America Inc.
PO Box 19849
Charlotte, NC 28219


Big Joe Handling Systems
25932 Eden Landing Rd
Hayward, CA 94545

Brandon Nicholson
c/o Mehrdad Bokhour, Esq.
Bokhour Law Group
1901 Avenue of the Stars, Ste. 450
Los Angeles, CA 90067


Buhler Group
Buhler Alzenau GmbH
Siemensstrasse 88
63755 Alzenau GERMANY


Cabalo Logistics
Calzada del Valle 400
Edificio III, Col.
Del Valle, San Pedro Garza Garcia
Nuevo Leon Mexico, C.P. 66220


California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


California Pest Control
PO Box 692636
Stockton, CA 95269


CANON FINANCIAL SERVICES, INC.
14904 Collections Center Drive
Chicago, IL 60693-0149


Canton Township
41600 Haggerty Circle
Bldg F
Canton, MI 48188


Capital Waste Service
1450 Bluff Rd
Columbia, SC 29201

Carolina Handling LLC
PO Box 890352
Charlotte, NC 28289-0352


Carpela Industria E Comercio LTDA
Rua Senador Vergueiro
282-Centro
Sao Caetano do Sul - SP BRASIL


Cintas Corporation
PO Box 631025
Cincinnati, OH 45263-1025


City of Tracy Revenue Department
333 Civic Center Plaza
Tracy, CA 95376-4062


Comcast Business Services
PO Box 21638
Saint Paul, MN 55121-0638


Comerica Bank
PO Box 75000
Detroit, MI 48275-8084


Comerica Bank
7964 188 North Old Woodward
Birmingham, MI 48009


Culligan
46902 Liberty Drive
Wixom, MI 48393


Designetics, Inc.
1624 South Eber Rd
Holland, OH 43528

```
DTE
One Energy Plaza
Detroit, MI 48226-1279


Europartners de Mexico SA
Av. Revolucion 649
Colonia Jardin Espanol Monterrey
Nuevo Leon Mexico, C.P. 64820


FedEx Freight
PO Box 371461
Pittsburgh, PA 15250-7461


Fisher Phillips LLC
PO Box 850045
Minneapolis, MN 55485-0045


GlasWeld
20578 Empire Avenue
Bend, OR 97701


Hartford Fire Insurance Company
PO Box 850045
Minneapolis, MN 55485-0045


Helm Bank
999 Brickell Avenue
Miami, FL 33131


Hillside
24909 Haggerty Rd
Suite 200
Novi, MI 48377


Industria E Comercio De Suprimentos
Rua Senador Vergueiro
282 - Centro
Sao Catano do Sul-SP BRASIL
```

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
38275 West Twelve Mile Road
Suite 200
Farmington, MI 48331


Internal Revenue Service
STOP 8420G
PO Boix 145595
Cincinnati, OH 45250-9734


Jan-Pro Cleaning Systems of Columbia
1432 Sunset Blvd.
West Columbia, SC 29169


Jesus Valdez
c/o Roman Otkupman, Esq.
Otkupman Law Firm
5743 Corsa Avenue, Ste. 123
Agoura Hills, CA 91301


Jesus Valdez Medina
c/o Jessica L. Campbell, Esq.
Aegis Law
9811 Irvine Center Dr. #100
Irvine, CA 92618


Marcell West
c/o Lawrence Organ and Emily Kohlheim
California Civil Rights Law Group
870 Market Street, Ste. 544
San Francisco, CA 94102


Michigan Department of Treasury
PO Box 30442
Lansing, MI 48909

Michigan Revenue Department
PO Box 30442
Lansing, MI 48909


Nippon Express de Mexico S.A. de C.V.
Insurgentes Sur #1271
Piso 12 Col. Extremadura Insurgentes Alc
Benito Suarez, C.P. 03740, CDMX MEXICO


Ohio Department of Taxation
PO Box 2679
Columbus, OH 43270


Prologis LLC
615 International Pkwy
Tracy, CA 95377


Prologis LLC
Attn: General Counsel
1800 Wazee Street, Ste. 500
Denver, CO 80202


Prologis-Exchange IPC 10 LLC
IPC 10
6872 Promontory Pkwy
Tracy, CA 95377


Raymond Carolina Handling, LLC
PO Box 890352
Charlotte, NC 28289-0352


Real Clean Commercial, LLC
21 E. South St.
Tracy, CA 95376


RecruitGigs, LLC
PO Box 29647
Dallas, TX 75229-9647

Ronald Patterson
c/o Lawrence Organ and Emily Kohlheim
California Civil Rights Law Group
870 Market Street, Ste. 544
San Francisco, CA 94102


South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214-0400


Staples
500 Staples Dr
Framingham, MA 01702


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Systemp
3909 Industrial Drive
Rochester, MI 48309


TCLP
Merit Laboratories, Inc.
2860 East Lansing Drive
East Lansing, MI 48823


Tem Asure Inc.
12550 Universal
Taylor, MI 48180


Texas Department of Revenue
PO Box 149348
Austin, TX 78714-9348


Toshiba/Power Business Technology
1020 Winding Creek Rd., Ste. 150
Roseville, CA 95678

Travelers Business Insurance
One Tower Square
Hartford, CT 06183


U.S. Attorney
Attn: Civil Division
Eastern District of Michigan
211 W. Fort St., Ste. 2001
Detroit, MI 48226


UFP
Attn: Brian Schumaker
2801 East Beltline NE
Grand Rapids, MI 49525


ULINE, Inc.
PO Box 88741
Chicago, IL 60680-1741


United States Treasury
38275 West Twelve Mile Road
Suite 200
Farmington, MI 48331


Vail Haggerty LLC
12955 23 Mile Road
Shelby Twp., MI 48315


Vail Village LLC
12955 23 MIle Road
Shelby Twp., MI 48315


Vail Village LLC
41600 Haggerty Circle
Canton, MI 48188


W.W. Grainger
2501 Stagecoach Dr.
Stockton, CA 95215-7909

Waste Management of Illinois
PO Box 3020
Monroe, WI 53566

Debtor name **AGP E-GLASS CO.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   **Bankruptcy Petition Cover Sheet, Statement of Debtor Regarding Corporate Ownership and Verification of Mailing List**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 14, 2024**   X **/s/ Carmelo Mattioli**
Signature of individual signing on behalf of debtor

**Carmelo Mattioli**
Printed name

**President**
Position or relationship to debtor