Revised 02/04

# United States Bankruptcy Court
### Eastern District of Michigan

In re  **AGP E-GLASS CO.**

Debtor(s)

Case No.  **24-50838**

Chapter  **7**

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

■  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:  **AGP America S.A.**
Address:  **MMG Tower 23rd Floor**
**Av. Paseo del Mar**
**Costa del Este**
**Panama, Rep of Panama**

Name:  **Transtech Glass Investment Limited**
Address:  **2nd Floor, Gaspe House**
**66-72 Esplanade**
**St. Helier**
**JE1 1GH, Jersey**

**(For additional names, attach an addendum to this form)**

☐  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **November 14, 2024**

**/s/ Carmelo Mattioli**
Signature of Authorized Individual
For Corporation Debtor

**Carmelo Mattioli**
Print Name

**President**
Title