# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:**  24-50838 MLO

**Case Name:**  AGP E-Glass Co.

**For Period Ending:**  01/09/2025

**Trustee Name:**  (420180) K. Jin Lim

**Date Filed (f) or Converted (c):**  11/14/2024 (f)

**§ 341(a) Meeting Date:**  12/17/2024

**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CHECKING ACCOUNT AT COMERICA BANK, XXXXXX4755 | 28,793.54 | 28,793.54 | | 0.00 | 0.00 |
| 2 | SAVINGS ACCOUNT AT COMERICA BANK, XXXXXX5438 | 96,015.68 | 96,015.68 | | 0.00 | 0.00 |
| 3 | CHECKING ACCOUNT AT HELM BANK, XXXXXX4136 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | LETTER OF CREDIT WITH CITY OF CANTON AS BENEFICIARY (2896) | 70,523.55 | 70,523.55 | | 0.00 | 0.00 |
| 5 | PREPAYMENT OF CREDIT CARD THROUGH DEPOSIT CERTIFICATE CD/IRA 3006 (DEPOSIT ACCOUNT) | 70,186.99 | 70,186.99 | | 0.00 | 0.00 |
| 6 | RAW MATERIALS: RAW MATERIALS, JULY 2024, NET BOOK VALUE: $206,112.32, VALUATION METHOD: LINEAR | 206,112.32 | 206,112.32 | | 0.00 | 0.00 |
| 7 | FURNITURE AND STORAGE CABINETS AT ALL SITES.. VALUATION METHOD: MARKET | 157,435.00 | 157,435.00 | | 0.00 | 0.00 |
| 8 | IT HARDWARE: EXPENSES MADE TO REMODEL OR SET UP EACH OF THE COMPANES' SITES. MIGHT INCLUDE SOME FURNITURE OR SPECIAL ROOMS.. VALUATION METHOD: MARKET | 41,771.00 | 41,771.00 | | 0.00 | 0.00 |
| 9 | SHELVES, TRAYS, TABLES, TOOLINGS, ETC. ALL EQUIPMENT NECESSARY FOR AVO AND R&D OPERATIONS. (AVO LINES, ACV, COATERS, ETC.. VALUATION METHOD: MARKET | 2,087,865.00 | 2,087,865.00 | | 0.00 | 0.00 |
| 10 | TECH CENTER MICHIGAN 41600 HAGGERTY CIRCLE CANTON, MI 48188 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | AVO CALIFORNIA IPC 10 6872 PROMONTORY PKWY TRACY, CA 95377 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | AVO SOUTH CAROLINA 423 FOSTER BROTHERS DRIVE WEST COLUMBIA, SC 29172 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | TAX REFUNDS, TAX YEAR 2021 | 72,000.00 | 72,000.00 | | 0.00 | 0.00 |
| 14 | 3E Nano Inc. (u) | 91,661.88 | 91,661.88 | | 91,661.88 | 0.00 |
| 14 | **Assets Totals (Excluding unknown values)** | **$2,922,364.96** | **$2,922,364.96** | | **$91,661.88** | **$0.00** |

**Case No.:**  24-50838 MLO

**Case Name:**  AGP E-Glass Co.

**For Period Ending:**  01/09/2025

**Trustee Name:**  (420180) K. Jin Lim

**Date Filed (f) or Converted (c):**  11/14/2024 (f)

**§ 341(a) Meeting Date:**  12/17/2024

**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

> 12/17/24 order for turnover entered; waiting for funds
> 12/16/24 payment from 3E Nano sublessee received
> 11/26/24 motion to compel Comerica to turnover funds filed. so
> 11/18/24 attorney for trustee employed

**Initial Projected Date Of Final Report (TFR):** 12/31/2027

**Current Projected Date Of Final Report (TFR):** 12/31/2027

| 01/09/2025 | /s/K. Jin Lim |
| --- | --- |
| Date | K. Jin Lim |

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 24-50838 MLO | | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|---|
| Case Name: | AGP E-Glass Co. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7255 | | Account #: | ******8498 Checking |
| For Period Ending: | 01/09/2025 | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/24 | {14} | 3E Nano Inc. | payment from sublessee for Canton facility | 1222-000 | 91,661.88 | | 91,661.88 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 73.25 | 91,588.63 |

| | | | | Deposit | Disbursement | Account Balance |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 91,661.88 | 73.25 | $91,588.63 |
| | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | Subtotal | | | 91,661.88 | 73.25 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $91,661.88 | $73.25 | |

*{ } Asset Reference(s)*                                                                                          *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

**Case No.:** 24-50838 MLO

**Case Name:** AGP E-Glass Co.

**Taxpayer ID #:** **-***7255

**For Period Ending:** 01/09/2025

**Trustee Name:** K. Jin Lim (420180)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******8498 Checking

**Blanket Bond (per case limit):** $2,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8498 Checking | $91,661.88 | $73.25 | $91,588.63 |
| | **$91,661.88** | **$73.25** | **$91,588.63** |

| 01/09/2025 | /s/K. Jin Lim |
|---|---|
| Date | K. Jin Lim |