**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:

AGP E-GLASS CO.,

      Debtor.

In Bankruptcy:

Case No. 24-50838 MLO
Chapter 7
Hon. Maria L. Oxholm

_____/

## NOTIFICATION OF ASSET CASE (NO CLAIMS BAR DATE SET)

**CLERK OF THE U.S. BANKRUPTCY COURT:**

    K. Jin Lim, the duly appointed Chapter 7 Trustee in the above-named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: <u>January 9, 2025</u>

/s/ K. Jin Lim
K. JIN LIM, TRUSTEE
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420
kjinlim7@gmail.com