# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.:  24−50838−mlo
Chapter:  7

In Re: (NAME OF DEBTOR(S))
   AGP E−Glass Co.
   41600 Haggerty Circle S
   Canton, MI 48188

Social Security No.:


Employer's Tax I.D. No.:
   45−3817255

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**April 14, 2025**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope. A proof of claim may also be filed electronically using the Electronic Proof of Claim (ePOC) program located on the Michigan Eastern Bankruptcy Court's website: (https://www.mieb.uscourts.gov).

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**


Dated: 1/10/25

BY THE COURT



Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court