UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,

        Debtor.

Chapter 7
Case No. 24-50838-MLO
Hon. Maria L. Oxholm

_____/

**STIPULATION FOR ENTRY OF ORDER REGARDING
FUNDS SUBJECT TO SECURED CLAIM OF COMERICA BANK**

    The Trustee and Debtor, by their respective attorneys, stipulate to the form,

substance, and entry of the proposed attached Order Regarding Funds Subject to

Secured Claim of Comerica Bank.

Agreed:

| | |
|---|---|
| SANDRA O'CONNOR LAW, PLLC | STANCATO TRAGGE WELLS, PLLC |
| /s/ Sandra L. O'Connor | /s/ John P. Tragge |
| Sandra L. O'Connor | John P. Tragge |
| Attorney for Trustee | Attorney for Comerica Bank |
| 100 N. Pond Drive, Suite A | 2111 Woodward Ave., Suite 701 |
| Walled Lake, MI 48390 | Detroit, MI 48201 |
| (248) 817-6669 | (248) 731-4500 |
| sandra@sandraoconnorlaw.com | jtragge@stwlawfirm.com |
| (P70984) | (P46964) |