UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                    Chapter 7
                                                    Case No. 24-50838-MLO
          Debtor.                                   Hon. Maria L. Oxholm
_____/

### ORDER REGARDING FUNDS SUBJECT TO
### SECURED CLAIM OF COMERICA BANK

This matter came before the Court upon the Stipulation between the Trustee and Comerica Bank for entry of an Order Regarding Funds Subject to Secured Claim of Comerica Bank. On December 14, 2024, this Court entered an Order Compelling Comerica Bank to Turnover Property of the Estate, which required Comerica Bank to liquidate all accounts of the Debtor and to turnover the funds to the Trustee. Comerica Bank complied with the December 14, 2024 Order. Comerica Bank subsequently determined that it has a secured claim against $70,691.13 of the funds that were turned over due to the funds acting as security for an irrevocable letter of credit which expires on December 30, 2025. Although Comerica Bank may need to issue payment under the irrevocable letter of credit if a claim is made, the $70,691.13 in funds will become unencumbered property of the estate if no claim is made prior to the expiration of the irrevocable letter of credit. The parties have stipulated to entry of this Order to ensure that the parties' respective claims against the funds shall

be protected prior to the expiration of the irrevocable letter of credit without the need for the Trustee to repay funds to Comerica Bank that may ultimately need to be refunded to the bankruptcy estate.  The Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee shall hold $70,691.13, from the funds previously turned over by Comerica Bank to the Trustee, in a separate escrow account, which is not interest-bearing, from other funds collected for the bankruptcy estate.  No disbursements may be made from the separate escrow account except as permitted by the terms of this Order.

IT IS FURTHER ORDERED that, if a claim is made against the irrevocable letter of credit by the beneficiary of the irrevocable letter of credit, Comerica Bank shall notify counsel for the Trustee by e-mail and the Trustee shall promptly return to Comerica Bank the amount of escrowed funds necessary to satisfy the claim made by the beneficiary against the letter of credit.

IT IS FURTHER ORDERED that, if no claim is made against the irrevocable letter of credit by the beneficiary on or before the December 30, 2025 expiration date, then the Trustee shall be entitled to retain the $70,691.13 in escrowed funds and may move, commingle, or make disbursements from the $70,691.13 in escrowed funds.

IT IS FURTHER ORDERED that, if the Trustee and Comerica Bank determine that the beneficiary's interest in the irrevocable letter of credit is fully

satisfied, either by payment or performance, the parties may mutually agree to allow for the termination of the escrow account without further order of this Court.

**Signed on January 31, 2025**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**