UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                    Chapter 7
                                                   Case No. 24-50838-MLO
          Debtor.                                  Hon. Maria L. Oxholm
_____/

**TRUSTEE'S REPORT OF SALE**

K. Jin Lim, the Chapter 7 Trustee, submits this report of sale pursuant to Fed. R. Bankr. P. 6004(f)(1). On March 5, 2025, the bankruptcy estate closed on the sale of all assets of the bankruptcy estate relating to the debtor's Canton, Michigan premises to NxLite Corporation ("NxLite") and the assumption and assignment of the lease of those premises under this Court's February 21, 2025 Order Pursuant to 11 U.S.C. §§ 105, 363 and 365 Authorizing (1) the Sale of the Debtor's Property Related to the Canton, Michigan Premises Free and Clear of Liens, Claims, Interests, and Encumbrances, (2) the Transfer of Lien to Sale Proceeds, (3) the Assumption and Assignment of Executory Contracts, and (4) Granting Related Relief ("the Sale Order").

The bankruptcy estate received a total of $537,000.00 from NxLite pursuant to the Sale Order with $425,000.00 attributable to the sale and $112,000.00 relating to a Shared Services Agreement and Shared Personnel Agreement. Any lien of the Internal Revenue Service on the assets sold was transferred to the proceeds. The

terms of the sale, assumption, and assignment required the Trustee to pay the rent for the premises for December 2024 and January 2025.   The rental payment was $81,762.02.   The net proceeds to the bankruptcy estate from the sale, assumption, and assignment, after payment of the rent, are $455,237.98.

Respectfully submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: March 5, 2025

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com