UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                    Chapter 7
                                                    Case No. 24-50838-MLO
          Debtor.                                   Hon. Maria L. Oxholm
_____/

**ORDER FOR RETURN OF DISPUTED TRANSFER
FUNDS TO SECURED CREDITOR COMERICA BANK**

This matter came before the Court upon the Stipulation between the Trustee and Comerica Bank ("Comerica") for entry of an Order for Return of Disputed Transfer Funds to Comerica Bank [Doc 74]. Prior to the Debtor's bankruptcy petition on November 14, 2024 (the "Petition Date"), the Debtor opened and maintained a cash secured Comerica corporate credit card account (the "Secured Credit Card"), the collateral for which included all of the Debtor's Comerica deposit accounts, including the Debtor's Comerica operating account ******4755 (the "Operating Account") and Comerica time deposit account CD ******3006 (the "Pledged CD"). On November 15, 2024, an automated transfer to Comerica by or on behalf of the Debtor occurred on the Operating Account in the amount of $19,302.16 for application to satisfy the unpaid balance of the Secured Credit Card (the "Disputed Transfer"). On December 14, 2024, the Court entered an Order Compelling Comerica Bank to Turnover Property of the Estate [Doc 21] (the

"Turnover Order"). On January 6, 2025, pursuant to the Turnover Order and because the Secured Credit Card then reflected a $0.00 balance, Comerica in good faith delivered the proceed of all Debtor accounts to the Trustee without asserting its contractual and legal set off rights. Thereafter, the Trustee identified the Disputed Transfer as an unauthorized post-petition transfer and demanded that Comerica disgorge those funds. On January 22, 2025, Comerica complied with the Trustee's demand and issued a check payable to the Trustee in the amount of $19,302.16, but subsequently determined that Comerica had a secured claim and set off rights with respect to the Disputed Transfer funds.

NOW THEREFORE, the Trustee and Comerica having stipulated to entry of this Order directing the Trustee to repay the Disputed Transfer funds to Comerica, and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that Comerica is a secured creditor and the holder of set off rights with respect to the Disputed Transfer. The Trustee directed to return the Disputed Transfer of $19,302.16 to Comerica Bank. The Trustee shall promptly issue a check payable to Comerica Bank in the amount of $19,302.16 and deliver it to the offices of Comerica's counsel of record.

**Signed on March 11, 2025**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**