UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                  Chapter 7
                                  Case No. 24-50838-MLO
    Debtor.                 Hon. Maria L. Oxholm

_____/

## FIRST INTERIM APPLICATION OF SANDRA O'CONNOR LAW, PLLC FOR FEES AND EXPENSES FOR SERVICES RENDERED AS ATTORNEY FOR TRUSTEE

Sandra O'Connor Law, PLLC ("Applicant''), attorney for K. Jin Lim, the Chapter 7 Trustee, requests that this Court enter an Order Approving First Interim Application of Sandra O'Connor Law, PLLC for Fees and Expenses for Services Rendered as Attorney for Trustee. (See Exhibit 1).

1.     Applicant requests an interim award of fees and expenses as follows:

| | |
|---|---|
| Total Fees: | $ 54,355.00 |
| Expenses: | $ 976.98 |
| Total Requested: | $ 55,331.98 |
| Retainer: | None. |

2.     The time period during which the services were rendered was November 15, 2024 through April 17, 2025. A description of the legal services

rendered and fee amounts are summarized as follows for each project billing category:

**A.    Case Administration: $18,095.00**

i.    Applicant corresponded with the Trustee regarding case issues.

ii.    Applicant corresponded with debtor's counsel regarding leases, assets, and other issues.

iii.    Applicant corresponded with landlords regarding issues relating to leased premises and disposition of personal property.

iv.    Applicant corresponded with interested parties regarding disposition of property and recovery of assets belonging to third parties.

v.    Applicant evaluated 401(k) issues and began arranging for former employees to transfer funds from same.

vi.    Applicant attended debtor's first meeting of creditors.

vii.    Applicant evaluated insurance issues.

viii.    Applicant reviewed landlord's motion for administrative expense claim or relief from stay.  Applicant began drafting an objection to the motion.  Applicant reviewed and approved a stipulation to resolve the motion.

ix.    Applicant analyzed tax issues, corresponded with debtor's accountant regarding filing of tax returns, and corresponded with the accountant to be hired by Trustee.

x.      Applicant evaluated ownership of property in the possession of the debtor.

xi.     Applicant drafted and filed a motion to reject leases and abandon personal property.  Applicant corresponded with the landlords and their counsel regarding the motion and related issues.  Applicant drafted and filed a stipulation to resolve one landlord's objection to the motion.  Applicant conducted research of issues relating to the objection.

B.      **Investigation and Asset Analysis: $5,180.00**

i.      Applicant reviewed the debtor's petition, schedules, and statement of financial affairs.

ii.     Applicant conducted an inspection of debtor's Michigan premises.

iii.    Applicant conducted public records research relating to the debtor.

iv.     Applicant met with debtor's president and counsel to discuss information relating to the debtor's business operations, issues, and claims.

v.      Applicant investigated the ownership of a coater in the possession of the debtor.

vi.     Applicant met with the consultant who worked with the debtor prior to the bankruptcy filing to discuss valuation of assets and other issues.

vii.  Applicant reviewed substantial documents produced by the debtor, or for which Applicant was provided direct access, including tax returns, credit card statements, bank statements, and financial statements.

viii.  Applicant conducted a meeting with debtor's president and debtor's counsel regarding questions arising from the review of debtor's documents.

C.  **Asset Liquidation: $18,305.00**

i.  Applicant corresponded with counsel for debtor's sublessee regarding sale of assets and assignment of lease to sublessee.  Applicant negotiated a sale with the sublessee.  Applicant drafted a proposed stipulation and order. Applicant negotiated the terms of a sale order and purchase agreement.  Applicant reviewed and revised a sale motion.  Applicant obtained entry of a sale order. Applicant reviewed the bill of sale, and assumption and assignment agreement. Applicant collected the sale payment.

ii.  Applicant corresponded with auctioneers regarding the value of assets at debtor's South Carolina and California facilities.  Applicant arranged for access to the facilities.  Applicant reviewed auction proposals.  Applicant evaluated whether there would be a benefit to the estate from a sale of the assets at these facilities.

iii.  Applicant corresponded with parties interested in purchasing estate assets.

iv. Applicant evaluated potential lien on property to be sold to sublessee.

**D. Fee/Employment Applicants: $1,085.00**

i. Applicant drafted an application to employ Applicant and obtained approval of same from Trustee, Office of the United States Trustee, and the Court.

ii. Applicant drafted an application to employ accountant and obtained approval of same from Trustee, Office of the United States Trustee, and the Court.

**E. Claims Administration: $3,430.00**

i. Applicant reviewed claims filed by creditors for appropriate classification, information relating to debtor's financial affairs, and for avoidable transfers.

ii. Applicant began discussing possible claims issues with the Trustee.

iii. Applicant corresponded with claimants for supplemental information needed to evaluate claims.

iv. Applicant drafted multiple stipulations and proposed orders to resolve claim issues.

v.      Applicant drafted and filed an objection to claims.  Applicant began negotiating a settlement of the objection.

F.      **Preference Issues: $4,130.00**

i.      Applicant analyzed payments made during the preference period and requested information from the debtor's president relating to same.

ii.      Applicant drafted and sent ten preference demand letters.

iii.      Applicant negotiated a settlement of the preference claim against Uline.  Applicant negotiated a settlement agreement.  Applicant drafted and filed a motion to compromise, obtained entry of the order approving the compromise, and collected the settlement payment.

iv.      Applicant corresponded with multiple payment recipients and their counsel regarding defenses raised to claims.

v.      Applicant drafted and filed two preference complaints. Applicant dismissed one preference complaint after proof from the recipient that they were wrongly identified as the party receiving the payment on the debtor's documentation.

G.      **Unauthorized Post-Petition Transfers: $840.00**

i.      Applicant analyzed post-petition payments from debtor's bank accounts.

ii.     Applicant corresponded with Comerica regarding an unauthorized post-petition transfer and collected payment of an unauthorized post-petition transfer.  Applicant reviewed Comerica's subsequent claim to rights of setoff with respect to the funds.  Applicant negotiated a proposed stipulation and order to repay funds for which Comerica was entitled to retain.

H.     **Turnover of Debtor's Assets: $3,290.00**

i.     Applicant demanded turnover of debtor's bank account funds from Comerica.  Applicant drafted and filed a motion for turnover.  Applicant obtained entry of an order.  Applicant collected the funds.

ii.     Applicant collected payment from sublessee for post-petition funds owed under shared services agreement.

iii.     Applicant corresponded with Comerica regarding its claims that a portion of the funds paid to the estate constituted security for a line of credit.  Applicant researched the issue.  Applicant drafted and negotiated a proposed stipulation and order to have funds held in escrow until expiration of the letter of credit.

iv.     Applicant drafted and filed a motion against Emburse for turnover of funds being held by it for the debtor.  Applicant obtained entry of an order. Applicant corresponded with Emburse regarding the required payment.

3.	Benefits conferred on the bankruptcy estate:  Applicant believes that it has conferred benefits on the bankruptcy estate by the services rendered.  Applicant performed all legal work necessary to assist Trustee in the collection of $875,684.80[1] from property of the estate, sale proceeds, shared services agreement proceeds, and a preference settlement.  As a result of Applicant's efforts, unsecured creditors are expected to receive a substantial distribution in this case.

4.	Adversary Proceedings:

a.	<u>Lim v. Easy Automation, Inc.</u>: Dismissed.

b.	<u>Lim v. Genesis Engineering Services, Inc.</u>: Pending.

5.	Current Status: Applicant is continuing to pursue potential preference claims, collect assets of the debtor, resolve claims filed against the estate, and deal with other issues relating to the liquidation of the debtor.  To date, collections have totaled $894,986.96.  Funds on hand are $791,801.84.  The Trustee will consider the appropriateness of an interim disbursement to creditors after the claims are finalized and after the deadline for governmental claims expires.

---

[1] This amount does not include the $19,302.16 paid to Comerica as an authorized post-petition transfer that was subsequently repaid to Comerica under this Court's March 11, 2025 Order for Return of Disputed Transfer Funds to Secured Creditor Comerica Bank (Docket #75).  However, this amount does include $70,691.13 in funds being held in escrow pursuant to the Court's January 31, 2025 Order Regarding Funds Subject to Secured Claim of Comerica Bank (Docket #39), which will automatically become unencumbered property of the estate if no claim is made under the letter of credit by December 30, 2025.

6.   Nature and Extent of Legal Services to be Rendered in the Future: Services to be rendered in connection with the remaining activities described above in paragraph 5.

7.   Other than Trustee compensation, there are two unpaid adversary proceeding filing fees, and approximately $1,500.00 in accountant fees incurred to date.

8.   Duplication of Services.  None.

9.   Prior Fee Awards:  None.

10.   The Applicant has obtained written approval of this application from the Trustee prior to filing the application.

11.   A copy of the proposed Order Approving First Interim Fees and Expenses to Sandra O'Connor Law, PLLC for Services Rendered as Attorney for Trustee is attached hereto as Exhibit 1.

12.   A copy of the Order Authorizing Employment of Sandra O'Connor Law, PLLC as Counsel for Chapter 7 Trustee is attached as Exhibit 2.

13.   Applicant's Statement of Disinterestedness attached hereto as Exhibit 3.

14.   Applicant has devoted a total of 155.30 hours to the matter from November 15, 2024 through April 17, 2025.  A Statement of the Number of Hours of Services Rendered is attached as Exhibit 4.  The standard hourly rates set forth

are the same rates charged in non-bankruptcy matters for comparable services in such matters.

15. The professional services provided by Applicant are described in itemized time records in chronological order by project billing categories, which is attached as Exhibit 5.

16. A brief Biographical Statement of the professional experience of Sandra L. O'Connor, the attorney of Applicant for which an award of compensation is sought, is attached as Exhibit 6.

17. A Summary of Expenses for which reimbursement is sought in the amount of $976.98 is attached as Exhibit 7.

18. Applicant alleges that it has not in any form or guise shared or agreed to share the compensation paid or allowed in this case with any persons, nor has it shared or agreed to share in the compensation of any person rendering services in this case in violation of 11 U.S.C. § 504.

19. Applicant requests that it be allowed and paid the sum of $55,331.98 as reasonable compensation for actual services rendered during the period covered by this Application as set forth in Exhibits 4 and 7. All such services have benefitted and been absolutely essential to the proper administration of the bankruptcy estate. The fees requested by Applicant are fair and reasonable.

10

WHEREFORE, Applicant requests that this First Interim Application of Sandra O'Connor Law, PLLC for Fees and Expenses Rendered as Attorneys for Trustee be allowed as filed and that the Trustee be allowed and authorized to pay compensation for services rendered in the amount of $54,355.00 and expenses of $976.98 for a total amount of $55,331.98. The undersigned Applicant states that the statements in this Application are true and correct to the best of the Applicant's knowledge and belief.

Respectfully submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: April 21, 2025

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
Troy, MI 48084
(248) 817-6669
sandra@sandraoconnorlaw.com

11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,

Chapter 7
Case No. 24-50838-MLO
Hon. Maria L. Oxholm

Debtor.
_____/

**ORDER APPROVING FIRST INTERIM APPLICATION OF
SANDRA O'CONNOR LAW, PLLC FOR FEES AND EXPENSES
FOR SERVICES RENDERED AS ATTORNEY FOR TRUSTEE**

This matter having come before the Court upon filing of the First Interim Fee Application of Sandra O'Connor Law, PLLC for Fees and Expenses for Services Rendered as Attorney for Trustee ("the Application"); Notice of the Application having been served upon all parties listed on the matrix; no objections having been timely filed or served; and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Sandra O'Connor of Sandra O'Connor Law, PLLC, attorney for Trustee, is awarded fees for the period November 15, 2024 through April 17, 2025 in the amount of $54,355.00 and expense reimbursement in the amount of $976.98 for a total amount of $55,331.98.

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,

           Chapter 7
           Case No. 24-50838-MLO
  Debtor.         Hon. Maria L. Oxholm
_____/

3150 Livernois, Suite 275
Troy, MI 48083
45-3817255

**NOTICE AND OPPORTUNITY FOR HEARING
REGARDING FIRST INTERIM APPLICATION OF
SANDRA O'CONNOR LAW, PLLC FOR FEES AND EXPENSES
FOR SERVICES RENDERED AS ATTORNEY FOR TRUSTEE**

  Notice is hereby given that the following professional person has made application to the bankruptcy court for allowance of fees and expenses as listed below:

    <u>Applicant</u>:    Sandra O'Connor Law, PLLC, Attorney for Trustee

    <u>Fees Requested</u>: $54,355.00

    <u>Expenses</u>:   $976.98

    <u>Retainer</u>:   None

    <u>Time Period</u>:  November 15, 2024 through April 17, 2025

  **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

# EXHIBIT 2

If you do not want the court to grant the relief sought in the application, or if you want the court to consider your views on the application, within 21 days, you or your attorney must:

1.      File with the court a written objection or request for hearing, explaining your position, at:[2]

   United States Bankruptcy Court
   211 W. Fort Street, Suite 1700
   Detroit, Michigan 48226

   If you mail your objection or request for hearing to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

   You must also send a copy to:

   Sandra L. O'Connor, Esq.
   Sandra O'Connor Law, PLLC
   100 N. Pond Drive, Suite A
   Walled Lake, MI 48390

2.      If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the application and you will be served with a notice of the date, time and location of the hearing.

   **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

---

[2] Objection or request for hearing must comply with F.R. Civ. P. 8(b), (c) and (e)

SANDRA O'CONNOR LAW, PLLC

Dated: April 21, 2025

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
Troy, MI 48084
(248) 817-6669
sandra@sandraoconnorlaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,

Chapter 7
Case No. 24-50838-MLO
Hon. Maria L. Oxholm

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed (1) First Interim Application of Sandra O'Connor Law, PLLC for Fees and Expenses for Services Rendered as Attorney for Trustee; (2) Proposed Order, (3) Certificate of Service, (4) Exhibit List, and (5) Exhibits 1 - 7 with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Office of the U.S. Trustee | K. Jin Lim, Esq. |
| Tamar Dolcourt, Esq. | Alan C. Hochheiser, Esq. |
| Richard James Bernard, Esq. | John P. Tragge, Esq. |
| William C. Blasses, Esq. | |

and I also hereby certify that on April 21, 2025, I have mailed by First Class Mail with the United States Postal Service Notice and Opportunity for Hearing Regarding First Interim Application of Sandra O'Connor Law, PLLC for Fees and Expenses for Services Rendered as Attorney for Trustee to the following  non-ECF participants:

All parties listed on the attached matrix except as indicated.


## EXHIBIT 4

SANDRA O'CONNOR LAW, PLLC

Dated: April 21, 2025

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
Troy, MI 48084
(248) 817-6669
sandra@sandraoconnorlaw.com

Label Matrix for local noticing
0645-2
Case 24-50838-mlo
Eastern District of Michigan
Detroit
Thu Apr 17 16:25:25 EDT 2025

321 Logistics
719 Holly Street
ATTN: Candace Leaphart
Columbia, SC 29205-1865

3E Nano Corporation
74509 - 270 The Kingsway
Toronto, ON M9A 3T0

AEGIS LAW FIRM, PC
9811 Irvine Center Dr, Ste 100
Irvine, CA 92618-4375

AGP E-Glass Co.
41600 Haggerty Circle S
Canton, MI 48188-2227

AGP EUROPE GMBH
Arnold-Sommerfeld-Ring 16
52499 Baesweiler, Germany

AGP PER S.A.C.
Av. Guillermo Dansey 1846
Lima, Peru

AGP Worldwide Operations GmBh
Bahnhofstrasse, 10; Zug
6300; Switzerland

AIRGAS USA, LLC
780 STATE CIR
ANN ARBOR MI 48108-1648

AMAZON
PO Box 035184
Seattle, WA 98124-5184

Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Alhambra
PO BOX 660579
DALLAS, TX 75266-0579

AmTrust North America, Inc.
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

AmTrust North America, Inc. on behalf of
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540                Duplicate

Amtrust Insurance
Technology Insurance Company, Inc.
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114-2601

Ana Barajas
c/o Paul Dolberg
Ratto Law Firm
600 16th Street
Oakland, CA 94612-1206

Antaya Technologies Corp.
333 Strawberry Field Rd.
Attn: Lital Herskovits
Warwick, RI 02886-2476

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079

Atlas Copco Compressors LLC
300 Technology Center Way STE 550
Rock Hill, SC 29730-0175

Atlas Copco Compressors LLC
48430 Milmont Dr
FREMONT, CA 94538-7326

Automatic Data processing (ADP)
1 ADP Blvd
Roseland, NJ 07068-1786

Avenue Logistics, LLC
P.O. Box 7410491
Chicago, IL 60674-0491

BRASILCintas Corporation
P.O. Box 631025
CINCINNATI, OH 45263-1025

BRASILInternal Revenue Service
38275 West Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-3049

Berliner Cohen
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2270

Richard James Bernard
90 Park Avenue
New York, NY 10016-1301

Biesse America Inc.
PO Box 19849
Charlotte, NC 28219-0849

Big Joe Handling Systems
25932 Eden Landing Rd
Hayward, CA 94545-3816

William C. Blasses
500 Woodward Avenue
Suite 2500
Detroit, MI 48226-5499

John C. Bohl Jr.
John Bohl & Assoc., L.L.C.
24359 Northwestern Hwy.
Suite 250
Southfield, MI 48075-2500

Brandon Nicholson
c/o Mehrdad Bokhour, Esq.
Bokhour Law Group
1901 Avenue of the Stars, Ste. 450
Los Angeles, CA 90067-6006

Buhler Group
Buhler Alzenau GmbH
Siemensstrrasse 88
63755 Alzenau
Germany

CANADAAGP AMERICA S.A.
MMG Tower 23rd Floor
Av. Paseo del Mar, Costa del Este
Panama, Rep of Panama

