UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                    Chapter 7
                                                   Case No. 24-50838-MLO
          Debtor.                                  Hon. Maria L. Oxholm
_____/

## APPLICATION TO EMPLOY JOHN F. BRADLEY, JR.
## AS SPECIAL COUNSEL

K. Jin Lim, the Chapter 7 Trustee for the bankruptcy estate of AGP E-Glass Co., by and through her attorney Sandra O'Connor Law, PLLC submits this Application to Employ John F. Bradley, Jr. as Special Counsel E.D. Mich. LBR 2014-1(a), Fed. R. Bankr. P. 2014 and 11 U.S.C. § 327.   See Exhibit A.

IN SUPPORT of the Application, the Trustee states:

1.      On November 14, 2024, AGP E-Glass Co. ("the Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.      K. Jin Lim is the duly appointed Chapter 7 Trustee in this case.

3.      On April 29, 2025, this Court entered its Default Judgment Against Defendant Genesis Engineering Services, Inc. ("the Judgment") which granted a judgment in favor of the Trustee and against Genesis Engineering Services, Inc. ("Genesis") for $18,684.00 for avoidance and recovery of preferences.

4. Genesis has not voluntarily paid the Judgment. Therefore, collection action is necessary to collect the Judgment. However, Genesis is a California Corporation located in the San Jose area and the Trustee is not aware of any assets of Genesis that are reachable through collection action that can be taken in the United States Bankruptcy Court for the Eastern District of Michigan.

5. The Trustee seeks an order authorizing the employment of John F. Bradley, Jr. as special counsel to represent the Trustee with respect to the collection of the Judgment. John F. Bradley, Jr. is an attorney in San Jose, California with substantial experience in collection matters.

6. The Trustee has agreed to pay John F. Bradley, Jr. a contingency fee, calculated after deduction of costs, as follows:

    a. 15% if the Judgment is resolved in response to a demand letter.

    b. 20% if the Judgment is resolved after filing and serving a personal property lien.

    c. 35% if the Judgment is resolved after additional action is taken.

7. The Trustee has also agreed to pay for reasonable and necessary costs that may be incurred during the course of collection.

8. John F. Bradley, Jr.'s Statement of Disinterestedness is attached hereto as Exhibit B.

WHEREFORE, Trustee respectfully requests the Court approve the employment of John F. Bradley, Jr. as special counsel for the Trustee.

Respectfully Submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: August 13, 2025

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                    Chapter 7
                                                    Case No. 24-50838-MLO
          Debtor.                                   Hon. Maria L. Oxholm

_____/

**ORDER AUTHORIZING EMPLOYMENT OF
JOHN F. BRADLEY, JR. AS SPECIAL COUNSEL**

The Trustee having filed her Application to Employ John F. Bradley, Jr. as

Special Counsel for Trustee with attached Statement of Disinterestedness; the Office

of the United States Trustee having concurred in the Application; and the Court

being fully advised in the premises;

IT IS HEREBY ORDERED that:

(A)    John F. Bradley, Jr. is authorized to act as special counsel for the

Chapter 7 Trustee in this case pursuant to the terms and conditions set forth in the

Application and its supporting Statement of Disinterestedness;

(B)    John F. Bradley, Jr. shall not be required to keep time records in order

to receive compensation since the employment terms are on a contingency fee basis

and E.D. Mich. LBR 2016-1(a)(14) & (15) are inapplicable;

(C)    Compensation may be paid after application and after Court order

authorizing payment.

**EXHIBIT A**

IN THE MATTER OF:

AGP E-GLASS CO.,

Debtor.

_____/

Chapter 7
Case No. 24-50838-MLO
Hon. Maria L. Oxholm

### VERIFIED STATEMENT OF DISINTERESTEDNESS

John F. Bradley, Jr. states as follows:

1. I am a solo practitioner and my offices are located at 28 N. First St. #400, San Jose, California, 95113.

2. In order to evaluate my disinterestedness, I have reviewed the matrix of creditors in this case and I have determined that I do not have any connections to any of the parties in this case that would result in an interest materially adverse to the interest of the estate or its creditors. I am able to make this determination after review of the matrix, my knowledge of my prior cases, and my knowledge of my own financial affairs and the financial affairs of my practice.

3. I am subject to the authority of certain tax agencies that are creditors in this case. I have been a retail customer of several creditors who offer retail products and services to the general public. Berliner Cohen is listed as a creditor and I acted as a settlement conference judge pro tem for a case where Berliner Cohen

## EXHIBIT B

represented one of the parties several years ago.  None of these interactions are in connection with, nor impact, representation of the Trustee in this case.

4.    Aside from the above, I have no connections with the Debtor, creditors, the Trustee, or any other party in interest, their respective known attorneys or accountants, the United States Trustee or any other person employed by the United States Trustee.

5.    I am a "disinterested person" as such term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code.

6.    I have not made any agreement to share compensation in this case and I know of no reason why I should not act as attorney for the Trustee.

Dated: August 12, 2025                     /s/ John F. Bradley, Jr.
                                           John F. Bradley, Jr.
                                           28 N. First St. #400
                                           San Jose, CA 95113
                                           (408) 998-2000
                                           john@jfbatlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,

Debtor.
_____/

Chapter 7
Case No. 24-50838-MLO
Hon. Maria L. Oxholm

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I electronically filed the 1) Trustee's Application to Employ John F. Bradley, Jr. as Special Counsel, 2) Proposed Order, 3) Statement of Disinterestedness and 4) Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee

Tamar Dolcourt, Esq.

Richard James Bernard, Esq.

William C. Blasses, Esq.

K. Jin Lim, Esq.

Alan C. Hochheiser, Esq.

John P. Tragge, Esq.

Dated: August 13, 2025

 /s/ Sandra L. O'Connor
SANDRA L. O'CONNOR
Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com
(P70984)