Christopher S. Murphy
Texas State Bar No. 24079031
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone.: (512) 475-4562
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 25-50838-MLO |
| | § | |
| AGP E-GLASS CO., | § | Chapter 7 |
| | § | |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Christopher S. Murphy
Assistant Attorney General
christopher.murphy@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The Texas Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this

case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**
Assistant Attorney General
Texas State Bar No. 24079031
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4562
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

**ATTORNEYS FOR THE TEXAS**
**COMPTROLLER OF PUBLIC ACCOUNTS**

2

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and via First Class U.S. Mail, to the parties listed below on September 30, 2025.

AGP E-GLASS CO.
41600 Haggerty Circle S
Canton, MI 48188
*Debtor*

       */s/ Sherri K. Simpson*
       **SHERRI K. SIMPSON**