# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 24-50838 MLO

**Case Name:** AGP E-Glass Co.

**For Period Ending:** 09/30/2025

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 11/14/2024 (f)

**§ 341(a) Meeting Date:** 12/17/2024

**Claims Bar Date:** 04/14/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT COMERICA BANK, XXXXXX4755<br>p/o 12/16/24 [docket #21] | 28,793.54 | 28,793.54 | | 242,022.72 | FA |
| 2 | SAVINGS ACCOUNT AT COMERICA BANK, XXXXXX5438<br>p/o 12/16/24 [docket #21] | 96,015.68 | 96,015.68 | | 0.20 | FA |
| 3 | CHECKING ACCOUNT AT HELM BANK, XXXXXX4136 | 0.00 | 0.00 | | 0.00 | FA |
| 4* | LETTER OF CREDIT WITH CITY OF CANTON AS BENEFICIARY (2896) (See Footnote) | 70,523.55 | 70,523.55 | | 0.00 | FA |
| 5* | PREPAYMENT OF CREDIT CARD THROUGH DEPOSIT CERTIFICATE CD/IRA 3006 (DEPOSIT ACCOUNT) (See Footnote) | 70,186.99 | 70,186.99 | | 0.00 | FA |
| 6* | RAW MATERIALS: RAW MATERIALS, JULY 2024, NET BOOK VALUE: $206,112.32, VALUATION METHOD: LINEAR (See Footnote) | 206,112.32 | 206,112.32 | OA | 0.00 | FA |
| 7* | FURNITURE AND STORAGE CABINETS AT ALL SITES.. VALUATION METHOD: MARKET (See Footnote) | 157,435.00 | 157,435.00 | OA | 0.00 | FA |
| 8* | IT HARDWARE: EXPENSES MADE TO REMODEL OR SET UP EACH OF THE COMPANES' SITES. MIGHT INCLUDE SOME FURNITURE OR SPECIAL ROOMS.. VALUATION METHOD: MARKET (See Footnote) | 41,771.00 | 41,771.00 | OA | 0.00 | FA |
| 9* | SHELVES, TRAYS, TABLES, TOOLINGS, ETC. ALL EQUIPMENT NECESSARY FOR AVO AND R&D OPERATIONS. (AVO LINES, ACV, COATERS, ETC.. VALUATION METHOD: MARKET (See Footnote) | 2,087,865.00 | 2,087,865.00 | OA | 0.00 | FA |
| 10 | TECH CENTER MICHIGAN 41600 HAGGERTY CIRCLE CANTON, MI 48188 | 0.00 | 0.00 | | 0.00 | FA |
| 11* | AVO CALIFORNIA IPC 10 6872 PROMONTORY PKWY TRACY, CA 95377 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12* | AVO SOUTH CAROLINA 423 FOSTER BROTHERS DRIVE WEST COLUMBIA, SC 29172 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | TAX REFUNDS, TAX YEAR 2021 | 72,000.00 | 72,000.00 | | 0.00 | 72,000.00 |
| 14 | pre-petition funds due under Shared Space Agreement from NxLite f/k/a 3E Nano | 91,661.88 | 91,661.88 | | 91,661.88 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 24-50838 MLO

**Case Name:** AGP E-Glass Co.

**For Period Ending:** 09/30/2025

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 11/14/2024 (f)

**§ 341(a) Meeting Date:** 12/17/2024

**Claims Bar Date:** 04/14/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15* | Post-petition transfer to Comerica Bank (u) (See Footnote) | 19,302.16 | 19,302.16 | | 19,302.16 | FA |
| 16 | Preference payment to Uline (u)<br>p/o 03/25/25 [docket #84] | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 17 | Emburse Inc. funds (u)<br>p/o 02/25/25 [docket #53] | 2,147.51 | 2,147.51 | | 2,147.51 | FA |
| 18* | post-petition funds due under Shared Space Agreement from NxLite f/k/a 3E Nano (u)<br>p/o 02/21/25 [docket #51] (See Footnote) | 112,000.00 | 112,000.00 | | 112,000.00 | FA |
| 19* | Proceeds from NxLite for sale of assets at Canton, MI facility only (u)<br>p/o 02/21/25 (See Footnote) | 425,000.00 | 425,000.00 | | 425,000.00 | FA |
| 20 | Adv Proc 25-4050 vs Genesis Engineering (u)<br>per Default Judgment in AP p/o 04/29/25 | 18,684.00 | 18,684.00 | | 0.00 | 18,684.00 |
| 21 | State of South Carolina tax refund (u) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 276.93 | Unknown |
| **22** | **Assets Totals (Excluding unknown values)** | **$3,506,498.63** | **$3,506,498.63** | | **$897,411.40** | **$90,684.00** |

