UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AGP E-GLASS CO.,                                    Case No. 24-50838-MLO
                                                    Chapter 7
          Debtor.                                   Hon. Maria L. Oxholm
_____/

**ORDER AUTHORIZING SALE OF REMNANT ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, OR ENCUMBRANCES**

This matter came before the Court upon the Trustee's Motion for Order Authorizing Sale of Remnant Assets Free and Clear of Liens, Claims, or Encumbrances ("the Motion"). Notice of the Motion was served on all interested parties and the matrix of creditors. No timely objections were filed or served. The Court being duly advised in the premises:

IT IS HEREBY ORDERED as follows:

(A)    The Trustee's Motion is granted.

(B)    The Trustee is authorized to sell the bankruptcy estate's interest in the bankruptcy estate's remnant assets ("the property") to SLFAQ, LLC for $5,000.00 pursuant to the terms of the purchase agreement attached to the Motion as Exhibit A free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. §§ 363(b) & 363(f).

(C)     All liens, claims, and encumbrances against the property are extinguished, whether consensual or statutory, including:

      a.     The certain interest filed by the Internal Revenue Service ("IRS") via its Notice of Federal Tax Lien filed with the Michigan Department of State under the Uniform Commercial Code on June 5, 2024, filing number 20240605000868-9 ("the IRS Lien").

(D)     To the extent that the IRS Lien has not been previously satisfied, the IRS Lien shall attach to the cash proceeds from the sale.  The IRS must timely file a proof of claim to be entitled to receive a distribution from the cash proceeds if the IRS Lien has not been previously satisfied.  The IRS Lien on the proceeds will be automatically extinguished if the IRS fails to file a claim and the Trustee disburses funds in accordance with the final report.

(E)     The Trustee may execute such documents and agreements and perform such acts as may be necessary and appropriate to implement, effectuate, and consummate the sale.

(F)     All federal, state, county and local governmental agencies or departments are ordered and directed to accept all filings necessary and appropriate to consummate the sale.

(G) Pursuant to Fed. R. Bankr. P. 6004(h), the Trustee may consummate the sale authorized by this order prior to the expiration of 14 days after entry of this order.

**Signed on March 11, 2026**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**