CARPELA INDUSTRIA E COMERCIO LTDA
Rua Senador Vergueiro
282 - Centro
So Caetano do Sul  SP
Brasil

California Pest Control
PO BOX 692636
Stockton, CA 95269-2636

Canon Financial Service
14904 Collections Center Drive
Chicago, IL 60693-0149

Canton Township
41600 Haggerty Circle
Building F
Canton, MI 48188-2227

Capital Waste Service
1450 Bluff Rd
Columbia, SC 29201-4810

Carolina Handling LLC
PO Box 890352
Charlotte, NC 28289-0352

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Chrome River
320 Cumberland Avenue
Portland, ME 04101-4928

City Of Tracy Revenue department
333 Civic Center Plaza
Tracy, CA 95376-4062

Clark Hill PLC
Robert P. Franke
901 Main Street, Suite 6000
Dallas, TX 75202-3748

Comcast Business services
PO BOX 21638
EAGAN, MN 55121-0638

Comerica Bank
411 W. Lafayette Street
MC 3205
Detroit, MI 48226-3120

Comerica Bank
7964 188 North Old Woodward
Birmingham, MI 48009

Comerica Bank
PO Box 75000
Detroit, MI 48275-8084

Culligan
46902 LIBERTY DRIVE
WIXOM, MI 48393-3600

DESIGNETICS, INC.
1624 South Eber Road
Holland, Ohio 43528-9776

DTE
One Energy Plaza
Detroit, MI 48226-1221

Delta Disposal Services
PO Box 660579
Dallas, TX  75266-0579

Dodson Pest Control
4110 The Plaza
Charlotte, NC 28205-1355

Tamar Dolcourt
500 Woodward Ave.
Suite 2700
Detroit, MI 48226-3489

Dominion Energy
PO Box 25973
Richmond, VA 23260-5973

Euler Hermes agent for Avenue Logistics, LLC
100 International Dr
22nd Floor
Baltimore, MD 21202-4783

Europartners de Mexico SA
Av. Revolucin 649
Colonia Jardin Espaol Monterrey
Nuevo Leon Mexico, C.P. 64820

FRANCHISE TAX BOARD California
PO BOX 942857
Sacramento CA 94257-0001

Fedex Freight
P.O. Box 371461
Pittsburgh PA 15250-7461

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

GERMANYCabalo Logistics
Calzada del Valle 400, Edificio III, Col
Del Valle, San Pedro Garza Garcia
Nuevo Len Mexico, C.P. 66220

Genesis Engineering Services
1000 Whipple Rd.
Union City, CA 94587-2023

Glas-Weld Systems, Inc.
20578 Empire Avenue
20578 Empire Avenue
Bend, OR 97701-5715

GlasWeld
20578 Empire Ave
Bend Oregon 97701-5715

Hartford Fire Insurance Company
P O Box 660916
Dallas, TX 75266-0916

Hartford Fire Insurance Company
Post Office Box 850045
Minneapolis, MN 55485-0045

Helm Bank
999 Brickell Avenue
Miami, FL 33131-3217

Hillside
29409 Haggerty Rd
Suite 200
Novi, MI 48377-5504

Alan C. Hochheiser
23611 Chagrin Blvd.
Suite 207
Beachwood, OH 44122-5540

INDUSTRIA E COMERCIO DE SUPRIMENTOS
Rua Senador Vergueiro
282 - Centro
So Caetano do Sul  SP
Brasil

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
        Duplicate

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JESUS VALDEZ MEDINA as PAGA
Attn: AEGIS LAW FIRM, PC
9811 Irvine Center Dr, Ste 100
Irvine, CA 92618-4375

Jan-Pro Cleaning Systems of Columbia
1432 Sunset Blvd.
West Columbia, SC 29169-5916

Jesus Valdez
c/o Roman Otkupman, Esq.
Otkupman Law Firm
5743 Corsa Avenue, Ste. 123
Westlake Village, CA 91362-7310

Jesus Valdez Medina
c/o Jessica L. Campbell, Esq.
Aegis Law
9811 Irvine Center Dr. #100
Irvine, CA 92618-4375   Duplicate

Kelly S Cole-Chirio
1881 Frances Way
Ypsilanti Township, Michigan,, MI 48198-7612

K. Jin Lim
176 S. Harvey
Plymouth, MI 48170-1616

MEXICOOhio Department of Taxation
PO Box 2679.
Columbus, Ohio 43270-2679

Marcell West
c/o Lawrence Organ and Emily Kohlheim
California Civil Rights Law Group
870 Market Street, Ste. 544
San Francisco, CA 94102-3025

Michigan Department of Treasury
P.O. Box 30442
Lansing, MI 48909-7942

Michigan Revenue Department
P.O. Box 30442
Lansing, MI 48909-7942

Mila Baumtrok
2081 E. Beltline Ave NE
Grand Rapids, MI 49525

Sandra L. O'Connor
Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Walled Lake, MI 48390-3079

OTC Industrial Technologies
3948 Townsfair Way, Ste. 200
Columbus, OH 43219-7003

Ohio Department of Taxation
ATTN: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Plante Moran
Attn: Christine Sielicki
2601 Cambridge Court, Suite 300
Auburn Hills, MI 48326-2576

Prologis LLC
615 International Pkwy
Tracy, CA 95377-8921

Prologis LLC
Attn: General Counsel
1800 Wazee Street, Ste. 500
Denver, CO 80202-2526

Prologis-Exchange IPC 10 LLC
c/o Brian P. Morgan
Faegre Drinker Biddle & Reath LLP
1177 Ave. of the Americas, 41st Fl.
New York, NY 10036-2714

Raymond Carolina Handling, LLC
PO Box 890352
Charlotte, NC 28289-0352

Real Clean Commercial, LLC
21 E. South St
Tracy, CA 95376-4607

RecruitGigs, LLC
ATTN: Armando Avila, CEO
401 Glass Lane
Modesto, CA 95356-9223

RecruitGigs, LLC
P.O. Box 29647
Dallas, TX 75229-0647

Republic Service
3168 Charleston Hwy.
West Columbia, SC 29172-2712

Ronald Patterson
c/o Lawrence Organ and Emily Kohlheim
California Civil Rights Law Group
870 Market Street, Ste. 544
San Francisco, CA 94102-3025

SC Department of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

Shanghai GOSUN Automation Technology Co., Lt
Room 2410, No.378 Chengbei Road
Jiading District, Shanghai
China
China

Shanghai Gosun Automation Technology Co.
No. 4 Building, No 18
Jucheng Road
Jiading District
Shanghai, China

Soliver
Nederzwijnaarde 2
Building 56
9052 Gent, Belgium

South Carolina Department of Revenue
PO Box 125
Columbia, SC 29202-0125

Staples
500 Staples Dr
Framingham, MA 01702-4474

(p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

Sunbelt Rentals, Inc.
PO BOX 409211
Atlanta, GA 30384-9211

Systemp
3909 Industrial Drive .
Rochester Hills, MI 48309-3118

TCLP
Merit Laboratories, Inc.
2680 East Lansing Drive
East Lansing, MI 48823-6909

Tem Asure Inc
12550 Universal
Taylor, MI 48180-6838

Tesla
901 Page Avenue
Fremont, CA 94538-7341

Tesla
Attn: General Counsel/Legal
1 Tesla Road
Austin, TX 78725-4400

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Toshiba / Power Business Technology
1020 Winding Creek Rd., Suite 150
Roseville, CA 95678-7043

Total Water Treatment Systems, Inc.
46902 Liberty Drive
Wixom, MI 48393-3600

John P. Tragge
Stancato Tragge Wells,PLLC
2111 Woodward Avenue
Suite 701
Detroit, MI 48201-3421

Travelers - Account Resolution
One Tower Square 10MN
Hartford, CT 06183-0001

Travelers Business Insurance
One Tower Square
Hartford, CT 06183-0002

U.S. Attorney
Attn: Civil Division
Eastern District of Michigan
211 W. Fort St., Ste. 2001
Detroit, MI 48226-3220

UFP
ATTN: Brian Schumaker
2801 East Beltline NE
Grand Rapids, MI 49525-9680

ULINE, INC.
PO Box 88741
Chicago IL 60680-1741

Ultimation Industries LLC
15935 Sturgeon Street
ROSEVILLE, MI 48066-1818

Unite States Treasury
38275 West Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-3049

Vail Haggerty LLC
12955 23 Mile Road
Shelby Twp., MI 48315-2707

Vail Village, LLC
12955 23 Mile Road
Shelby Twp., MI 48315-2707

Volvo Group Trucks Purchasing
Attn: Sean Markham
7900 National Service Rd.
Greensboro, NC 27409-9416

W.W. GRAINGER INC
2501 Stagecoach RD.
Stockton, CA 95215-7909

Waste Management
PO BOX 3020
MONROE, WI 53566-8320

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
STOP 8420G
PO Box 145595
Cincinatti, OH 45250-9734

Staples, Inc.
PO Box 102419
Columbia, SC 29224

Texas Department of Revenue
P.O. Box 149348
Austin, TX 78714-9348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)321 Logistics, LLC

(d)Helm Bank
999 Brickell Avenue
Miami, FL 33131-3217

(u)Nippon Express de Mxico S.A. DE C.V
Insurgentes Sur # 1271
Piso 12 Col. Extremadura Insurgentes Alc
Benito Juarez, C.P. 03740,CDMX

(u)Nippon Express de Mxico S.A. DE C.V
Insurgentes Sur #1271
Piso 12, Oficina 1201
Col. Extremadura Insurgentes
Alcaldia Benito Juarez
C.P. 03740, CDMX

(u)Prologis-Exchange IPC 10 LLC

(d)Real Clean Commercial, LLC
21 E. South St.
Tracy, CA 95376-4607

(u)Transtech Glass Investment Limited
2nd Floor, Gaspe House
66-72 Esplanade
St. Helier
JE1 1GH Jersey

(u)Transtech Glass Investment Limited
Forum 3
Grenville Street
St Helier
Jersey
JE2 4UF

(d)Ultimation Industries, LLC
15935 Sturgeon Street
Roseville, MI 48066-1818

End of Label Matrix
Mailable recipients   123
Bypassed recipients     9
Total                 132

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                              Chapter 7
                                             Case No. 24-50838-MLO
           Debtor.                           Hon. Maria L. Oxholm
_____/

**EXHIBIT LIST**

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| 1 | Proposed Order |
| 2 | Order Authorizing Employment of Sandra O'Connor Law, PLLC as Counsel for Chapter 7 Trustee |
| 3 | Verified Statement of Disinterestedness |
| 4 | Summary Statement of the Number of Hours of Services Rendered |
| 5 | Project Billing Summary and Itemized Time Records for Professional Services Rendered |
| 6 | Biographical Statement |
| 7 | Itemized Statement of Expense |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                           Chapter 7
                                     Case No. 24-50838-MLO
       Debtor.                    Hon. Maria L. Oxholm

_____/

**ORDER APPROVING FIRST INTERIM APPLICATION OF
SANDRA O'CONNOR LAW, PLLC FOR FEES AND EXPENSES
FOR SERVICES RENDERED AS ATTORNEY FOR TRUSTEE**

This matter having come before the Court upon filing of the First Interim Fee

Application of Sandra O'Connor Law, PLLC for Fees and Expenses for Services

Rendered as Attorney for Trustee ("the Application"); Notice of the Application

having been served upon all parties listed on the matrix; no objections having been

timely filed or served; and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Sandra O'Connor of Sandra O'Connor Law,

PLLC, attorney for Trustee, is awarded fees for the period November 15, 2024

through April 17, 2025 in the amount of $54,355.00 and expense reimbursement in

the amount of $976.98 for a total amount of $55,331.98.

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                      Chapter 7
                                                      Case No. 24-50838-MLO
        Debtor.                                       Hon. Maria L. Oxholm
_____/

## ORDER AUTHORIZING EMPLOYMENT OF SANDRA O'CONNOR LAW, PLLC AS COUNSEL FOR CHAPTER 7 TRUSTEE

The Trustee having filed her Application to Employ Sandra O'Connor Law, PLLC as Counsel for Trustee with attached Statement of Disinterestedness; the Office of the United States Trustee having concurred in the Application; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

(A)     Sandra O'Connor Law, PLLC and its attorney Sandra L. O'Connor are authorized to act as counsel for the Chapter 7 Trustee in this case pursuant to the terms and conditions set forth in the Application and its supporting Statement of Disinterestedness;

(B)     Compensation may be paid after application and after Court order authorizing payment.

**Signed on November 18, 2024**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                          Chapter 7
                                                         Case No. 24-50838-MLO
          Debtor.                                        Hon. Maria L. Oxholm

_____/

### VERIFIED STATEMENT OF DISINTERESTEDNESS

Sandra L. O'Connor states as follows:

1.      I am the sole owner, managing member, and attorney of Sandra O'Connor Law, PLLC whose offices are located at 100 N. Pond Drive, Suite A, Walled Lake, Michigan 48390 ("the Firm")

2.      I am authorized to make this Statement on behalf of the Firm.

3.      In order to evaluate the Firm's disinterestedness, I have reviewed the matrix of creditors in this case and I have determined that neither I nor the Firm have any connections to any of the parties in this case that would result in an interest materially adverse to the interest of the estate or its creditors.   I am the sole attorney and owner of the Firm and I am able to make this determination from a review of the matrix, my knowledge of prior cases of myself and the Firm, and my knowledge of the financial affairs of myself and the Firm.

**EXHIBIT B**
**EXHIBIT 3**

4.   The Firm and I may have lines of credit with creditors in this case, but none that are in connection with, nor that impact, representation of the Trustee in this case.

5.   I do not have any ownership interest in any businesses other than the Firm, except as may be incidental to ownership of mutual funds in retirement accounts.   The Firm has no ownership interest in any businesses.

6.   Except as described above, neither I nor the Firm has any connections with the Debtor, creditors, the Trustee, or any other party in interest, their respective known attorneys or accountants, the United States Trustee or any other person employed by the United States Trustee.  I have represented the Trustee in other cases, but that representation does not impact my representation of the Trustee in this case.

7.   The Firm and I are "disinterested persons" as such term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code.

8.   The Firm has not made any agreement to share compensation in this case and I know of no reason why the Firm should not act as attorney for the Trustee.

Dated: November 15, 2024

 /s/ Sandra L. O'Connor
SANDRA L. O'CONNOR
Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com
(P70984)

## SUMMARY STATEMENT OF THE NUMBER
## OF HOURS OF SERVICES RENDERED

| NAME | INT | CLASS | RATE | TIME | AMOUNT |
|------|-----|-------|------|------|--------|
| Sandra L. O'Connor | SLO | Attorney | $350 | 155.30 hours | $ 54,355.00 |

## EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,            Chapter 7
                                  Case No. 24-50838-MLO
      Debtor.                 Hon. Maria L. Oxholm
_____/

## PROJECT BILLING SUMMARY

| Category | Total Amount |
|---|---|
| 1. Case Administration | $ 18,095.00 |
| 2. Investigatory Activities | $ 5,180.00 |
| 3. Asset Liquidation | $ 18,305.00 |
| 4. Fee/Employment Applicants | $ 1,085.00 |
| 5. Claims Administration | $ 3,430.00 |
| 6. Preference Issues | $ 4,130.00 |
| 7. Unauthorized Post-Petition Transfers | $ 840.00 |
| 8. Turnover of Debtor's Assets | $ 3,290.00 |
| TOTAL: | $ 54,355.00 |