RE PROP# 4      included with asset #1 p/o 12/16/24

RE PROP# 5      included with asset #1 p/o 12/16/24

RE PROP# 6      officially abandoned p/o 3/14/25

RE PROP# 7      officially abandoned p/o 3/14/25

RE PROP# 8      officially abandoned p/o 3/14/25

RE PROP# 9      officially abandoned p/o 3/14/25

RE PROP# 11      lease rejected p/o 03/14/25 [docket #78]

RE PROP# 12      lease rejected p/o 03/14/25 [docket #78]

RE PROP# 15      may need to return funds p/o 03/11/25

RE PROP# 18      Report of Sale filed [docket #65]

RE PROP# 19      includes some materials, furniture, hardware, and equipment listed in asset# 6-10; rest have been offically abandoned; Report of Sale filed [docket #65]

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  24-50838 MLO

**Case Name:**  AGP E-Glass Co.

**For Period Ending:**  09/30/2025

**Trustee Name:**  (420180) K. Jin Lim

**Date Filed (f) or Converted (c):**  11/14/2024 (f)

**§ 341(a) Meeting Date:**  12/17/2024

**Claims Bar Date:**  04/14/2025

**Major Activities Affecting Case Closing:**

10/09/25 objections to claims #23-26 filed

09/30/25 continuing to investigate possible 2021 tax refunds and pursuing Adv Proc judgment

09/23/25 tax returns filed with IRS and State of Michigan, California, and South Carolina; continuing collection efforts

07/08/25 working on claims issues; preparing tax returns; pursuing collection from Genesis for preference payment

05/01/25 settlement funds from Emburse received

04/29/25 default judgment entered in AP 25-4050 vs Genesis Engineering; waiting for funds

03/26/25 compromise order with Uline entered

03/24/25 AP 25-4048 and AP 25-4050 filed to recover money

03/12/25 payment from Uline received

02/27/28 motion to approve compromise with Uline filed.

02/26/28 proceeds from sale of assets to NxLite received by hand

02/25/25 Order for turnover of funds at Emburse Inc entered

02/26/25 settlement with Uline pending for preference payment

02/21/25 order entered authorizing sale of property in Canton, MI

02/07/25 motion to compel Emburse, Inc to turnover funds filed

02/04/25 order regarding secured claim of Comerica Bank entered in amount of $70,691.13