## EXHIBIT 5

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.  
c/o K. Jin Lim, Trustee

April 17, 2025  
474-1

Matter No. 474-1  
Case Administration

| **Fees:** | | | | Hours | |
|---|---|---|---|---|---|
| 11/15/24 | SLO | Telephone conference with Trustee regarding new business case filed and issues relating to same | | 0.40 | $140.00 |
| 11/15/24 | SLO | Telephone conference with debtor's counsel regarding case issues and first steps | | 0.50 | $175.00 |
| 11/15/24 | SLO | Compose e-mail to trustee regarding correspondence with debtor's counsel and next steps for same | | 0.20 | $70.00 |
| 11/17/24 | SLO | Compose detailed e-mail to debtor's counsel regarding questions about landlords for premises in other states, insurance on assets, and other issues relating to ascertaining physical assets of debtor and securing same; note to file regarding same | | 0.40 | $140.00 |
| 11/18/24 | SLO | Receipt and review of e-mail from Jose Nunez-Regueiro regarding updated entry information for Canton facility; compose response; note to file regarding same | | 0.10 | $35.00 |
| 11/18/24 | SLO | Compose very detailed e-mail to trustee regarding case status and issues; note to file regarding same | | 0.30 | $105.00 |
| 11/18/24 | SLO | Compose e-mail to Sebastion Walkons, representative for landlord at Canton property, regarding bankruptcy, automatic stay, and sublessee's intention to assume lease; note to file regarding same | | 0.30 | $105.00 |

| 11/18/24 | SLO | Compose e-mail to Kevin Werner, representative for landlord of South Carolina premises, regarding applicability of automatic stay, intentions to with respect to premises, and related issues; note to file regarding same | 0.10 | $35.00 |
|---|---|---|---|---|
| 11/18/24 | SLO | Receipt and review of e-mail from trustee regarding case issues; compose detailed response; note to file regarding same | 0.20 | $70.00 |
| 11/19/24 | SLO | Receipt and review of e-mail from reporter; compose e-mail to trustee regarding proposed response to same | 0.20 | $70.00 |
| 11/19/24 | SLO | Receipt and review of e-mail from trustee regarding plan with respect to timing of notice of assets and related issues; compose response | 0.10 | $35.00 |
| 11/19/24 | SLO | Receipt and review of e-mail from trustee regarding response to media; compose response to trustee; compose response to reporter | 0.20 | $70.00 |
| 11/19/24 | SLO | Receipt and review of e-mail from debtor's counsel with attached documents relating to insurance on property; compose response; note to file regarding same | 0.10 | $35.00 |
| 11/20/24 | SLO | Receipt and review of voicemail from Wayne Segal regarding representation of landlord; attempt call in response; compose e-mail response regarding request to set up a call | 0.10 | $35.00 |
| 11/20/24 | SLO | Telephone conference with Canton landlord regarding next steps; note to file regarding same | 0.20 | $70.00 |
| 11/25/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding contact from Airgas about cylinders; compose detailed response | 0.20 | $70.00 |
| 11/26/24 | SLO | Receipt and review of California facility keys from Riveron; note to file regarding same | 0.10 | $35.00 |

| 11/26/24 | SLO | Receipt and review of e-mail from Carlos at Cabalo regarding questions about how to collect debt owing from debtor; compose detailed response regarding process for notice of assets and filing claims | 0.20 | $70.00 |
|---|---|---|---|---|
| 12/05/24 | SLO | Receipt and review of amended lists of creditors filed by debtor | 0.20 | $70.00 |
| 12/05/24 | SLO | Receipt and review of debtor's 2016(b) statement | 0.10 | $35.00 |
| 12/05/24 | SLO | Initial review of debtor's schedules | 0.30 | $105.00 |
| 12/05/24 | SLO | Receipt and initial review of debtor's statement of financial affairs | 0.20 | $70.00 |
| 12/09/24 | SLO | Receipt and review of e-mail from Wayne Segal regarding request for update on Canton premises; compose detailed response | 0.20 | $70.00 |
| 12/09/24 | SLO | Receipt and review of voicemail from and telephone conference with Josh at Sunbelt Rentals regarding questions about continuing lease with NxLite and claims process; compose e-mail to NxLite's counsel regarding approval for NxLite to lease forklift from Sunbelt that had been rented by AGP | 0.40 | $140.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from Trustee regarding e-mails received from Prologis; compose response | 0.10 | $35.00 |
| 12/11/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding insurance; note to file regarding same | 0.10 | $35.00 |
| 12/12/24 | SLO | Compose very detailed e-mail to trustee regarding status of case issues and recommendations for 341 | 0.40 | $140.00 |
| 12/12/24 | SLO | Receipt and review of e-mail from trustee regarding 341 and case documents; | 0.10 | $35.00 |

| | | compose response | | |
|---|---|---|---|---|
| 12/12/24 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding issues relating to 401(k) and appraisal; begin analyzing issues relating to 401(k); compose response regarding appraisal and other matters | 0.80 | $280.00 |
| 12/12/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding scheduling call to discuss case issues; compose response | 0.10 | $35.00 |
| 12/12/24 | SLO | Telephone conferences with AGP regarding abandonment of 401(k) plan and possible need for qualified termination administrator | 0.80 | $280.00 |
| 12/16/24 | SLO | Compose very detailed e-mail to trustee regarding issues relating to tax, 401(k), and insurance issues | 0.60 | $210.00 |
| 12/17/24 | SLO | Receipt and review of e-mail from trustee regarding response to e-mail about tax, 401(k), and insurance issues; compose response | 0.10 | $35.00 |
| 12/17/24 | SLO | Compose detailed e-mail to Kaity at debtor's insurance broker regarding possible reinstatement of insurance to protect personal property; note to file regarding same | 0.20 | $70.00 |
| 12/17/24 | SLO | Receipt and review of e-mail from Kaity at insurance broker regarding possible reinstatement of policy; compose response regarding questions about same | 0.10 | $35.00 |
| 12/17/24 | SLO | Attend and participate in 341 | 0.70 | $245.00 |
| 12/17/24 | SLO | Conference with trustee after 341 regarding insurance, assets, claims, and other issues | 0.20 | $70.00 |
| 12/17/24 | SLO | Receipt and review of e-mail from Kaity at insurance broker regarding cost of reinstatement; compose response | 0.10 | $35.00 |

| 12/17/24 | SLO | Compose detailed e-mail to Angela at Trustee Insurance Agency regarding request for insurance quote and valuation of assets to be insured; note to file regarding same | 0.30 | $105.00 |
| 12/17/24 | SLO | Receipt and review of e-mail from Angela at Trustee Insurance Agency regarding questions about locations of assets, valuation of same, and other issues; compose very detailed response | 0.50 | $175.00 |
| 12/18/24 | SLO | Receipt and review of e-mail from Renee at insurance brokerage regarding following up on insurance; compose response | 0.10 | $35.00 |
| 12/18/24 | SLO | Receipt and review of trustee's initial report | 0.10 | $35.00 |
| 12/19/24 | SLO | Receipt and review of e-mail from Renee at insurance broker regarding possible cancellation of workers compensation insurance; compose response | 0.10 | $35.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from Renee at insurance broker regarding issues relating to policies; compose response | 0.10 | $35.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from Wayne Segal regarding request to discuss status of Canton lease and next steps; telephone conference with him regarding same | 0.40 | $140.00 |
| 12/20/24 | SLO | Telephone conference with Wayne Segal regarding additional questions about funds received to date | 0.10 | $35.00 |
| 12/20/24 | SLO | Left detailed message for and compose e-mail to Oksana regarding questions about calculations relating to rent | 0.20 | $70.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding intent to review status of 3E Nano security deposit; compose response | 0.10 | $35.00 |
| 12/26/24 | SLO | Receipt and review of e-mail from Tamar | 0.10 | $35.00 |

| | | | | |
|---|---|---|---|---|
| | | Dolcourt regarding intentions with respect to amendments | | |
| 12/26/24 | SLO | Receipt and review of amendment to list of creditors; note to file regarding same | 0.10 | $35.00 |
| 12/27/24 | SLO | Receipt and review of e-mail from Tamar to Oksana regarding request for laptop belonging to other entity; compose response regarding no objections to same | 0.10 | $35.00 |
| 01/02/25 | SLO | Compose follow up e-mail to Angela Soderquist regarding request for personal property insurance; note to file regarding same | 0.10 | $35.00 |
| 01/02/25 | SLO | Receipt and review of e-mail from Brian Morgan, attorney for Prologis, regarding request to set up call; compose response; note to file regarding same | 0.20 | $70.00 |
| 01/02/25 | SLO | Receipt and review of e-mail from Angela at Trustee Insurance Agency regarding additional information that would be needed to insurance assets; conduct research regarding trustee's duties with respect to insurance and how to deal with uninsurable assets; compose very detailed e-mail to trustee regarding same; compose response to Angela regarding same; note to file regarding same | 0.60 | $210.00 |
| 01/03/25 | SLO | Receipt and review of e-mails from Jessica and Angela at Trustee Insurance Agency regarding additional information that would needed to issue policy; compose response | 0.10 | $35.00 |
| 01/03/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding scheduling call; compose response | 0.10 | $35.00 |
| 01/03/25 | SLO | Telephone conference with Brian Morgan regarding his representation of Prologis and anticipated next steps with respect to leased premises and equipment | 0.40 | $140.00 |

| 01/06/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding proposal relating to leased premises in CA; compose response | 0.20 | $70.00 |
| 01/07/25 | SLO | Receipt and review of e-mail from Wayne Segal regarding questions about terms of sale as applied to Canton lease; compose response | 0.10 | $35.00 |
| 01/07/25 | SLO | Receipt and review of e-mail from Wayne Segal regarding concerns about assumption and assignment of lease; compose response | 0.10 | $35.00 |
| 01/08/25 | SLO | Receipt and review of notice of appearance filed by AmTrust North America; note to file regarding same | 0.10 | $35.00 |
| 01/08/25 | SLO | Compose e-mail to trustee regarding notice of assets; note to file regarding same | 0.10 | $35.00 |
| 01/08/25 | SLO | Compose e-mail to Tamar Dolcourt regarding request for status of information relating to potential preferences and regarding 401(k); note to file regarding same | 0.20 | $70.00 |
| 01/08/25 | SLO | Receipt and review of e-mail from trustee regarding intent to file notice of assets; compose response; note to file regarding same | 0.10 | $35.00 |
| 01/09/25 | SLO | Receipt and review of trustee's notice of assets; note to file regarding claims bar date | 0.10 | $35.00 |
| 01/09/25 | SLO | Receipt and review of trustee's interim report; note to file regarding same | 0.10 | $35.00 |
| 01/09/25 | SLO | Receipt and review of e-mail from Kevin Werner regarding issues with garbage outside facility; compose response | 0.10 | $35.00 |
| 01/09/25 | SLO | Conduct research regarding whether rent is required to be paid to landlords and late fees | 0.30 | $105.00 |

| 01/09/25 | SLO | Compose e-mail to Brian Morgan regarding questions about security deposit | 0.10 | $35.00 |
|---|---|---|---|---|
| 01/09/25 | SLO | Compose e-mail to Tamar Dolcourt regarding questions about security deposits | 0.10 | $35.00 |
| 01/09/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding accountant contact information and correspondence; compose very detailed e-mail to contacts at Ernst & Young regarding tax issues; note to file regarding same | 0.30 | $105.00 |
| 01/09/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding security deposit for CA premises; compose e-mail to Tamar Dolcourt regarding same and information still needed; note to file regarding same | 0.10 | $35.00 |
| 01/10/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt confirming that there is no security deposit for SC premises; compose response; note to file regarding same | 0.10 | $35.00 |
| 01/10/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding confirmation that security deposit was paid in cash and question about return of leased items; compose response | 0.20 | $70.00 |
| 01/13/25 | SLO | Receipt and review of e-mail from Michelle Wang at EY regarding potential representation of Trustee and next steps to review same; compose detailed response; note to file regarding same | 0.20 | $70.00 |
| 01/13/25 | SLO | Receipt and review of e-mail from Kevin Werner regarding request for update on items on premises; compose response | 0.10 | $35.00 |
| 01/13/25 | SLO | Conduct research regarding California security deposit and application of same | 0.40 | $140.00 |
| 01/16/25 | SLO | Receipt and review of e-mail from Wayne Segal regarding questions about status of deal with sublessee; compose response | 0.10 | $35.00 |

| 01/16/25 | SLO | Receipt and review of e-mail from Eric Rosenbloom regarding setting up call to discuss possible representation of the estate by Ernst & Young; compose response | 0.10 | $35.00 |
|---|---|---|---|---|
| 01/16/25 | SLO | Receipt and review of e-mail from Eric Rosenbloom regarding scheduling meeting regarding Ernst & Young; compose response | 0.10 | $35.00 |
| 01/16/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding request to respond to proposal relating to property; compose response regarding status of evaluation of equipment | 0.10 | $35.00 |
| 01/17/25 | SLO | Teams meeting with Eric and Michelle from Ernst & Young regarding potential representation of the estate and issues relating to same | 0.70 | $245.00 |
| 01/17/25 | SLO | Telephone conference with Wayne Segal, counsel for Canton landlord, regarding status of sale and assumption/assignment | 0.20 | $70.00 |
| 01/20/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding correspondence received from assignee of creditor; compose response; compose detailed e-mail to GreatAmerica Financial regarding bankruptcy filing | 0.20 | $70.00 |
| 01/20/25 | SLO | Receipt and review of Prologis's motion for administrative expense or for relief from stay; note to file regarding deadline to object to same; compose detailed e-mail to Richard Bernard regarding same | 0.40 | $140.00 |
| 01/21/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding e-mails from Waste Management; compose response; forward e-mail to Oksana; compose e-mail to Kurt at Waste Management regarding bankruptcy and claims deadline | 0.20 | $70.00 |

| 01/21/25 | SLO | Receipt and review of e-mail from Kurt Kastner of Waste Management regarding response to e-mail regarding bankruptcy filing | 0.10 | $35.00 |
|---|---|---|---|---|
| 01/24/25 | SLO | Telephone conference with Chauncey Mayfield, attorney for Tesla, regarding request to remove their property from CA facility and issues relating to same | 0.30 | $105.00 |
| 01/27/25 | SLO | Receipt and review of e-mail from Michelle Wang at Ernst & Young regarding proposal for accounting services; compose response; conduct cursory research regarding trustee's tax duties; compose very detailed e-mail to trustee regarding same and recommendations; note to file regarding same | 0.90 | $315.00 |
| 01/28/25 | SLO | Receipt and review of e-mail from trustee regarding accountant; compose response | 0.10 | $35.00 |
| 01/28/25 | SLO | Telephone conference with John Bohl regarding acting as accountant for the estate | 0.50 | $175.00 |
| 01/28/25 | SLO | Compose e-mail to Michelle Wang regarding intent to proceed with another accountant | 0.10 | $35.00 |
| 01/28/25 | SLO | Receipt and review of e-mail from Michelle Wang at EY regarding notification to Internal Revenue Service that they will not be acting as accountant for the estate; compose response requesting contact information for Internal Revenue Service agent and to provide contact information for John Bohl | 0.10 | $35.00 |
| 01/28/25 | SLO | Begin drafting objection to Prologis motion for administrative claim or for relief from stay and conducting research relating to entitlement to payment, timing of same, and related issues | 1.80 | $630.00 |
| 01/29/25 | SLO | Continue drafting objection to motion for administrative expense claim or relief from | 1.40 | $490.00 |

| | | | | |
|---|---|---|---|---|
| | | stay; conduct additional research regarding whether security deposit can be applied to post-petition rent | | |
| 01/30/25 | SLO | Receipt and review of e-mail from Eliz Luo from the Internal Revenue Service regarding contact regarding audit; compose response regarding employment of accountant; compose e-mail to John Bohl regarding same | 0.20 | $70.00 |
| 01/30/25 | SLO | Compose e-mail to Prologis's counsel regarding inspection scheduled and request to extend deadline to respond to motion due to anticipated ability to resolve same with information from inspection | 0.20 | $70.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding agreement to extend deadline to object to motion for administrative expense or relief from stay; draft proposed stipulation and order for same; compose response | 0.30 | $105.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from Prologis's counsel regarding consent to stipulation to extend deadline to respond to motion; compose response; attention to execution and filing of stipulation, and submission of proposed order | 0.10 | $35.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from Chauncy Mayfield regarding Tesla tooling at California facility and return of same; review relevant portions of attached agreements relating to same; compose detailed response; note to file regarding same | 0.30 | $105.00 |
| 01/30/25 | SLO | Receipt and review of order extending deadline to respond to Prologis motion; note to file regarding same | 0.10 | $35.00 |
| 02/03/25 | SLO | Receipt and review of notice of appearance filed by Comerica; note to file regarding same | 0.10 | $35.00 |

| 02/03/25 | SLO | Receipt and review of e-mail from Carmelo regarding contact from Zurich regarding claims raised in California; compose response; compose e-mail to Emily Kidder at Zurich regarding bankruptcy filing | 0.20 | $70.00 |
|---|---|---|---|---|
| 02/03/25 | SLO | Receipt and review of e-mail from Carmelo regarding questions relating to conclusions with coater; compose response | 0.10 | $35.00 |
| 02/04/25 | SLO | Receipt and review of amended list of creditors; note to file regarding same | 0.10 | $35.00 |
| 02/05/25 | SLO | Compose follow up e-mail to Brian Morgan regarding proposal for CA premises and related issues | 0.20 | $70.00 |
| 02/05/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding status of review of proposal and extending deadline to respond to motion; draft proposed order for extension; compose response | 0.20 | $70.00 |
| 02/05/25 | SLO | Receipt and review of e-mail from Prologis's counsel regarding approval of stipulation to extend deadline to object to motion; compose response; attention to execution and filing of stipulation and submission of proposed order; note to file regarding same | 0.10 | $35.00 |
| 02/05/25 | SLO | Telephone conference with Trustee regarding recommendations with respect to rejection of leases and abandonment of equipment | 0.60 | $210.00 |
| 02/06/25 | SLO | Receipt and review of e-mail from trustee regarding issues relating to abandonment of assets; compose detailed response | 0.20 | $70.00 |
| 02/06/25 | SLO | Compose e-mail to Brian Morgan regarding request to set up a call to discuss issues with equipment and lease | 0.10 | $35.00 |
| 02/06/25 | SLO | Telephone conference with Brian Morgan regarding proposal for dealing with assets, | 0.20 | $70.00 |

rejecting leases, and related issues

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/25 | SLO | Telephone conference with Kevin Werner regarding issues relating to abandonment, rejection, claims, etc. | 0.80 | $280.00 |
| 02/06/25 | SLO | Compose follow up e-mail to Kevin Werner regarding summary of discussion | 0.10 | $35.00 |
| 02/06/25 | SLO | Draft, execute, and file motion to reject leases and abandon property at premises in CA and SC, proposed order, notice, and certificate of service; calculate and note to file regarding certificate of no response date for same | 1.80 | $630.00 |
| 02/06/25 | SLO | Compose detailed e-mail to Chauncey Mayfield, attorney for Tesla, regarding rejection of lease and abandonment of property at CA premises | 0.20 | $70.00 |
| 02/06/25 | SLO | Receipt and review of e-mail from trustee regarding issues relating to rejection and abandonment; compose detailed response | 0.20 | $70.00 |
| 02/06/25 | SLO | Receipt and review of order extending deadline to object to Prologis motion for administrative expense or relief from stay; note to file regarding same | 0.10 | $35.00 |
| 02/07/25 | SLO | Receipt and review of e-mail from trustee regarding issues relating to rejection and abandonment | 0.10 | $35.00 |
| 02/07/25 | SLO | Telephone conference with Brian Morgan regarding position with respect to rejection motion and related matters | 0.20 | $70.00 |
| 02/07/25 | SLO | Compose e-mail to trustee regarding CA landlord's position regarding motion and related issues | 0.10 | $35.00 |
| 02/10/25 | SLO | Receipt and review of e-mail from Perla at Europartners regarding questions about payments to creditors; compose detailed | 0.20 | $70.00 |