01/28/25 app to employ accountant filed

01/27/25 motion to sell property at Canton, MI location filed

01/13/25 funds from Comerica bank accounts received

12/17/24 order for turnover entered; waiting for funds

12/16/24 payment from 3E Nano sublessee received

11/26/24 motion to compel Comerica to turnover funds filed. so

11/18/24 attorney for trustee employed

**Initial Projected Date Of Final Report (TFR):** 12/31/2027

**Current Projected Date Of Final Report (TFR):** 12/31/2027

10/14/2025
_____
Date

/s/K. Jin Lim
_____
K. Jin Lim

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 24-50838 MLO | | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|---|
| Case Name: | AGP E-Glass Co. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7255 | | Account #: | ******8498 Checking |
| For Period Ending: | 09/30/2025 | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/24 | {14} | 3E Nano Inc. | payment from sublessee for Canton facility | 1222-000 | 91,661.88 | | 91,661.88 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 73.25 | 91,588.63 |
| 01/13/25 | {1} | Comerica Bank | funds from checking bank account p/o 12/16/24 | 1129-000 | 242,022.72 | | 333,611.35 |
| 01/13/25 | {2} | Comerica Bank | funds from savings bank account p/o 12/16/24 | 1129-000 | 0.20 | | 333,611.55 |
| 01/29/25 | | To Account #******2738 | secured claim of Canton Township | 9999-000 | | 70,000.00 | 263,611.55 |
| 01/30/25 | {15} | Comerica Bank | post-petition transfer | 1290-000 | 19,302.16 | | 282,913.71 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 385.44 | 282,528.27 |
| 02/03/25 | | To Account #******2738 | secured claim of Comerica Bank p/o 01/31/25 | 9999-000 | | 691.13 | 281,837.14 |
| 02/26/25 | {19} | NxLite Corporation | sale proceeds p/o 02/21/25 | 1229-000 | 425,000.00 | | 706,837.14 |
| 02/26/25 | {18} | NxLite Corporation | sale proceeds p/o 02/21/25 | 1222-000 | 112,000.00 | | 818,837.14 |
| 02/28/25 | 101 | Vail Haggerty LLC | post-petition rent for Dec 1, 2024 to Jan 31, 2025 p/o 02/21/25 [docket #51] | 2990-000 | | 81,762.02 | 737,075.12 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 490.30 | 736,584.82 |
| 03/12/25 | {16} | ULine | settlement payment p/o 03/25/25 | 1241-000 | 5,000.00 | | 741,584.82 |
| 03/13/25 | 102 | Comerica Bank | payment to Comerica Bank p/o 03/11/25 [docket #75] | 4210-000 | | 19,302.16 | 722,282.66 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,171.95 | 721,110.71 |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,245.30 | 719,865.41 |
| 05/01/25 | {17} | Emburse Inc. | settlement payment p/o 02/25/25 | 1229-000 | 2,147.51 | | 722,012.92 |
| 05/19/25 | 103 | Sandra O'Connor Law PLLC | payment of fees to Trustee's Attorney p/o 05/16/25 | 3210-000 | | 54,355.00 | 667,657.92 |
| 05/19/25 | 104 | Sandra O'Connor Law PLLC | reimbursement of expenses to Trustee's Attorney p/o 05/16/25 | 3220-000 | | 976.98 | 666,680.94 |
| 05/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,148.21 | 665,532.73 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,031.11 | 664,501.62 |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,171.63 | 663,329.99 |
| 08/29/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 131.75 | | 663,461.74 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,027.70 | 662,434.04 |
| 09/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 145.18 | | 662,579.22 |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,132.48 | 661,446.74 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 897,411.40 | 235,964.66 | $661,446.74 |
| Less: Bank Transfers/CDs | | 0.00 | 70,691.13 | |
| Subtotal | | 897,411.40 | 165,273.53 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $897,411.40 | $165,273.53 | |

*{ } Asset Reference(s)*                                    *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 24-50838 MLO | |
| Case Name: | AGP E-Glass Co. | |
| Taxpayer ID #: | **-***7255 | |
| For Period Ending: | 09/30/2025 | |

| | |
|---|---|
| Trustee Name: | K. Jin Lim (420180) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******2738 Checking |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/25 | | To Account #******2738 | secured claim of Canton Township | 9999-000 | 70,000.00 | | 70,000.00 |
| 02/03/25 | | To Account #******2738 | secured claim of Comerica Bank p/o 01/31/25 | 9999-000 | 691.13 | | 70,691.13 |

|  | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 70,691.13 | 0.00 | $70,691.13 |
| Less: Bank Transfers/CDs | 70,691.13 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

24-50838-mlo   Doc 106   Filed 10/14/25   Entered 10/14/25 13:29:42   Page 5 of 6

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

**Case No.:** 24-50838 MLO

**Case Name:** AGP E-Glass Co.

**Taxpayer ID #:** **-***7255

**For Period Ending:** 09/30/2025

**Trustee Name:** K. Jin Lim (420180)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******2738 Checking

**Blanket Bond (per case limit):** $2,000,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $897,411.40 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $897,411.40 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8498 Checking | $897,411.40 | $165,273.53 | $661,446.74 |
| ******2738 Checking | $0.00 | $0.00 | $70,691.13 |
| | $897,411.40 | $165,273.53 | $732,137.87 |

10/14/2025

Date

/s/K. Jin Lim

K. Jin Lim