response

| 02/11/25 | SLO | Compose e-mail to Tamar Dolcourt regarding request for status of 401(k); note to file regarding same | 0.10 | $35.00 |
|---|---|---|---|---|
| 02/11/25 | SLO | Compose e-mail to Brian Morgan regarding following up on resolution of Prologis motion | 0.10 | $35.00 |
| 02/11/25 | SLO | Receipt and review of e-mail from and telephone conference with counsel for 321 Logistics regarding issues relating to motion to reject and their request for administrative expenses | 0.30 | $105.00 |
| 02/11/25 | SLO | Receipt and review of e-mail from trustee regarding concerns about tax reporting for employees; compose detailed response | 0.30 | $105.00 |
| 02/12/25 | SLO | Receipt and review of e-mail from trustee regarding employee tax issues; compose response | 0.10 | $35.00 |
| 02/12/25 | SLO | Receipt and review of e-mail from Brian Morgan with attached stipulation to resolve Prologis motion; review and revise stipulation and prepare separate order; compose detailed response | 0.40 | $140.00 |
| 02/13/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding response to changes to proposed stipulation and order regarding Prologis motion; review and revise stipulation and proposed order; compose response | 0.20 | $70.00 |
| 02/13/25 | SLO | Receipt and review of e-mail from Prologis's counsel regarding approval of stipulation to resolve motion; compose response; attention to final execution and filing of stipulation, and submission of proposed order; note to file regarding same | 0.20 | $70.00 |
| 02/14/25 | SLO | Receipt and review of order resolving Prologis motion; compose e-mail to Brian | 0.20 | $70.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Morgan regarding same; note to file regarding same |  |  |
| 02/17/25 | SLO | Receipt and review of e-mail from Ann Marie at John Bohl's office regarding need for Quickbooks access; attempt to access same; compose e-mail to Carmelo to request that access be provided; compose response to Ann Marie; note to file regarding same | 0.30 | $105.00 |
| 02/19/25 | SLO | Receipt and review of e-mail from Tim Anzenberger regarding hiring local counsel for 321 Logistics and request to extend deadline to respond to motion to reject and abandon; compose response | 0.10 | $35.00 |
| 02/19/25 | SLO | Receipt and review of e-mail from Tim Anzenberger regarding local counsel; compose response to Tim and Bill Blasses | 0.10 | $35.00 |
| 02/20/25 | SLO | Receipt and review of e-mail from Bill Blasses with attached stipulation to extend deadline for 321 Logistics to respond to motion to reject and abandon; compose response regarding approval of same | 0.20 | $70.00 |
| 02/21/25 | SLO | Receipt and review of e-mail from Daniel Urdaneta regarding AGP Worldwide's position regarding ownership of coater; compose detailed response explaining that same is not being liquidated since it is not property of the estate | 0.30 | $105.00 |
| 02/21/25 | SLO | Telephone conference with Bill Blasses regarding representation of 321 Logistics, cases related to claim for administrative expenses, and related matters | 0.80 | $280.00 |
| 02/25/25 | SLO | Compose e-mail to Carmelo and Tamar regarding request for status of 401k; note to file regarding same | 0.10 | $35.00 |
| 02/25/25 | SLO | Compose e-mail to Bill Blasses regarding status of 321's position on | 0.10 | $35.00 |

| | | | | |
|---|---|---|---|---|
| | | rejection/abandonment motion; note to file regarding same | | |
| 02/26/25 | SLO | Receipt and review of e-mail from Carmelo regarding status of 401(k); compose detailed response regarding funds need to be moved from same by employees; note to file regarding same | 0.20 | $70.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding questions about reporting for sale; compose detailed response | 0.20 | $70.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from Carmelo regarding questions about 401(k) issues; compose detailed response; note to file regarding same | 0.30 | $105.00 |
| 02/26/25 | SLO | Left detailed message for Bill Blasses regarding status of extension and matters relating to same | 0.10 | $35.00 |
| 02/26/25 | SLO | Telephone conference with Bill Blasses regarding his concerns about motion for rejection and abandonment, and next steps relating to same issues | 0.60 | $210.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from Carmelo regarding questions about 401(k) issues; compose response | 0.10 | $35.00 |
| 02/27/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding position with respect to 321 Logistics' administrative expense claim; compose response regarding intent to review same and advise; note to file regarding same | 0.10 | $35.00 |
| 02/27/25 | SLO | Receipt and review of filed stipulation to extend deadline to respond to motion to reject and abandon; note to file regarding same | 0.10 | $35.00 |
| 02/27/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding position of 321's | 1.70 | $595.00 |

| | | | | |
|---|---|---|---|---|
| | | entitlement to an administrative expense; review lengthy cases cited in same; conduct additional research on issues; compose very detailed response | | |
| 02/27/25 | SLO | Receipt and review of corrected filed stipulation to extend deadline to respond to rejection/abandonment motion | 0.10 | $35.00 |
| 02/28/25 | SLO | Receipt and review of order extending deadline for 321 to respond to motion to reject and abandon; note to file regarding same | 0.10 | $35.00 |
| 02/28/25 | SLO | Receipt and review of e-mail from Carmelo regarding proposed correspondence to be sent to former employees regarding 401(k); compose detailed response | 0.20 | $70.00 |
| 02/28/25 | SLO | Receipt and review of e-mail from Carmelo to AGP employees regarding 401(k); note to file regarding same | 0.10 | $35.00 |
| 03/03/25 | SLO | Conduct public records search to attempt to locate former employee so she can be advised regarding 401(k); compose e-mail to Carmelo regarding additional information needed for same | 0.20 | $70.00 |
| 03/03/25 | SLO | Receipt and review of e-mail from Carmelo regarding additional information on employee he could not contact; conduct additional public records searches; compose response regarding same and request for him to reach out to former employee | 0.20 | $70.00 |
| 03/03/25 | SLO | Receipt and review of e-mail from Carmelo regarding intent to contact employee based on public records information; compose response | 0.10 | $35.00 |
| 03/04/25 | SLO | Receipt and review of e-mail from Carmelo regarding locating employees; conduct public records search; compose response | 0.20 | $70.00 |

| 03/04/25 | SLO | Receipt and review of amended list of creditors; note to file regarding same | 0.10 | $35.00 |
|---|---|---|---|---|
| 03/06/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding response to position regarding whether 321 is entitled to an administrative expense claim | 0.20 | $70.00 |
| 03/06/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding intent to file objection to motion and seek expedited relief; compose detailed response | 0.30 | $105.00 |
| 03/06/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding intent with respect to motion to reject and abandon | 0.20 | $70.00 |
| 03/07/25 | SLO | Receipt and review of objection to motion to reject and abandon | 0.20 | $70.00 |
| 03/07/25 | SLO | Begin conducting additional research relating to objection to motion to reject and abandon | 0.40 | $140.00 |
| 03/07/25 | SLO | Continue conducting research regarding objection to motion to reject and abandon | 0.60 | $210.00 |
| 03/07/25 | SLO | Analyze issues relating to objection to motion to reject and abandon and additional research plans for same | 0.60 | $210.00 |
| 03/07/25 | SLO | Receipt and review of e-mail from Carmelo regarding status of removal of 401(k) funds by employees; compose response | 0.10 | $35.00 |
| 03/07/25 | SLO | Review rules relating to late filed pleadings; draft and execute certificate of no response to motion to reject and abandon; prepare and submit proposed order; note to file regarding same | 0.20 | $70.00 |
| 03/10/25 | SLO | Receipt and review of voicemail and e-mail from Tesla's attorney regarding questions about recovery of tooling; compose detailed response | 0.20 | $70.00 |

| 03/10/25 | SLO | Receipt and review of notice of hearing on motion to reject and abandon; note to file regarding same and deadline for reply brief | 0.10 | $35.00 |
|----------|-----|---|------|--------|
| 03/10/25 | SLO | Receipt and review of order striking certificate of no response; note to file regarding same | 0.10 | $35.00 |
| 03/10/25 | SLO | Receipt and review of e-mail from Tesla's attorney regarding questions about the impact of abandonment on ownership of assets at California facility; compose detailed response | 0.20 | $70.00 |
| 03/11/25 | SLO | Conduct substantial additional research relating to objection to motion to reject and abandon | 1.70 | $595.00 |
| 03/11/25 | SLO | Draft proposed stipulation and order granting in part and resolving in part the motion to reject and abandon; compose very detailed e-mail to Bill Blasses regarding request for approval of same and related issues | 0.90 | $315.00 |
| 03/12/25 | SLO | Analyze cases relating to possible administrative claim of 321 and best course of action for same | 0.40 | $140.00 |
| 03/13/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding approval of stipulation to resolve motion to reject and abandon; compose response regarding request for amount of rent claimed; attention to execution and filing of stipulation, and submission of proposed order; note to file regarding same | 0.20 | $70.00 |
| 03/13/25 | SLO | Telephone conference with Jennifer at Bankruptcy Court regarding need to provide additional clarification for order regarding motion to reject and abandon | 0.30 | $105.00 |
| 03/13/25 | SLO | Review and revise proposed stipulation and order regarding motion to reject and | 0.60 | $210.00 |

| | | | | |
|---|---|---|---|---|
| | | abandon; compose very detailed e-mail to Bill Blasses regarding request for approval of same | | |
| 03/13/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding approval of revised stipulation and order; compose response; accept revisions to same, execute, and file stipulation and proposed order; note to file regarding same | 0.20 | $70.00 |
| 03/14/25 | SLO | Receipt and review of order granting in part and denying in part motion to reject and abandon; note to file regarding same | 0.10 | $35.00 |
| 03/17/25 | SLO | Receipt and review of e-mail from Carmelo regarding status of former employees transferring their funds from 401k; compose response; note to file regarding same | 0.10 | $35.00 |
| 03/18/25 | SLO | Analyze issues relating to history of correspondence with 321's counsel and filings relating to administrative expense claim; compose detailed e-mail to 321's counsel regarding issues relating to claim | 0.70 | $245.00 |
| 03/19/25 | SLO | Receipt and review of e-mail from Bill Blasses regarding position on issues relating to 321's alleged administrative claim; compose response | 0.20 | $70.00 |
| 03/21/25 | SLO | Receipt and review of e-mail from Renee Hall at insurance broker regarding tail coverage for liability insurance; compose response | 0.20 | $70.00 |
| 03/26/25 | SLO | Receipt and review of e-mail from Carmelo regarding status of 401(k) withdrawals and next steps; compose detailed response; note to file regarding same | 0.20 | $70.00 |
| 03/26/25 | SLO | Receipt and review of e-mail from Carmelo regarding intent to provide information regarding remaining assets and participants of 401k; compose response; note to file | 0.10 | $35.00 |

regarding same

| 04/07/25 | SLO | Receipt and review of e-mails to/from Carmelo and Cole Chirio regarding Cole Chirio's claims that she had overwithholding of Social Security taxes as an employee in 2024; compose response to Carmelo regarding intent to follow up with Cole; compose detailed e-mail to Cole regarding next steps | 0.40 | $140.00 |
|---|---|---|---|---|
| 04/07/25 | SLO | Receipt and review of e-mail from Carmelo regarding status of 401(k) and funds remaining in same; compose response; conduct public records searches for former employees with funds in same and left detailed messages; compose e-mail to ADP regarding need for qualified termination administrator to close plan; note to file regarding same | 0.40 | $140.00 |
| 04/07/25 | SLO | Telephone conference with Cole Chirio regarding issues relating to 401ks and other information relating to debtor, claims against debtor, tax issues, potential avoidable transfers, etc.; note to file regarding same | 1.30 | $455.00 |
| 04/08/25 | SLO | Receipt and review of e-mail from Cole Chirio regarding request for employee information for those with funds in 401k to attempt to locate same; compose detailed response | 0.20 | $70.00 |
| 04/08/25 | SLO | Receipt and review of e-mail from Victor at ADP regarding orders needed to close 401k; compose response regarding questions about same; note to file regarding same | 0.10 | $35.00 |
| 04/08/25 | SLO | Receipt and review of e-mail from Victor at ADP regarding language required for order to terminate plan; compose response; note to file regarding same | 0.10 | $35.00 |
| 04/11/25 | SLO | Receipt and review of e-mails from Carmelo regarding issues with 401(k) and employee | 0.10 | $35.00 |

concerns about taxes; compose response

| 04/11/25 | SLO | Receipt and review of e-mail from Carmelo regarding alternate contact information after AGP email is terminated; compose response; note to file regarding same | 0.10 | $35.00 |

|  | Hours: | 51.70 |  |
|  | Total fees: |  | $18,095.00 |

## Billing Summary

| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 18,095.00 |
| **Total now due** | **$18,095.00** |

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.  
c/o K. Jin Lim, Trustee

April 17, 2025  
474-2

Matter No. 474-2  
Investigatory Activities

| **Fees:** | | | | **Hours** | |
|---|---|---|---|---|---|
| 11/15/24 | SLO | Review debtor's petition, coversheet, and statement of ownership; note issues regarding same | | 0.20 | $70.00 |
| 11/15/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding instructions for access to Canton facility; compose response regarding questions about same | | 0.20 | $70.00 |
| 11/15/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding additional information relating to status of facility; compose response | | 0.10 | $35.00 |
| 11/15/24 | SLO | To debtor's Canton facility for meeting with sublessee's agent and for tour of facility and documentation of equipment and other assets | | 2.20 | $770.00 |
| 11/17/24 | SLO | Conduct unclaimed funds search for debtor in all locations with facilities | | 0.10 | $35.00 |
| 11/17/24 | SLO | Conduct internet searches relating to debtor | | 0.10 | $35.00 |
| 11/17/24 | SLO | Conduct Lexis and other public records searches relating to debtor | | 0.20 | $70.00 |
| 11/17/24 | SLO | Review e-mail from debtor's counsel with attached leases for multiple business premises | | 0.30 | $105.00 |
| 11/18/24 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding responses to initial | | 0.20 | $70.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | inquiries and related issues; compose detailed response response |  |  |
| 11/19/24 | SLO | Teams meeting with Tamar Dolcourt and Carmelo Mattioli regarding bank access, funds in accounts, and related issues | 1.30 | $455.00 |
| 11/19/24 | SLO | Obtain Comerica bank records, credit card records, and cancelled checks from online banking; note to file regarding same | 0.80 | $280.00 |
| 11/21/24 | SLO | Receipt and review of e-mails from Oksana Rosaluk and Stefan Thaler regarding contact information for coater company; compose response to Stefan regarding scheduling a virtual meeting and request for documents relating to ownership of coater | 0.20 | $70.00 |
| 11/23/24 | SLO | Receipt and review of e-mail from Stefan Thaler regarding setting up virtual meeting to discuss coater; compose response | 0.10 | $35.00 |
| 11/25/24 | SLO | Receipt and review of e-mail from Stefan with invitation to Teams meeting; compose response; note to file regarding same | 0.10 | $35.00 |
| 11/26/24 | SLO | Receipt and review of e-mail from Glenn Kushiner regarding setting up Zoom meeting to discuss status of out-of-state assets; compose response; note to file regarding same | 0.10 | $35.00 |
| 11/26/24 | SLO | Receipt and review of e-mail from Glenn Kushiner regarding meeting; compose response; note to file regarding same | 0.10 | $35.00 |
| 11/26/24 | SLO | Review documents from Buhler regarding coater contract | 0.30 | $105.00 |
| 11/27/24 | SLO | Teams conference with Thomas and Stefan of Buhler regarding issues relating to coater | 0.80 | $280.00 |
| 11/27/24 | SLO | Compose very detailed e-mail to Oksana regarding issues relating to ownership of coater | 0.40 | $140.00 |

| 11/27/24 | SLO | Compose detailed e-mail to debtor's counsel regarding questions about ownership of coater; note to file regarding same | 0.20 | $70.00 |
| 12/02/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding intent to review file regarding coater and request to set up call to discuss case issues; compose response; note to file regarding same | 0.10 | $35.00 |
| 12/02/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding setting up call to discuss case issues; compose response | 0.10 | $35.00 |
| 12/02/24 | SLO | Teams meeting with Glenn at Riveron regarding pre-petition efforts to sell assets, appraisals, status of assets, retention of electronics, and other issues | 0.70 | $245.00 |
| 12/02/24 | SLO | Receipt and review of e-mail from Oksana regarding intent to investigate issues relating to ownership of coater; compose response | 0.10 | $35.00 |
| 12/03/24 | SLO | Teams meeting with debtor's counsel regarding outstanding case issues | 0.90 | $315.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from Stefan at Buhler regarding request for update on review of ownership of coater; compose response | 0.20 | $70.00 |
| 12/11/24 | SLO | Receipt and review of e-mail from Thomas at Buhler regarding next steps regarding coater; compose response; note to file regarding same | 0.10 | $35.00 |
| 12/11/24 | SLO | Receipt and review of e-mail from debtor's attorney with attached documents regarding payments made to Buhler for coater; compose response | 0.10 | $35.00 |
| 12/11/24 | SLO | Review relevant documents produced by debtor including tax returns, financial statements, and Helm bank statements; | 0.60 | $210.00 |

note issues regarding same

| 12/11/24 | SLO | Review 2 years of Comerica credit card statements and bank statements for 2 accounts for 2 years | 0.70 | $245.00 |
|---|---|---|---|---|
| 12/12/24 | SLO | Review notes and analyze case issues; compose detailed e-mail to debtor's counsel regarding case issues requiring additional information or documents; note to file regarding same | 0.70 | $245.00 |
| 12/12/24 | SLO | Compose e-mail to Thomas and Stefan at Buhler regarding position relating to coater; note to file regarding same | 0.10 | $35.00 |
| 12/13/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding meeting; note to file regarding same | 0.10 | $35.00 |
| 12/16/24 | SLO | Teams meeting with debtor's counsel and debtor's president regarding questions about debtor's transactions and other matters from investigation | 1.40 | $490.00 |
| 01/10/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding looking into outstanding issues and questions about same; compose very detailed response; note to file regarding same | 0.40 | $140.00 |
| 01/10/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding request for clarification regarding potential preferences; compose response | 0.10 | $35.00 |
| 01/17/25 | SLO | Conduct UCC searches for SC and CA | 0.20 | $70.00 |
| 04/08/25 | SLO | Receipt and review of e-mails from Cole Chirio regarding information relating to investigation of funds paid to insiders; compose response | 0.20 | $70.00 |

Hours: 14.80
Total fees: $5,180.00

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 5,180.00 |
| **Total now due** | **$5,180.00** |

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.  
c/o K. Jin Lim, Trustee

April 17, 2025  
474-3

Matter No. 474-3  
Asset Liquidation

**Fees:** Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/24 | SLO | Receipt and review of e-mail from counsel for NxLite regarding request to set up call to discuss acquisition of assets; compose response | 0.10 | $35.00 |
| 11/16/24 | SLO | Receipt and review of e-mail from NxLite's attorney regarding scheduling call; compose response confirming same; note to file regarding same | 0.10 | $35.00 |
| 11/18/24 | SLO | Telephone conference with counsel for NxLite regarding issues relating to assumption of lease, buying equipment, and other matters due to NxLite's occupancy of debtor's leased premises and use of equipment under shared services agreement | 1.10 | $385.00 |
| 11/19/24 | SLO | Receipt and review of e-mail from trustee regarding auctioneer solicitations; compose response | 0.10 | $35.00 |
| 11/23/24 | SLO | Receipt and review of e-mail and voicemail from Oksana regarding DTE threats to shut off power; review 11 U.S.C. 362 with respect to same | 0.30 | $105.00 |
| 11/23/24 | SLO | Telephone conference with Oksana regarding issues relating to DTE threats to shut off power and related matters | 0.80 | $280.00 |
| 11/25/24 | SLO | Receipt and review of package from Riveron with keys to South Carolina facility; | 0.20 | $70.00 |

compose detailed e-mail to Glenn Kushiner at Riveron regarding request to set up meeting to discuss out-of-state assets and access to same; note to file regarding same

| | | | | |
|---|---|---|---|---|
| 12/02/24 | SLO | Telephone conference with Christopher Lee regarding interest in purchasing assets of AGP for his company | 0.10 | $35.00 |
| 12/02/24 | SLO | Receipt and review of e-mail from Oksana Rosaluk regarding visa issues; compose very detailed response regarding issues relating to same | 0.40 | $140.00 |
| 12/05/24 | SLO | Telephone conference with Will Solimene of PPL regarding interest in liquidating assets; receipt and review of e-mail from him regarding same | 0.10 | $35.00 |
| 12/05/24 | SLO | Conduct research regarding potential auctioneers; compose detailed e-mail to trustee regarding recommendations for same; note to file regarding same | 0.40 | $140.00 |
| 12/05/24 | SLO | Receipt and review of e-mail from trustee regarding response to recommendations regarding auctioneer; compose response | 0.10 | $35.00 |
| 12/06/24 | SLO | Left detailed message for Kevin Werner, president of landlord for South Carolina premises regarding obtaining access to premises for equipment evaluation; begin drafting e-mail to him; telephone conference with him regarding issues relating to access, automatic stay, approvals, etc. | 0.50 | $175.00 |
| 12/06/24 | SLO | Compose detailed e-mail to Kevin Werner, Tamar Dolcourt, and Craig Breetz regarding arranging for access to South Carolina premises and issues relating to same | 0.30 | $105.00 |
| 12/06/24 | SLO | Telephone conference with Prologis regarding request to discuss Tracy, California premises; note to file regarding same | 0.20 | $70.00 |

| 12/06/24 | SLO | Telephone conference with Christopher at Myron Bowling regarding arranging for inspection of South Carolina premises | 0.20 | $70.00 |
|---|---|---|---|---|
| 12/06/24 | SLO | Receipt and review of e-mail from Craig at Myron Bowling regarding inspection to various interested parties; compose very detailed response regarding authorizing inspection | 0.20 | $70.00 |
| 12/06/24 | SLO | E-mails to/from Kevin Werner and Christopher Lee regarding inspection for South Carolina facility | 0.10 | $35.00 |
| 12/09/24 | SLO | Receipt and review of e-mail from Christopher Lee regarding scheduling inspection of South Carolina facility; compose response | 0.10 | $35.00 |
| 12/09/24 | SLO | Receipt and review of e-mail from Kevin Werner regarding setting up inspection by Myron Bowling; note to file regarding same | 0.10 | $35.00 |
| 12/09/24 | SLO | Receipt and review of e-mail from counsel for NxLite regarding request to schedule call to discuss case issues; compose response | 0.10 | $35.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding laptops at premises owned by other companies; compose very detailed response | 0.30 | $105.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from Oksana regarding scheduling call to discuss case status; compose response | 0.10 | $35.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding arrangements for affiliates to pick up electronics and landlord contacts; compose response | 0.10 | $35.00 |
| 12/10/24 | SLO | Compose detailed e-mail to Marilou at Prologis regarding request to discuss access to premises and related issues; note to file regarding same | 0.20 | $70.00 |

| 12/10/24 | SLO | Receipt and review of e-mail from trustee with pictures relating to California facility received from Prologis; compose response; note to file regarding same | 0.10 | $35.00 |
|---|---|---|---|---|
| 12/10/24 | SLO | Receipt and review of e-mail from Marilou at Prologis regarding appropriate contacts for premises; compose response | 0.10 | $35.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from and telephone conference with Natalie at Prologis regarding arrangements for auctioneer access and related issues | 0.40 | $140.00 |
| 12/10/24 | SLO | Receipt and review of e-mail from Tamar regarding Transtech's counsel and her contact with same; compose response; note to file regarding same | 0.10 | $35.00 |
| 12/10/24 | SLO | Compose e-mail to various people at Prologis regarding next steps for California facility | 0.20 | $70.00 |
| 12/10/24 | SLO | Compose e-mail to Craig and Christopher at Myron Bowling regarding initial impressions of landlord for California facility and possible challenges associated with same | 0.20 | $70.00 |
| 12/10/24 | SLO | Compose e-mail to Prologis contact and Myron Bowling contacts regarding arrangements for inspection of California premises | 0.10 | $35.00 |
| 12/11/24 | SLO | Receipt and review of e-mail from Oksana regarding scheduling call; compose response; note to file regarding same | 0.10 | $35.00 |
| 12/11/24 | SLO | Receipt and review of e-mails from Myron Bowling and CA landlord regarding access to facility; note to file regarding same | 0.10 | $35.00 |
| 12/11/24 | SLO | Telephone conference with Michael Atchley regarding interest in purchasing estate assets; receipt and review of e-mail regarding same; note to file regarding same | 0.10 | $35.00 |

| 12/12/24 | SLO | Telephone conference with Oksana regarding issues relating to possible sale, lease, shared services agreement and other matters relating to a possible deal | 1.40 | $490.00 |
|---|---|---|---|---|
| 12/16/24 | SLO | Receipt and review of voicemail from Christopher Lee of Myron Bowling; telephone conference with Christopher Lee regarding issues related to every facility, values of equipment, and sale procedures | 0.40 | $140.00 |
| 12/16/24 | SLO | Compose very detailed e-mail to Christopher Lee with pictures, appraisals, and other records relating to assets and ownership of same | 0.20 | $70.00 |
| 12/17/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding potential interested purchaser; compose response; note to file regarding same | 0.10 | $35.00 |
| 12/18/24 | SLO | Receipt and review of e-mails from Prologis regarding questions about inspection; compose response | 0.20 | $70.00 |
| 12/18/24 | SLO | Conduct UCC search for additional details on financing statement filed by Biesse America; compose e-mail to Craig and Christopher at Myron Bowling regarding same; note to file regarding same | 0.30 | $105.00 |
| 12/18/24 | SLO | Receipt and review of e-mail from Christopher Lee to Prologis regarding intentions regarding inspection | 0.10 | $35.00 |
| 12/18/24 | SLO | Receipt and review of e-mail from Craig at Myron Bowling; conduct cursory review of auction proposal | 0.10 | $35.00 |
| 12/18/24 | SLO | Receipt and review of e-mail from trustee regarding auctioneer issues; compose response | 0.10 | $35.00 |
| 12/18/24 | SLO | Receipt and review of e-mail from George Laidlaw regarding inspection of Canton | 0.20 | $70.00 |

| | | | | |
|---|---|---|---|---|
| | | assets; compose response; compose e-mail to Oksana regarding request to set up same | | |
| 12/19/24 | SLO | Compose detailed e-mail to trustee regarding updated recommendations regarding auctioneer | 0.20 | $70.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from Oksana regarding scheduling inspection for George and status of offer to purchase assets in Canton; compose response | 0.10 | $35.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from George Laidlaw regarding request for pictures of assets in SC and CA facilities; compose detailed response | 0.20 | $70.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from George Laidlaw regarding intent to hold off on inspection of Canton facility until NxLite makes offer; compose response; compose e-mail to Oksana regarding same | 0.20 | $70.00 |
| 12/20/24 | SLO | Receipt and review of e-mail from Oksana with offer from sublessee for purchase of assets and related resolutions; conduct initial analysis of same | 0.40 | $140.00 |
| 12/20/24 | SLO | Compose e-mail to Oksana regarding receipt of offer and steps to be taken to evaluate same | 0.20 | $70.00 |
| 12/20/24 | SLO | Compose detailed e-mail to Wayne Segal regarding request for breakdown of funds owing to landlord for pre-petition and post-petition rent and related inquiries | 0.20 | $70.00 |
| 12/20/24 | SLO | Compose e-mail to Tamar Dolcourt regarding questions about security deposit under shared space agreement | 0.20 | $70.00 |
| 12/20/24 | SLO | Left detailed message for and compose e-mail to George Laidlaw regarding request to discuss sufficiency of offer from sublessee | 0.20 | $70.00 |

| 12/20/24 | SLO | Compose e-mail to Glenn at Riveron regarding request to discuss sufficiency of offer | 0.20 | $70.00 |
|---|---|---|---|---|
| 12/20/24 | SLO | Receipt and review of e-mail from Wayne Segal regarding intent to compile requested information relating to lease and rents; compose response | 0.10 | $35.00 |
| 12/20/24 | SLO | Telephone conference with George regarding his impressions of offer and next steps regarding other facilities | 0.50 | $175.00 |
| 12/20/24 | SLO | Telephone conference with Oksana regarding terms of possible sale, issues to clarify regarding same, and procedural matters | 0.50 | $175.00 |
| 12/20/24 | SLO | Compose very detailed e-mail to trustee regarding offer for Canton facility assets, and issues relating to other terms of sale and procedures relating to same | 0.60 | $210.00 |
| 12/23/24 | SLO | Compose very detailed e-mail to trustee regarding additional information relating to valuation of assets at Canton facility, difficulties anticipated with a sale, and other issues relating to potential private sale to sublessee | 0.60 | $210.00 |
| 12/23/24 | SLO | Receipt and review of e-mail from trustee regarding approval of recommendations relating to Canton equipment and related issues; compose detailed response | 0.20 | $70.00 |
| 12/23/24 | SLO | Compose correspondence to 3E's counsel regarding counteroffer and information needed to finalize a deal | 0.20 | $70.00 |
| 12/24/24 | SLO | Correspondence with Oksana regarding sale of assets at Canton facility | 0.20 | $70.00 |
| 12/24/24 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding disposition of 3E/NxLite security deposit and issues relating to same; | 0.30 | $105.00 |

compose detailed response

| 12/26/24 | SLO | Compose e-mail to trustee regarding deal with 3E/NxLite | 0.10 | $35.00 |
|---|---|---|---|---|
| 12/26/24 | SLO | Draft proposed stipulation and order for sale and assumption; compose detailed e-mail to Oksana regarding same | 1.20 | $420.00 |
| 12/26/24 | SLO | Receipt and review of e-mail from Glenn at Riveron regarding scheduling call to discuss Canton asset sale; compose response | 0.10 | $35.00 |
| 12/26/24 | SLO | Compose detailed e-mail to debtor's counsel regarding request to make arrangements for George Laidlaw to discuss assets in SC and CA with Carmelo; note to file regarding same | 0.30 | $105.00 |
| 12/26/24 | SLO | Receipt and review of e-mail from Glenn Riveron regarding setting up call; note to file regarding same | 0.10 | $35.00 |
| 12/27/24 | SLO | Teams meeting with Glenn at Riveron regarding sale of Canton assets | 0.20 | $70.00 |
| 12/27/24 | SLO | Telephone conference with Oksana regarding issues with documenting sale, obtaining approval, verifying assets owned by the debtor, and other issues | 0.80 | $280.00 |
| 01/02/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding putting George and Carmelo in contact to discuss assets at SC and CA facilities; compose response; note to file regarding same | 0.20 | $70.00 |
| 01/03/25 | SLO | Compose e-mail to George Laidlaw regarding necessity to liquidate assets as soon as possible due to inability to insure same | 0.20 | $70.00 |
| 01/03/25 | SLO | Telephone conference with George Laidlaw regarding issues relating to leased premises and auction of personal property | 0.40 | $140.00 |

| 01/03/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding scheduled call with equipment managers for SC and CA; compose response | 0.10 | $35.00 |
|----------|-----|------|------|--------|
| 01/06/25 | SLO | Receipt and review of e-mail from and telephone conference with Oksana regarding issues with sale, possible secured claims, assets moved to other facilities, etc. | 0.70 | $245.00 |
| 01/06/25 | SLO | Telephone conference with George Laidlaw regarding impressions of equipment and other assets at SC and CA premises after discussing same with debtor's former employees, and next steps to ascertain value | 0.60 | $210.00 |
| 01/07/25 | SLO | Compose e-mails to Brian Morgan and Kevin Werner regarding requests for video walkthroughs and pictures for equipment in SC and CA facilities to enable valuation of assets; note to file regarding same | 0.30 | $105.00 |
| 01/07/25 | SLO | Receipt and review of e-mail from Wayne Segal regarding information and documents relating to outstanding rent and related expenses and request for update on deal with sublessee; compose e-mail to Oksana regarding same; compose response to Wayne | 0.50 | $175.00 |
| 01/07/25 | SLO | Telephone conference with Oksana regarding issues relating to lease and selling equipment in the possession of third parties, as well as other issues relating to sale | 0.80 | $280.00 |
| 01/08/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding e-mail received from debtor's former president; compose response; note to file regarding same | 0.10 | $35.00 |
| 01/08/25 | SLO | Telephone conference with George Laidlaw regarding access to SC premises; review and respond to e-mails relating to same | 0.30 | $105.00 |

| 01/08/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding response to request for video and pictures, and intent with respect to stay; compose response; compose e-mail to George Laidlaw regarding same | 0.30 | $105.00 |
|---|---|---|---|---|
| 01/10/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding AGP Peru's interest in purchasing assets of the estate; compose response | 0.10 | $35.00 |
| 01/10/25 | SLO | Compose e-mail to Kevin Werner and George Laidlaw regarding whether they were able to arrange for an inspection | 0.10 | $35.00 |
| 01/10/25 | SLO | E-mails to/from Kevin Werner and George Laidlaw regarding scheduling inspection | 0.10 | $35.00 |
| 01/13/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding request for response to proposal regarding California facility; compose response regarding inability to respond to same due to insufficient information about assets in facility, and next steps | 0.40 | $140.00 |
| 01/13/25 | SLO | Receipt and review of e-mails to/from George Laidlaw and Kevin Werner regarding scheduling inspection | 0.10 | $35.00 |
| 01/13/25 | SLO | Receipt and review of e-mail from Oksana with attached 25 page proposed sale order; review and revise same and note comments on same; compose response | 1.30 | $455.00 |
| 01/14/25 | SLO | Telephone conference with Oksana regarding status of review of sale documents, responses to comments on same, and additional procedural steps to be taken | 0.60 | $210.00 |
| 01/14/25 | SLO | Review and revise purchase agreement with NxLite; compose e-mail to Oksana regarding same | 2.40 | $840.00 |

| 01/15/25 | SLO | Telephone conference with Jeff Hyman regarding client's interest in purchasing assets of the estate; note to file regarding same | 0.40 | $140.00 |
|---|---|---|---|---|
| 01/15/25 | SLO | Correspondence to/from Jeff Hyman regarding sharing video walkthrough of Canton premises | 0.20 | $70.00 |
| 01/15/25 | SLO | E-mails to/from Kevin Werner and George Laidlaw regarding inspection of SC premises | 0.10 | $35.00 |
| 01/16/25 | SLO | Compose e-mail to George Laidlaw regarding upcoming inspection of SC facility and information regarding potential interested bulk buyer | 0.20 | $70.00 |
| 01/16/25 | SLO | Telephone conference with George Laidlaw regarding inspection and potential interested buyer | 0.10 | $35.00 |
| 01/16/25 | SLO | Receipt and review e-mail from Oksana regarding revisions to proposed sale order; compare files and changes to same; compose response | 0.40 | $140.00 |
| 01/16/25 | SLO | Receipt and review of e-mail from Katie Allison attorney for NxLite with revised proposed order; compose response | 0.10 | $35.00 |
| 01/17/25 | SLO | Receipt and review of e-mail from Jeff Hyman regarding client's interest in purchasing estate assets; analyze issues associated with same and how to proceed due to pending offer from sublessee | 0.90 | $315.00 |
| 01/17/25 | SLO | Compose detailed response to Jeff Hyman regarding request to make arrangements for inspection of property at Canton facility | 0.20 | $70.00 |
| 01/17/25 | SLO | Receipt and review of e-mail from Jeff Hyman regarding client not interested in Michigan assets | 0.10 | $35.00 |

| 01/20/25 | SLO | Receipt and review of e-mail from Oksana with revised purchase agreement; review same and compare files; compose very detailed response regarding necessary modifications and issues | 0.80 | $280.00 |
|---|---|---|---|---|
| 01/20/25 | SLO | Compose response to Jeff Hyman regarding his client's interest in other facilities' assets | 0.10 | $35.00 |
| 01/20/25 | SLO | Receipt and review of e-mail from Jeff Hyman regarding interest of his clients in assets with clarification regarding facilities; compose response | 0.10 | $35.00 |
| 01/21/25 | SLO | Telephone conference with Katie Allison at DLA Piper regarding issues with purchase agreement and next steps | 0.90 | $315.00 |
| 01/21/25 | SLO | Telephone conference with George Laidlaw regarding outcome of SC inspection and initial assessment | 0.20 | $70.00 |
| 01/21/25 | SLO | Receipt and review of e-mail from Adam Russell regarding interest in selling equipment; compose response | 0.10 | $35.00 |
| 01/22/25 | SLO | Telephone conference with George Laidlaw regarding inspection of SC facility, anticipated value of items, issues with CA facility, and potential strategies for liquidation of equipment | 0.80 | $280.00 |
| 01/24/25 | SLO | Receipt and review of e-mail from Carmelo regarding concerns about auction process; compose detailed response regarding same; compose e-mail to George Laidlaw regarding same | 0.60 | $210.00 |
| 01/24/25 | SLO | Telephone conference with George Laidlaw regarding issues relating to sale of equipment, possible expenses, and alternate options for sale | 0.40 | $140.00 |
| 01/24/25 | SLO | Telephone conference with Katie Allison regarding sale motion, purchase agreement, | 0.80 | $280.00 |

and related issues

| 01/24/25 | SLO | Receipt and review of e-mail from Katie Allison with attached final APA; compose response; compose e-mail to trustee with instructions for same | 0.20 | $70.00 |
|---|---|---|---|---|
| 01/24/25 | SLO | Receipt and review of e-mail from trustee regarding timing of signing purchase agreement; compose response; compose e-mail to Katie Allison regarding same | 0.20 | $70.00 |
| 01/24/25 | SLO | E-mails to/from Trustee and NxLite's counsel regarding execution of purchase agreement | 0.20 | $70.00 |
| 01/24/25 | SLO | Review and revise sale motion, notice, and certificate of service for sale of Canton assets; review cases relating to same | 2.30 | $805.00 |
| 01/24/25 | SLO | Compose e-mail to Katie and Oksana regarding need to contact landlord's attorney regarding sale motion | 0.10 | $35.00 |
| 01/24/25 | SLO | Receipt and review of e-mail from Oksana regarding intent to contact landlord regarding assumption in connection with sale agreement; compose response | 0.10 | $35.00 |
| 01/24/25 | SLO | Receipt and review of e-mail from Carmelo Mattioli regarding next steps with CA assets; compose response to Carmelo and Tamar Dolcourt regarding same | 0.20 | $70.00 |
| 01/24/25 | SLO | Telephone conference with Katie Allison regarding final sale motion and issues relating to same | 0.40 | $140.00 |
| 01/27/25 | SLO | Telephone conference with George Laidlaw regarding status of efforts to evaluate equipment | 0.20 | $70.00 |
| 01/27/25 | SLO | Receipt and review of e-mail from Katie Allison with attached revised sale motion; compose response; review and revise sale | 0.80 | $280.00 |

| | | | | |
|---|---|---|---|---|
| | | motion and attachments to same; review and revise matrix | | |
| 01/27/25 | SLO | Receipt and review of e-mail from Katie Allison regarding release of signature to purchase agreement; compose response regarding same and anticipated date for approval of motion; note to file regarding same | 0.20 | $70.00 |
| 01/28/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding ability to inspect Tracy premises; compose detailed e-mail to Brian Morgan regarding same; compose response to George | 0.30 | $105.00 |
| 01/28/25 | SLO | Receipt and review of e-mail from Katie Allison regarding concerns about sale motion and timing for approval of same; compose detailed response | 0.60 | $210.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Brian Morgan regarding approval for auctioneer to contact Prologis directly to schedule inspection; compose response; compose e-mail to Monica De Jesus of Prologis and George Laidlaw regarding arranging for inspection | 0.20 | $70.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Katie Allison regarding questions about sale and release of information regarding same; compose response | 0.10 | $35.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Monica De Jesus of Prologis regarding intent to cooperate with inspection of CA premises; compose response | 0.10 | $35.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt regarding response to request for walkthrough video of CA facility | 0.10 | $35.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding inspection and advising | 0.20 | $70.00 |

regarding status of equipment; compose response clarifying same

| 01/29/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding planning for timing of inspection and advising if there are problems with assets; compose response | 0.10 | $35.00 |
|---|---|---|---|---|
| 01/29/25 | SLO | Receipt and review of e-mail from Carmello Mattioli regarding questions about sale of Canton assets to NxLite; compose response | 0.10 | $35.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding inspection scheduled; compose response | 0.10 | $35.00 |
| 01/30/25 | SLO | Compose e-mail to George Laidlaw regarding timing considerations for reporting back on whether assets are worth selling | 0.10 | $35.00 |
| 01/31/25 | SLO | Receipt and review of e-mail from and telephone conference with Wayne Segal regarding assumption and assignment of lease in sale motion | 0.20 | $70.00 |
| 01/31/25 | SLO | Telephone conference with George Laidlaw regarding outcome of investigation of CA premises | 0.20 | $70.00 |
| 02/03/25 | SLO | Compose very detailed e-mail to Brian Morgan regarding ideas for resolution of Prologis motion and terms for administrative expense and sale | 0.50 | $175.00 |
| 02/05/25 | SLO | Telephone conference with George Laidlaw and Jason Lee regarding proposed auction terms | 0.30 | $105.00 |
| 02/05/25 | SLO | Analyze issues associated with possible sale or abandonment of assets | 1.10 | $385.00 |
| 02/05/25 | SLO | Receipt and review of e-mail from George Laidlaw regarding additional considerations regarding sale of SC and CA assets | 0.10 | $35.00 |

| 02/06/25 | SLO | Compose e-mail to George Laidlaw regarding intent to proceed with abandonment of property at SC and CA facilities | 0.10 | $35.00 |
| 02/06/25 | SLO | Receipt and review of e-mails from George Laidlaw regarding alternate options for personal property in CA and SC | 0.10 | $35.00 |
| 02/11/25 | SLO | Receipt and review of voicemail from and telephone conference with Oksana for NxLite regarding issues relating to sale and next steps | 0.60 | $210.00 |
| 02/12/25 | SLO | Receipt and review of e-mail from Katie Allison with attached proposed bill of sale and assumption and assignment agreement for Canton asset sale; compose response regarding comments to same | 0.20 | $70.00 |
| 02/12/25 | SLO | Receipt and review of e-mail from Katie Allison regarding modifications to bill of sale; compose response | 0.10 | $35.00 |
| 02/12/25 | SLO | Receipt and review of e-mail from Katie Allison regarding final bill of sale; compose response; note to file regarding same | 0.10 | $35.00 |
| 02/18/25 | SLO | Receipt and review of e-mail from Katie Alison regarding arrangements for payment under sale to NxLite; compose response | 0.20 | $70.00 |
| 02/18/25 | SLO | Receipt and review of voicemail from Katie Allison regarding issues relating to payment under sale; compose e-mail response | 0.10 | $35.00 |
| 02/19/25 | SLO | Receipt and review of e-mail from Katie Allison regarding concerns relating to closing on sale; review purchase agreement; compose detailed response | 0.30 | $105.00 |
| 02/21/25 | SLO | Draft and execute certificate of no response to motion for sale, assumption, and assignment; attention to review and submission of proposed order; note to file | 0.20 | $70.00 |

regarding same

| 02/21/25 | SLO | Receipt and review of sale order regarding Canton assets; compose e-mail to NxLite's counsel regarding same; note to file regarding same | 0.20 | $70.00 |
|---|---|---|---|---|
| 02/21/25 | SLO | Review purchase agreement for next steps relating to sale of Canton assets | 0.10 | $35.00 |
| 02/21/25 | SLO | Receipt and review of e-mail from Oksana regarding next steps for sale; compose response | 0.10 | $35.00 |
| 02/24/25 | SLO | Receipt and review of e-mail from Katie Allison regarding scheduling call to discuss closing on sale; compose response | 0.10 | $35.00 |
| 02/24/25 | SLO | Receipt and review of e-mail from Oksana Rosaluk regarding scheduling call to discuss closing; compose response | 0.10 | $35.00 |
| 02/24/25 | SLO | Prepare for and attend meeting with Oksana and Katie regarding logistical issues associated with closing | 0.80 | $280.00 |
| 02/24/25 | SLO | Compose detailed e-mail to trustee regarding issues relating to buyer's concerns about making payment under sale | 0.20 | $70.00 |
| 02/25/25 | SLO | Receipt and review of e-mails from trustee and Kim Kalasky regarding logistical issues relating to payment from NxLite; compose detailed response | 0.20 | $70.00 |
| 02/25/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding additional details on payment issues relating to NxLite; compose response | 0.10 | $35.00 |
| 02/25/25 | SLO | Compose detailed e-mail to Katie and Oksana regarding options for issuing payment to trustee for sale | 0.20 | $70.00 |
| 02/25/25 | SLO | Receipt and review of e-mail from Oksana | 0.20 | $70.00 |

| | | | | |
|---|---|---|---|---|
| | | regarding questions about logistics for sale payments; compose detailed response | | |
| 02/26/25 | SLO | Compose e-mail to Trustee regarding anticipated payment for sale | 0.10 | $35.00 |
| 02/26/25 | SLO | Telephone conference with Oksana regarding status of payment and logistics for same | 0.10 | $35.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding checks received from buyer and next steps; compose response | 0.10 | $35.00 |
| 02/26/25 | SLO | Compose e-mail to Oksana and Katie regarding funds received for sale and next steps; note to file regarding same | 0.10 | $35.00 |
| 02/28/25 | SLO | Receipt and review of e-mails from NxLite's counsel regarding final sale documents and payment to landlord; compare documents to those previously received; compose response; compose e-mail to trustee regarding request for status of cashier's checks clearing and rent to be paid | 0.30 | $105.00 |
| 02/28/25 | SLO | Receipt and review of e-mail from trustee regarding questions about rent payment relating to sale; compose response | 0.10 | $35.00 |
| 02/28/25 | SLO | Receipt and review of multiple e-mails from Trustee and Kim regarding rent check; compose response; compose e-mail to NxLite's attorneys regarding status of same | 0.20 | $70.00 |
| 02/28/25 | SLO | E-mails to/from Trustee and Kim regarding status of rent check to landlord and related issues | 0.20 | $70.00 |
| 03/03/25 | SLO | Receipt and review of e-mails from trustee and Katie Allison regarding final sale documents; compose response to Katie regarding next steps to finalize sale; note to file regarding same | 0.20 | $70.00 |

| 03/04/25 | SLO | Receipt and review of e-mails relating to closing on sale of Canton assets; compose e-mail to trustee regarding status of rent check to landlord; compose response to parties interested in sale | 0.10 | $35.00 |
|---|---|---|---|---|
| 03/04/25 | SLO | Receipt and review of e-mail from trustee regarding status of check for rent in accordance with sale; compose e-mail to interested parties regarding same | 0.10 | $35.00 |
| 03/04/25 | SLO | Compose e-mail to Katie Allison asking for documentation relating to rent paid; note to file regarding same | 0.10 | $35.00 |
| 03/05/25 | SLO | Draft and execute report of sale for sale of Canton assets; note to file regarding same | 0.30 | $105.00 |
| 03/05/25 | SLO | Telephone conference with Katie Allison regarding finalization of sale and release of closing document signatures; receipt and review of e-mails relating to same; compose response | 0.10 | $35.00 |
| 03/06/25 | SLO | Receipt and review of e-mail from Katie Allison with attached rent invoice; compose response; compose e-mail to trustee regarding same; note to file regarding same | 0.20 | $70.00 |
| 03/06/25 | SLO | Telephone conference with Carolina from another AGP entity asking about disposition of assets and status of same | 0.20 | $70.00 |
| 04/16/25 | SLO | Receipt and review of e-mail from Michael Atchley regarding questions about liquidation of assets; compose detailed response | 0.10 | $35.00 |

|  |  | Hours: | 52.30 |  |
|---|---|---|---|---|
|  |  | Total fees: |  | $18,305.00 |

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 18,305.00 |
| **Total now due** | **$18,305.00** |

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.  
c/o K. Jin Lim, Trustee

April 17, 2025  
474-4

Matter No. 474-4  
Fee/Employment Applicants

**Fees:** Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/24 | SLO | Draft application to employ Sandra O'Connor Law, PLLC, proposed order, verified statement of disinterestedness, statement of consent, and certificate of service; compose e-mail to trustee regarding request for approval of same | 0.10 | $35.00 |
| 11/15/24 | SLO | Receipt and review of e-mail from trustee regarding approval of application to employ; compose response; attention to execution and filing of same; compose e-mail to Office of the United States Trustee regarding request for approval of statement of consent; note to file regarding same | 0.10 | $35.00 |
| 11/18/24 | SLO | Receipt and review of e-mail from Jill Gies regarding approval of statement of consent; attention to execution and filing of same; review, revise, and submit proposed order; note to file regarding same | 0.10 | $35.00 |
| 11/18/24 | SLO | Receipt and review of order authorizing employment of Sandra O'Connor Law, PLLC; note to file regarding same | 0.10 | $35.00 |
| 12/05/24 | SLO | Telephone conference with Craig at Myron Bowling regarding auctioning equipment and terms for same | 0.50 | $175.00 |
| 12/19/24 | SLO | Receipt and review of voicemail from and telephone conference with George Laidlaw of US Asset Exchange regarding possibilities for auctioning equipment | 0.90 | $315.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/25 | SLO | Receipt and review of e-mail from John Bohl with attached draft application to employ; review and revise same, and compose response | 0.20 | $70.00 |
| 01/28/25 | SLO | Receipt and review of e-mail from John Bohl regarding approval of revisions to application; compose response; attention to execution and filing of same; compose e-mail to Office of the United States Trustee regarding request for approval of statement of consent; note to file regarding same | 0.20 | $70.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Jill Gies regarding approval of statement of consent for accountant application to employ; compose response; attention to filing of same and preparation and submission of proposed order; note to file regarding same | 0.10 | $35.00 |
| 01/29/25 | SLO | Receipt and review of order authorizing employment of John Bohl as accountant; compose e-mail to John Bohl regarding same; note to file regarding same | 0.10 | $35.00 |
| 01/29/25 | SLO | Compose multiple e-mails to John Bohl with case documents relevant to taxes and receipts by the estate and with information relating to same | 0.60 | $210.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from John Bohl regarding receipt of employment order and case documents; compose response | 0.10 | $35.00 |

|  | Hours: | 3.10 |  |
|---|---|---|---|
|  | Total fees: |  | $1,085.00 |

---

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 1,085.00 |
| **Total now due** | **$1,085.00** |

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.                                                    April 17, 2025
c/o K. Jin Lim, Trustee                                                    474-5


Matter No. 474-5
Claims Administration


**Fees:**                                                              Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/24 | SLO | Receipt and review of proof of claim 1 filed by Staples; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 11/25/24 | SLO | Receipt and review of proof of claim 2 filed by Atlas Copco; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 11/25/24 | SLO | Receipt and review of proof of claim 3 filed by Airgas; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 01/07/25 | SLO | Receipt and review of proof of claim 4 filed by Sunbelt Rentals; review same for appropriate classification and to confirm that claim does not include post-petition amounts | 0.10 | $35.00 |
| 01/13/25 | SLO | Receipt and review of proof of claim 5 filed by Cellco; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 01/14/25 | SLO | Receipt and review of proof of claim 6 filed by SC Department of Revenue; review same for priority status and any other issues | 0.10 | $35.00 |
| 01/17/25 | SLO | Receipt and review of proof of claim 7 filed by AmTrust; analyze issues relating to same | 0.10 | $35.00 |
| 01/21/25 | SLO | Receipt and review of proof of claim 8 filed by Ultimation Industries; review same for evidence of avoidable transfers | 0.10 | $35.00 |

| 01/24/25 | SLO | Receipt and review of proof of claim 9 filed by Designetics; review same for evidence of avoidable transfers | 0.10 | $35.00 |
|---|---|---|---|---|
| 02/11/25 | SLO | Receipt and review of proof of claim 10 filed by Jesus Medina; compose detailed e-mail to Medina's counsel regarding problems with claim amount being undetermined and next steps | 0.30 | $105.00 |
| 02/13/25 | SLO | Receipt and review of e-mail from Roman Otkupman regarding request to set up telephone conference to discuss claim issue; compose response | 0.10 | $35.00 |
| 02/13/25 | SLO | Telephone conference with Roman Otkupman regarding questions about reasons for claim amount to be established | 0.10 | $35.00 |
| 02/14/25 | SLO | Receipt and review of e-mail from Roman Otkupman regarding assessment of claim amount; compose detailed response regarding resolution of claim amount; note to file regarding same | 0.30 | $105.00 |
| 02/14/25 | SLO | Receipt and review of e-mail from Roman regarding approval of proposed amount for claim 10; draft proposed stipulation and order resolving claim; compose response; note to file regarding same | 0.30 | $105.00 |
| 02/14/25 | SLO | Receipt and review of e-mail from Roman regarding approval of stipulation regarding claim 10; compose response; attention to execution and filing of stipulation and submission of proposed order; note to file regarding same | 0.10 | $35.00 |
| 02/21/25 | SLO | Receipt and review of order resolving claim 10; compose e-mail to Roman regarding same; note to file regarding same | 0.10 | $35.00 |
| 02/24/25 | SLO | Receipt and review of proof of claim 11 filed by California Franchise Tax Board; compose e-mail to John Bohl and Ann Marie Quinlan | 0.10 | $35.00 |

regarding same

| 02/24/25 | SLO | Receipt and review of proofs of claims 12 and 13 filed by UFP entities; compose e-mail to UFP's counsel regarding apparent lack of liability by debtor and request for disallowance or evidence of liability; note to file regarding same | 0.30 | $105.00 |
|---|---|---|---|---|
| 02/24/25 | SLO | Receipt and review of proof of claim 14 filed by Avenue Logistics; analyze priority claim on same; compose e-mail to claimant regarding problems with same; note to file regarding same | 0.30 | $105.00 |
| 02/28/25 | SLO | Receipt and review of proof of claim 15 filed by Avenue Logistics; confirm same is duplicative of claim 14 and has same problem as claim 14; compose follow up e-mail to claimant regarding additional issues needing to be fixed | 0.10 | $35.00 |
| 03/03/25 | SLO | Receipt and review of filing purporting to withdraw claim 15; note to file regarding same and potential issues with same | 0.10 | $35.00 |
| 03/03/25 | SLO | Receipt and review of e-mail from Guy Young regarding withdrawal of claim 15; compose detailed response regarding remaining problems with claim 14 and steps necessary to fix it; note to file regarding same | 0.20 | $70.00 |
| 03/04/25 | SLO | Receipt and review of notice of striking notice of withdrawal of claim 15; compose detailed e-mail to creditor regarding same; note to file regarding same | 0.20 | $70.00 |
| 03/04/25 | SLO | Receipt and review of e-mail from Guy Young regarding claims issues and how to fix same; draft proposed stipulation and order resolving claims 14 and 15; compose detailed response; note to file regarding same | 0.30 | $105.00 |

| 03/04/25 | SLO | Receipt and review of e-mail from Guy Young regarding stipulation; compose response | 0.10 | $35.00 |
|---|---|---|---|---|
| 03/04/25 | SLO | Receipt and review of e-mail from Guy Young regarding approval of stipulation; compose response; attention to execution and filing of same and submission of proposed order; note to file regarding same | 0.10 | $35.00 |
| 03/05/25 | SLO | Receipt and review of order resolving claims 14 and 15; compose e-mail to Guy Young regarding same; note to file regarding same | 0.10 | $35.00 |
| 03/05/25 | SLO | Receipt and review of proof of claim 16 filed by Ohio Department of Taxation; review priority and tax year; compose e-mail to accountant regarding same; note to file regarding same | 0.10 | $35.00 |
| 03/19/25 | SLO | Receipt and review of proof of claim 17 filed by GERMANY Cabalo Logistics; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 03/21/25 | SLO | Receipt and review of proof of claim 18 with multiple atachments filed by Shanghai GOSUN Automation Technology Co; review same to verify liability of debtor on same and for evidence of avoidable transfers | 0.20 | $70.00 |
| 03/25/25 | SLO | Receipt and review of proof of claim 19 filed by Glas-Weld; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 03/27/25 | SLO | Receipt and review of proof of claim 20 filed by Clark Hill; conduct research to find case regarding attorney-client privilege passing to Trustee; compose e-mail to claimant to request additional supporting documents for claim; note to file regarding same | 0.30 | $105.00 |
| 03/31/25 | SLO | Receipt and review of e-mail from Bob Franke at Clark Hill regarding intent to produce substantiating documentation for claim; compose response; note to file | 0.10 | $35.00 |

regarding same

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/25 | SLO | Receipt and review of proof of claim 21 filed by Industria E Comercio De Suprimentos; note issues with priority claim in same; note to file regarding same | 0.10 | $35.00 |
| 04/08/25 | SLO | Receipt and review of proof of claim 22 filed by Antaya Technologies Corp.; review same for evidence of avoidable transfers | 0.10 | $35.00 |
| 04/08/25 | SLO | Receipt and review of e-mail from Bob Franke regarding additional documentation in support of claim for Clark Hill; compose response; note to file regarding same | 0.20 | $70.00 |
| 04/10/25 | SLO | Draft proposed stipulation and order to resolve claim 21; compose e-mail to creditor regarding same; note to file regarding same | 0.30 | $105.00 |
| 04/10/25 | SLO | Draft and revise objection to claims 12 and 13, proposed order, notice, and certificate of service; note to file regarding hearing date and certificate of no response date for same | 0.70 | $245.00 |
| 04/11/25 | SLO | Receipt and review of e-mail from Industria e Comercio de Suprimentos Insutriais Carpela Ltda with signed stipulation resolving claim 21; compose response; attention to execution and filing of stipulation and submission of proposed order; note to file regarding same | 0.20 | $70.00 |
| 04/11/25 | SLO | Receipt and review of claims 23, 24, 25, and 26 filed by Jesus Medina and Aegis Law; analyze issues with same; compose very detailed e-mail to claim agent and attorney regarding problems with claim and information needed to establish values for claims; note to file regarding same | 0.50 | $175.00 |
| 04/11/25 | SLO | Receipt and review of proof of claim 27 filed by Travelers; note issues relating to same | 0.10 | $35.00 |
| 04/11/25 | SLO | Compose detailed e-mail to trustee | 0.20 | $70.00 |

| | | | | |
|---|---|---|---|---|
| | | regarding issues relating to Travelers claim; note to file regarding same | | |
| 04/11/25 | SLO | Receipt and review of order resolving claim 31; compose e-mail to creditor regarding same; note to file regarding same | 0.10 | $35.00 |
| 04/11/25 | SLO | Receipt and review of proof of claim 28 filed by RecruitGigs and amended proof of claim 28; compare same to determine why same was amended; review attachments and note invoices associated with unknown facilities; compose e-mail to CEO of RecruitGigs to request invoices for unknown facilities; note to file regarding same | 0.30 | $105.00 |
| 04/11/25 | SLO | Receipt and review of e-mail from CEO from RecruitGigs regarding intent to have lawyer review request for information relating to claim; compose response; note to file regarding same | 0.10 | $35.00 |
| 04/11/25 | SLO | Receipt and review of e-mail from attorney for RecruitGigs regarding anticipated timing for production of documents to support claim and to respond to preference demand; compose response; note to file regarding same | 0.10 | $35.00 |
| 04/14/25 | SLO | Receipt and review of e-mail from John Tedford, attorney for RecruitGigs, with a detailed explanation for alternate locations shown on claim and with attached invoices; note potential issues with claim; compose very detailed response; note to file regarding same | 0.40 | $140.00 |
| 04/15/25 | SLO | Receipt and review of proof of claim 29 filed by Prologis; conduct calculations to determine whether claim amount is appropriate; compose detailed e-mail to Prologis's counsel regarding request for clarification about amount of back rent; note to file regarding same | 0.20 | $70.00 |

| 04/15/25 | SLO | Receipt and review of auto-reply from Brian Morgan regarding travel; compose response regarding expectations for timing of response on clarification for Prologis claim; note to file regarding same | 0.10 | $35.00 |
|---|---|---|---|---|
| 04/15/25 | SLO | Receipt and review of claims 29 and 30 filed by Marcell West and Ronald Patterson based on complaint filed by both against debtor; analyze valuation of same; note to file regarding same | 0.20 | $70.00 |
| 04/15/25 | SLO | Receipt and review of proof of claim 32 filed by 321 Logistics; analyze same for appropriate amount, limitations, and allocation for pre-petition rent | 0.10 | $35.00 |
| 04/15/25 | SLO | Receipt and review of proof of claim 33 filed by Kelly Cole-Chirio; review same for basis and amount; compose e-mail to Kelly regarding request for copy of severance agreement and for status update regarding locating employees who have funds remaining in 401(k) | 0.20 | $70.00 |
| 04/16/25 | SLO | Receipt and review of e-mail from Brendan Best, attorney for UFP entities, regarding position on claims and proposed resolution; draft proposed stipulation and order to resolve claims and compose response; note to file regarding same | 0.50 | $175.00 |
| 04/17/25 | SLO | Receipt and review of e-mail from Brendan Best regarding approval of stipulation resolving claims 12 and 13; compose response; attention to execution and filing of stipulation, and submission of proposed order; note to file regarding same | 0.10 | $35.00 |

|  |  | Hours: | 9.80 |  |
|---|---|---|---|---|
|  |  | Total fees: |  | $3,430.00 |

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 3,430.00 |
| **Total now due** | **$3,430.00** |

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.
c/o K. Jin Lim, Trustee

April 17, 2025
474-6

Matter No. 474-6
Preference Issues

| **Fees:** | | | **Hours** | |
|---|---|---|---|---|
| 12/11/24 | SLO | Analyze general ledger attached to statement of financial affairs for evidence of preferences and potential avoidable transfers; markup spreadsheet by payee; calculate total amounts paid to various parties | 1.50 | $525.00 |
| 01/16/25 | SLO | Receipt and review of e-mail from Tamar Dolcourt with chart regarding information on payments to various parties during the preference period; compose very detailed response regarding information still required for same; note to file regarding same | 0.30 | $105.00 |
| 02/03/25 | SLO | Receipt and review of e-mails from debtor's counsel regarding additional information on payments to creditors and statements for American Express, as well as related issues; compose detailed response; note to file regarding action to be taken by party receiving payment | 0.60 | $210.00 |
| 02/10/25 | SLO | Review spreadsheet to aggregate payments to each potential preference recipient; note to file regarding same | 0.40 | $140.00 |
| 02/10/25 | SLO | Draft and execute letter to Genesis Engineering regarding preferences; note to file regarding same | 0.30 | $105.00 |
| 02/10/25 | SLO | Draft and execute 5 additional preference letters; prepare payment charts and conduct research to identify appropriate companies | 1.20 | $420.00 |

and officers of same

| 02/11/25 | SLO | Receipt and review of e-mail from trustee regarding potential preferences; compose response | 0.10 | $35.00 |
| 02/11/25 | SLO | Draft and execute preference demand letters to 3 additional companies and conduct research regarding appropriate information for service of same; compose e-mail to trustee regarding same and other issues not currently being pursued and basis for same | 0.60 | $210.00 |
| 02/24/25 | SLO | Receipt and review of e-mail from Justin Harrison at Uline regarding response to preference demand; analyze defenses to same | 0.20 | $70.00 |
| 02/24/25 | SLO | Compose e-mail to trustee regarding recommendations for Uline's settlement offer and analysis of same; compose e-mail to Justin Harrison regarding intent to confer with trustee on offer; note to file regarding same | 0.20 | $70.00 |
| 02/24/25 | SLO | Receipt and review of e-mail from trustee regarding Uline settlement offer; compose detailed response | 0.20 | $70.00 |
| 02/24/25 | SLO | Compose e-mail to Justin Harrison at Uline regarding acceptance of settlement offer and options for how to structure same; note to file regarding same | 0.20 | $70.00 |
| 02/25/25 | SLO | Receipt and review of e-mail from attorney for Monarch Private Security denying that correct party for payment was identified; compose response; compose e-mail to Carmello regarding request for additional information on payment; note to file regarding same | 0.30 | $105.00 |
| 02/25/25 | SLO | Receipt and review of e-mail from Justin Harrison at Uline regarding intent to draft | 0.10 | $35.00 |

| | | settlement agreement; compose response; note to file regarding same | | |
|---|---|---|---|---|
| 02/25/25 | SLO | Receipt and review of e-mail from Justin Harrison at Uline with attached proposed settlement agreement; revise same and compose response; note to file regarding same | 0.20 | $70.00 |
| 02/25/25 | SLO | Receipt and review of e-mail from Justin Harrison with attached signed settlement agreement; compose response; compose e-mail to trustee regarding instructions for same; note to file regarding same | 0.20 | $70.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from trustee with signed settlement agreement for Uline | 0.10 | $35.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from Kim Kalasky with signed W-9 for Uline settlement; compose response; note to file regarding same | 0.10 | $35.00 |
| 02/26/25 | SLO | Compose e-mail to Juston Harrison with attached signed settlement agreement and W-9, and regarding next steps; note to file regarding same | 0.10 | $35.00 |
| 02/26/25 | SLO | Receipt and review of e-mail from Carmelo regarding details relating to funds paid to Monarch; compose response; note to file regarding same | 0.20 | $70.00 |
| 02/26/25 | SLO | Draft and execute motion to compromise with Uline, proposed order, notice, and certificate of service; review and mark up matrix; calculate and note to file regarding certificate of no response date for same; compose e-mail to Justin at Uline regarding same | 0.70 | $245.00 |
| 02/27/25 | SLO | Receipt and review of e-mail from Justin Harrison of Uline regarding status of settlement check; compose response; note to file regarding same | 0.10 | $35.00 |

| 02/28/25 | SLO | Telephone conference with Rod Kiefus of Big Joe Handling regarding receipt of preference letter, potential defenses, and documents to be sent regarding same; note to file regarding same | 0.20 | $70.00 |
|---|---|---|---|---|
| 03/03/25 | SLO | Receipt and review of e-mail from Justin Harrison regarding status of settlement check from Uline; compose response; note to file regarding same | 0.10 | $35.00 |
| 03/03/25 | SLO | Receipt and review of e-mail from Rod at Big Joe Handling regarding documents relating to defenses; analyze same and compose response; note to file regarding same | 0.30 | $105.00 |
| 03/04/25 | SLO | Receipt and review of e-mail from Robert Bansfield, attorney for Avenue Logistics, regarding intent to respond to preference demand and timing of same; compose response; note to file regarding same | 0.10 | $35.00 |
| 03/10/25 | SLO | Receipt and review of check from Uline for settlement; compose e-mail to Uline's counsel regarding same; note to file regarding same; forward to trustee | 0.10 | $35.00 |
| 03/11/25 | SLO | Receipt and review of voicemail and telephone conference with Eileen Kennedy at Berliner Cohen regarding preference demand and status of response to same; note to file regarding same | 0.20 | $70.00 |
| 03/14/25 | SLO | Receipt and review of e-mail from Robert Bansfield with attached letter addressing preference claim and attachments relating to history of payments and invoicing; compose response regarding same; note to file regarding same | 0.30 | $105.00 |
| 03/17/25 | SLO | Receipt and review of e-mail from Erika Avalos at Recruitgigs regarding late receipt of preference letter; compose response regarding updated deadline to respond to | 0.20 | $70.00 |

same; note to file regarding same

| 03/17/25 | SLO | Receipt and review of letter and documents from Eileen at Berliner Cohen regarding defenses to preference claim; compose response; note to file regarding same | 0.30 | $105.00 |
|---|---|---|---|---|
| 03/24/25 | SLO | Draft and execute complaint against Easy Automation; conduct research to confirm registered agent; draft and execute certificate of service; note to file regarding deadline for answer to same | 0.40 | $140.00 |
| 03/24/25 | SLO | Draft and execute complaint against Genesis Engineering; conduct research to confirm registered agent; draft and execute certificate of service; note to file regarding deadline for answer to same | 0.30 | $105.00 |
| 03/25/25 | SLO | Draft and execute certificate of no response to compromise motion; review, revise, and submit proposed order; note to file regarding same | 0.10 | $35.00 |
| 03/25/25 | SLO | Receipt and review of e-mail from Court to modify proposed order to compromise to include terms of compromise; revise order and resubmit same; note to file regarding same | 0.20 | $70.00 |
| 03/25/25 | SLO | Receipt and review of order authorizing compromise with Uline; compose e-mail to Uline's counsel regarding same; note to file regarding same | 0.10 | $35.00 |
| 04/15/25 | SLO | Receipt and review of e-mail from counsel for Easy Automation regarding wrong party potentially sued with references to schedules and statement of financial affairs that provide conflicting information on the party that received the payment; review same to confirm whether it appears that the wrong party has been named as defendant; draft and execute notice of dismissal; compose detailed response; note to file | 0.50 | $175.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding same |  |  |
| 04/15/25 | SLO | Receipt and review of e-mail from John Tedford for RecruitGigs regarding preference defenses and clarification relating to claim; compose detailed response regarding all issues resolved; note to file regarding same | 0.30 | $105.00 |
| 04/15/25 | SLO | Draft and execute letter to Easy Automation in Italy regarding potential preference; note to file regarding same | 0.20 | $70.00 |

| | | Hours: | 11.80 | |
| | | Total fees: | | $4,130.00 |

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 4,130.00 |
| **Total now due** | **$4,130.00** |

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.  
c/o K. Jin Lim, Trustee

April 17, 2025  
474-7

Matter No. 474-7  
Unauthorized Post-Petition Transfers

**Fees:**      Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding correspondence from Internal Revenue Service regarding levy; compose response; note to file regarding same | 0.10 | $35.00 |
| 01/16/25 | SLO | Review post-petition transactions from bank accounts; compose detailed e-mail to Andrew Worrall at Comerica regarding request for additional information on same and to repay funds that appear to have been paid to Comerica | 0.30 | $105.00 |
| 01/16/25 | SLO | Analyze post-petition transfers to ADP; note to file regarding same | 0.10 | $35.00 |
| 01/16/25 | SLO | Receipt and review of e-mail from Andrew Worrall at Comerica regarding intent to produce requested information and documents relating to post-petition transfers; compose response regarding same and other issues | 0.20 | $70.00 |
| 01/17/25 | SLO | Receipt and review of e-mail from Andrew Worrall with attached check copy and status of review of other post-petition transfer; compose response | 0.10 | $35.00 |
| 01/17/25 | SLO | Receipt and review of e-mail from Andrew Worrall regarding updates on status of information relating to post-petition transfer and other issues | 0.10 | $35.00 |

| 01/22/25 | SLO | Receipt and review of e-mail from Andrew Worrall from Comerica regarding payment being made for unauthorized post-petition transfer; compose response; note to file regarding same | 0.10 | $35.00 |
|---|---|---|---|---|
| 01/23/25 | SLO | Receipt and review of payment from Comerica for unauthorized post-petition transfer; compose e-mail to trustee regarding same; forward to trustee; note to file regarding same | 0.10 | $35.00 |
| 03/05/25 | SLO | Receipt and review of e-mail from John Tragge on behalf of Comerica regarding documents to support setoff claim; analyze same and documents relating to debt; compose response; compose very detailed e-mail to trustee regarding recommendations for same | 0.50 | $175.00 |
| 03/05/25 | SLO | Receipt and review of e-mail from trustee regarding response to recommendations relating to funds paid by Comerica that are subject to setoff rights; compose response; compose detailed e-mail to John Tragge regarding same; note to file regarding same | 0.20 | $70.00 |
| 03/11/25 | SLO | Receipt and review of e-mail from Comerica's counsel regarding proposed stipulation and order relating to repaying funds to Comerica due to secured claim and setoff rights; compose response regarding approval with changes; note to file regarding same | 0.20 | $70.00 |
| 03/11/25 | SLO | Receipt and review of stipulated order to return funds to Comerica; compose e-mail to trustee regarding same; compose e-mail to Comerica's counsel regarding same; note to file regarding same | 0.20 | $70.00 |
| 03/12/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding questions about funds to be used to pay Comerica under order; compose response | 0.10 | $35.00 |

| 03/12/25 | SLO | Compose e-mail to Comerica's counsel regarding anticipated timing for sending check | 0.10 | $35.00 |
|---|---|---|---|---|

|  |  | Hours: | 2.40 |  |
|  |  | Total fees: |  | $840.00 |

## Billing Summary

| Previous balance | $0.00 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 840.00 |

| **Total now due** | **$840.00** |
|---|---|

# Sandra O'Connor Law, PLLC
## 100 N. Pond Drive, Suite A
## Walled Lake, MI 48390

AGP E-Glass Co.
c/o K. Jin Lim, Trustee

April 17, 2025
474-8

Matter No. 474-8
Turnover of Debtor's Assets

**Fees:** Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/24 | SLO | Telephone conferences with multiple Comerica representatives in an effort to reach legal or bankruptcy departments; telephone conference with Ghada Jaafar regarding need for accounts to be frozen and liquidated; compose e-mail to her regarding same; note to file regarding same | 0.60 | $210.00 |
| 11/25/24 | SLO | Draft and execute motion for turnover against Comerica, proposed order, notice, and certificate of service; conduct research regarding appropriate service information; calculate certificate of no response date and note to file regarding same | 0.50 | $175.00 |
| 12/12/24 | SLO | Receipt and review of e-mail from debtor's counsel regarding correspondence from Comerica; compose response; note to file regarding same | 0.10 | $35.00 |
| 12/13/24 | SLO | Receipt and review of payment from 3E/NxLite for partial payment under shared space agreement; compose e-mail to trustee regarding same; update records regarding same; forward to trustee; compose e-mail to 3E's counsel regarding receipt of same | 0.20 | $70.00 |
| 12/16/24 | SLO | Receipt and review of Comerica turnover order; draft and execute certificate of service for same; calculate and note to file regarding deadline for compliance with same | 0.10 | $35.00 |

| 01/03/25 | SLO | Receipt and review of e-mail from Trustee regarding approach to sale of assets and request for update on Comerica turnover; review file and Comerica account status; compose detailed response | 0.40 | $140.00 |
|---|---|---|---|---|
| 01/03/25 | SLO | Compose e-mail to Ghada Jaafar at Comerica regarding Comerica's failure to comply with turnover order; note to file regarding same | 0.20 | $70.00 |
| 01/03/25 | SLO | Receipt and review of voicemail from Andrew Worrell from Comerica Bank regarding turnover; left detailed message in response; note to file regarding same | 0.10 | $35.00 |
| 01/03/25 | SLO | Telephone conference with Andrew Worrell regarding turnover of funds from Comerica and issues relating to same; note to file regarding same | 0.30 | $105.00 |
| 01/06/25 | SLO | Receipt and review of e-mail from Andrew Worrell regarding status of liquidation of accounts at Comerica; compose response; note to file regarding same | 0.10 | $35.00 |
| 01/06/25 | SLO | Receipt and review of e-mail from Andrew Worrell of Comerica regarding funds issued from AGP's accounts; compose response; compose e-mail to trustee regarding same; note to file regarding same | 0.20 | $70.00 |
| 01/08/25 | SLO | Receipt and review of checks from Comerica for turnover of funds in debtor's bank accounts and CDs; update records to reflect receipt of same; forward to trustee | 0.10 | $35.00 |
| 01/08/25 | SLO | Compose e-mail to trustee regarding status of Comerica checks | 0.10 | $35.00 |
| 01/16/25 | SLO | Telephone conference with Andrew Worrell at Comerica regarding Comerica's claim that one CD turned over is not property of the estate and next steps to be taken; note to file regarding same | 0.20 | $70.00 |

| 01/17/25 | SLO | Telephone conference with John Tragge regarding issues with turned over CD funds being subject to a security interest for a letter of credit and next steps regarding same | 0.40 | $140.00 |
| 01/23/25 | SLO | Receipt and review of e-mail from John Tragge with explanation and attached documents relating to letter of credit and security for same that was turned over to trustee and that is being requested to be returned by Comerica; conduct research regarding same; compose detailed e-mail to trustee with recommendations for same; compose response to John Tragge regarding status of review of issue; note to file regarding same | 1.30 | $455.00 |
| 01/24/25 | SLO | Receipt and review of e-mail from trustee regarding response to proposed plan for Comerica funds; compose response; compose e-mail to John Tragge regarding proposal in process and anticipated timing of response to him; note to file regarding same | 0.20 | $70.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding ability to set aside funds in escrow account; compose detailed e-mail to John Tragge regarding proposal to have funds subject to letter of credit held in escrow pending a claim against the letter of credit or expiration of the letter of credit; note to file regarding same | 0.30 | $105.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from John Tragge regarding approval of proposal to hold funds in escrow relating to letter of credit; compose response; note to file regarding same | 0.10 | $35.00 |
| 01/29/25 | SLO | Compose e-mail to trustee regarding Comerica's approval of proposal and next steps | 0.10 | $35.00 |

| 01/29/25 | SLO | Draft proposed stipulation and order regarding line of credit funds for Comerica; compose e-mail to John Tragge regarding same; note to file regarding same | 0.50 | $175.00 |
|---|---|---|---|---|
| 01/29/25 | SLO | Receipt and review of e-mail from John Tragge regarding proposed revisions to stipulated order regarding funds to be held in escrow and questions about same; compose e-mail to trustee and Kim Kalasky regarding questions about how funds will be held | 0.20 | $70.00 |
| 01/29/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding details on escrow account; compose response; compose response to John Tragge regarding response to proposed modifications to proposed order | 0.30 | $105.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from John Tragge regarding revisions to be made to proposed order; review and revise proposed order; compose response | 0.20 | $70.00 |
| 01/30/25 | SLO | Receipt and review of e-mail from John Tragge regarding approval of stipulation regarding funds subject to Comerica claim; compose response; attention to execution and filing of stipulation and submission of proposed order; note to file regarding same | 0.10 | $35.00 |
| 02/03/25 | SLO | Receipt and review of order regarding Comerica funds for letter of credit; compose e-mail to trustee regarding same; note to file regarding same | 0.20 | $70.00 |
| 02/03/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding escrow account for Comerica funds | 0.10 | $35.00 |
| 02/07/25 | SLO | Draft and execute motion for turnover against Emburse, proposed order, notice, and certificate of service; conduct research regarding appropriate service information for | 0.40 | $140.00 |

| 02/25/25 | SLO | same; calculate and note to file regarding certificate of no response date for same | | |
|---|---|---|---|---|
| 02/25/25 | SLO | Draft and execute certificate of no response to motion for turnover against Emburse; prepare and submit proposed order; note to file regarding same | 0.10 | $35.00 |
| 02/25/25 | SLO | Receipt and review of order compelling Emburse to turnover property of the estate; draft and execute certificate of service for same; note to file regarding due date for payment | 0.10 | $35.00 |
| 03/04/25 | SLO | Receipt and review of e-mail from John Tragge regarding questions about filing a claim for funds subject to order for letter of credit and issues relating to unauthorized post-petition payment that was repaid and claims for setoff; review documents provided; compose detailed response | 0.40 | $140.00 |
| 03/24/25 | SLO | Conduct research to attempt to find additional contact information for Emburse; compose e-mail to Emburse regarding failure to comply with turnover order | 0.20 | $70.00 |
| 03/25/25 | SLO | Telephone conference with Gabe Weiss at Emburse regarding questions about turnover order and intent to comply with same | 0.10 | $35.00 |
| 03/26/25 | SLO | Receipt and review of e-mail from Kim Kalasky regarding Comerica check not yet cashed; compose e-mail to John Tragge regarding request to confirm that check was received; compose response to Kim; note to file regarding same | 0.20 | $70.00 |
| 03/27/25 | SLO | Receipt and review of e-mail from John Tragge regarding receipt of check for portion of funds returned to Comerica and intent to check with Comerica about same; compose response; note to file regarding same | 0.10 | $35.00 |

| 03/31/25 | SLO | Receipt and review of e-mail from Comerica's counsel's regarding information needed to be provided with check; compose response; compose e-mail to trustee regarding same | 0.20 | $70.00 |
|---|---|---|---|---|
| 03/31/25 | SLO | Receipt and review of e-mail from trustee regarding response to Comerica's request; compose response; compose e-mail to Comerica's counsel regarding same | 0.20 | $70.00 |
| 04/14/25 | SLO | Left detailed message for Gabe Weiss of Emburse regarding request for status of check under turnover order; note to file regarding same | 0.10 | $35.00 |
| 04/15/25 | SLO | Receipt and review of voicemail from Gabe Weiss at Emburse regarding status of turnover of funds; note to file regarding same | 0.10 | $35.00 |

|  | Hours: | 9.40 |  |
|---|---|---|---|
|  | Total fees: |  | $3,290.00 |

**Billing Summary**

| Previous balance | $0.00 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 3,290.00 |
| **Total now due** | **$3,290.00** |

# BIOGRAPHICAL STATEMENT

Sandra L. O'Connor is the owner and sole attorney for Sandra O'Connor Law, PLLC.  She obtained her J.D. from Wake Forest University in 2007 and her B.A. in English Language and Literature from the University of Michigan, Ann Arbor in 2003.  Sandra also completed master's level courses in Financial Accounting and Intermediate Accounting at Walsh College in 2008 and 2009.  While attending law school, Sandra served as an intern for the Honorable Robert H. Cleland, Judge for the United States District Court for the Eastern District of Michigan.  She was also employed as a law clerk during the entirety of her third year of law school by Price Law Firm in Winston Salem, North Carolina specializing in conducting research and writing relating to complex bankruptcy matters.

Sandra has specialized as an attorney representing Chapter 7 Trustees for over 16 years.  She is board certified as a Consumer Bankruptcy Specialist by the American Board of Certification.  She is a member of the American Bankruptcy Institute, the State Bar of Michigan, and the Federal Bar for the Eastern District of Michigan.  Additionally, she is the author of a published article, *Signing Away §522(d)(12) Exemption: Boilerplate Language Constitutes a Prohibited Transaction*, AM. BANKR. INST. J., Nov. 2012, at 18.

Sandra acted as a judge for the February 17, 2020 Shapero Cup Moot Court Competition.  Sandra also presented the demonstration argument at the February 19, 2024 Shapero Cup Moot Court Competition.

Sandra was a panel speaker at the 2023 Steven W. Rhodes Consumer Bankruptcy Conference on the topic of Avoidance, Preferences, and Fraudulent Transfers.

As a board certified specialist, Sandra is required to meet substantial minimum continuing legal education requirements.  During the past two years, Sandra has attended the following CLE programs:

1. American Bankruptcy Institute Webinar: Bankruptcy Filing Growth: Will Increases Continue Beyond 1Q 2023?, April 11, 2023 (1.0 hours).
2. 2023 Steven W. Rhodes Consumer Bankruptcy Conference, November 10, 2023 (7.5 hours).
3. 2024 Steven W. Rhodes Consumer Bankruptcy Conference, November 11, 2024 (6.83 hours).

## EXHIBIT 6

4. American Bankruptcy Institute Consumer Practice Extravaganza sessions:
   a. Combating the Creative Consecutive Filer, February 13, 2025 (1.0 hour).
   b. Taking the Fear Out of Chapter 13, February 13, 2025 (1.0 hour).
   c. Third-Party Releases After *Purdue Pharma*, February 13, 2025 (1.0 hour).
   d. Bankruptcy Crossover, March 3, 2025 (1.0 hour).
   e. Racial Disparities, March 4, 2025 (1.0 hour).
   f. Proof-of-Claim Considerations, March 4, 2025 (1.0 hour).
   g. Consumer Rules Update, March 4, 2025 (1.0 hour).
   h. Subchapter V Issues, March 4, 2025 (1.0 hour).
   i. Mortgage Updates, March 4, 2025 (1.0 hour).

Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Walled Lake, MI 48390

AGP E-Glass Co.  April 17, 2025
c/o K. Jin Lim, Trustee  474-99

Matter No. 474-99
Expenses

**Expenses:**

| | | | |
|---|---|---|---|
| 11/25/24 | SLO | Postage for service of Comerica turnover motion | $9.96 |
| 11/25/24 | SLO | Copies for service of Comerica turnover motion (9 x .50) | $4.50 |
| 12/16/24 | SLO | Postage for service of Comerica turnover order | $9.68 |
| 12/16/24 | SLO | Copies for service of Comerica turnover order (2 x .50) | $1.00 |
| 12/18/24 | SLO | UCC search | $10.00 |
| 01/08/25 | SLO | Postage for sending check to trustee | $0.73 |
| 01/08/25 | SLO | Copy for sending check to trustee | $0.50 |
| 01/23/25 | SLO | Copy for sending check to trustee | $0.50 |
| 01/23/25 | SLO | Postage for sending check to trustee | $0.73 |
| 01/27/25 | SLO | Copies for service of motion and notice of motion (530 x .50) | $265.00 |
| 01/27/25 | SLO | Postage for service of motion and notice of motion (11 x 3.15 (motion and attachments), 87 x .73 (domestic notice), 14 x 1.65 (international notice)) | $121.26 |
| 01/27/25 | SLO | Filing fee for sale motion | $199.00 |
| 02/06/25 | SLO | Copies for service of motion to reject and abandon, and notice of same (124 x .50) | $62.00 |
| 02/06/25 | SLO | Postage for service of motion to reject and abandon, | $88.98 |

## EXHIBIT 7

| Date | | Description | Amount |
|---|---|---|---|
| | | and notice of same (2 x 1.01, 92 x .73, 12 x 1.65) | |
| 02/07/25 | SLO | Postage for service of Emburse turnover motion (2 x 1.01) | $2.02 |
| 02/07/25 | SLO | Copies for service of Emburse turnover motion (16 x .50) | $8.00 |
| 02/10/25 | SLO | Copies for preference letters and enclosures (14 x .50) | $7.00 |
| 02/10/25 | SLO | Postage for preference letters (6 x .73) | $4.38 |
| 02/11/25 | SLO | Copies for sending preference letters (9 x .50) | $4.50 |
| 02/11/25 | SLO | Postage for sending preference letters (2 x .73, 1 x 1.65) | $3.11 |
| 02/25/25 | SLO | Postage for service of Emburse turnover order (2 x .73) | $1.46 |
| 02/25/25 | SLO | Copies for service of Emburse turnover order (4 x .50) | $2.00 |
| 02/26/25 | SLO | Postage for service of notice of motion to compromise with Uline (16 international x 1.65, 95 domestic x .73) | $95.75 |
| 02/26/25 | SLO | Copies for service of notice of motion to compromise with Uline (111 x .50) | $55.50 |
| 03/10/25 | SLO | Postage for sending Uline settlement check to trustee | $0.73 |
| 03/24/25 | SLO | Postage for service of Easy Automation complaint and summons (2 x 1.01) | $2.02 |
| 03/24/25 | SLO | Copies for service of Easy Automation complaint and summons (10 x .50) | $5.00 |
| 03/24/25 | SLO | Postage for service of Genesis complaint and summons | $1.01 |
| 03/24/25 | SLO | Copies for service of Genesis complaint and summons (5 x .50) | $2.50 |

| 04/10/25 | SLO | Postage for service of objection to claims 12 and 13 | $1.01 |
| 04/10/25 | SLO | Copies for service of objection to claims 12 and 13 (8 x .50) | $4.00 |
| 04/16/25 | SLO | Copies for sending letter to Easy Automation in Italy (3 x .50) | $1.50 |
| 04/16/25 | SLO | Postage for sending letter to Easy Automation in Italy | $1.65 |
| | | Total expenses: | $976.98 |

**Billing Summary**

| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 976.98 |
| **Total now due** | **$976.98** |