**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN  DIVISION**

In re:  AGP E-Glass Co.  §  Case No. 24-50838 MLO
 §
 §
 §
 Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/14/2024. The undersigned trustee was appointed on 11/14/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of  $ 968,531.06

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 55,568.40 |
| Bank service fees | 16,704.62 |
| Other payments to creditors | 101,064.18 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 795,193.86 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/14/2025 and the deadline for filing governmental claims was 05/13/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $51,676.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $51,676.55, for a total compensation of $51,676.55[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $250.53 for total expenses of $250.53[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2026

By: /s/ K. Jin Lim
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  24-50838 MLO

**Case Name:**  AGP E-Glass Co.

**For Period Ending:**  05/27/2026

**Trustee Name:**  (420180) K. Jin Lim

**Date Filed (f) or Converted (c):**  11/14/2024 (f)

**§ 341(a) Meeting Date:**  12/17/2024

**Claims Bar Date:**  04/14/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CHECKING ACCOUNT AT COMERICA BANK, XXXXXX4755 p/o 12/16/24 [docket #21] | 28,793.54 | 28,793.54 | | 101,312.18 | FA |
| 2 | SAVINGS ACCOUNT AT COMERICA BANK, XXXXXX5438 p/o 12/16/24 [docket #21] | 96,015.68 | 0.20 | | 0.20 | FA |
| 3 | CHECKING ACCOUNT AT HELM BANK, XXXXXX4136 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | LETTER OF CREDIT WITH CITY OF CANTON AS BENEFICIARY (2896) p/o 12/16/24 [docket #21] | 70,523.55 | 70,523.55 | | 70,523.55 | FA |
| 5 | PREPAYMENT OF CREDIT CARD THROUGH DEPOSIT CERTIFICATE CD/IRA 3006 (DEPOSIT ACCOUNT) p/o 12/16/24 [docket #21] | 70,186.99 | 70,186.99 | | 70,186.99 | FA |
| 6* | RAW MATERIALS: RAW MATERIALS, JULY 2024, NET BOOK VALUE: $206,112.32, VALUATION METHOD: LINEAR (See Footnote) | 206,112.32 | 206,112.32 | OA | 0.00 | FA |
| 7* | FURNITURE AND STORAGE CABINETS AT ALL SITES.. VALUATION METHOD: MARKET (See Footnote) | 157,435.00 | 157,435.00 | OA | 0.00 | FA |
| 8* | IT HARDWARE: EXPENSES MADE TO REMODEL OR SET UP EACH OF THE COMPANES' SITES. MIGHT INCLUDE SOME FURNITURE OR SPECIAL ROOMS.. VALUATION METHOD: MARKET (See Footnote) | 41,771.00 | 41,771.00 | OA | 0.00 | FA |
| 9* | SHELVES, TRAYS, TABLES, TOOLINGS, ETC. ALL EQUIPMENT NECESSARY FOR AVO AND R&D OPERATIONS. (AVO LINES, ACV, COATERS, ETC.. VALUATION METHOD: MARKET (See Footnote) | 2,087,865.00 | 2,087,865.00 | OA | 0.00 | FA |
| 10 | TECH CENTER MICHIGAN 41600 HAGGERTY CIRCLE CANTON, MI 48188 | 0.00 | 0.00 | | 0.00 | FA |
| 11* | AVO CALIFORNIA IPC 10 6872 PROMONTORY PKWY TRACY, CA 95377 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12* | AVO SOUTH CAROLINA 423 FOSTER BROTHERS DRIVE WEST COLUMBIA, SC 29172 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | TAX REFUNDS, TAX YEAR 2021 | 72,000.00 | 72,000.00 | | 13,936.78 | FA |

UST Form 101-7-TFR (5/1/2011)

**Case No.:** 24-50838 MLO

**Case Name:** AGP E-Glass Co.

**For Period Ending:** 05/27/2026

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 11/14/2024 (f)

**§ 341(a) Meeting Date:** 12/17/2024

**Claims Bar Date:** 04/14/2025

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | pre-petition funds due under Shared Space Agreement from NxLite f/k/a 3E Nano Inc. (u) | 91,661.88 | 91,661.88 | | 91,661.88 | FA |
| 15 | Post-petition transfer to Comerica Bank (u) | 19,302.16 | 19,302.16 | | 19,302.16 | FA |
| 16 | Preference payment to Uline (u) p/o 03/25/25 [docket #84] | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 17 | Emburse Inc. funds (u) p/o 02/25/25 [docket #53] | 2,147.51 | 2,147.51 | | 2,147.51 | FA |
| 18* | post-petition funds due under Shared Space Agreement from NxLite f/k/a 3E Nano (u) p/o 02/21/25 [docket #51] (See Footnote) | 112,000.00 | 112,000.00 | | 112,000.00 | FA |
| 19* | Proceeds from NxLite for sale of assets at Canton, MI facility only (u) p/o 02/21/25 [docket #51] (See Footnote) | 425,000.00 | 425,000.00 | | 425,000.00 | FA |
| 20 | Adv Proc 25-4050 vs Genesis Engineering (u) per Default Judgment in AP p/o 04/29/25 and p/o 03/03/26 [docket #116] | 18,684.00 | 18,684.00 | | 13,250.00 | FA |
| 21 | State of South Carolina tax refund (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 22 | Remnant Assets Free & Clear to SLFAQ LLC (u) p/o 03/11/26 [docket #121] | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 23 | duplicate asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 2024 federal tax refund (u) | 35,000.00 | 35,000.00 | | 36,201.97 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 1,007.84 | Unknown |
| **25** | **Assets Totals (Excluding unknown values)** | **$3,541,498.63** | **$3,450,483.15** | | **$968,531.06** | **$0.00** |

RE PROP# 6      officially abandoned p/o 3/14/25 [docket #78]

RE PROP# 7      officially abandoned p/o 3/14/25 [docket #78]

RE PROP# 8      officially abandoned p/o 3/14/25 [docket #78]

RE PROP# 9      officially abandoned p/o 3/14/25 [docket #78]

RE PROP# 11      lease officially rejected p/o 03/14/25 [docket #78]

RE PROP# 12      lease officially rejected p/o 03/14/25 [docket #78]

RE PROP# 18      Report of Sale filed [docket #65]

RE PROP# 19      includes some materials, furniture, hardware, and equipment listed in asset# 6-10; rest have been offically abandoned; Report of Sale filed [docket #65]

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  24-50838 MLO

**Case Name:**  AGP E-Glass Co.

**For Period Ending:**  05/27/2026

**Trustee Name:**  (420180) K. Jin Lim

**Date Filed (f) or Converted (c):**  11/14/2024 (f)

**§ 341(a) Meeting Date:**  12/17/2024

**Claims Bar Date:**  04/14/2025

**Major Activities Affecting Case Closing:**

05/27/26 Claims have been reviewed. Case is ready to be closed.

05/18/26 all applications filed; ready for final report

03/31/26 claims reviewed; apps for compensation pending

03/23/26 payment for remnant assets received

03/12/26 payment from Genesis received

03/12/26 order approving sale of remnant assets entered

03/04/26 order approving compromise with Genesis entered

02/18/26 2021 and 2024 federal tax refunds received

02/16/25 motion to sell remnant assets filed

02/06/26 motion to compromise with Genesis filed

12/31/25 per John Bohl, accountant, we can expect $35K refund check from IRS in 3-4 weeks.

12/08/25 finalize settlement of Genesis preference judgment; oversee tax filings with Trustee's accountant; solicit offers for remnant sale; monitor line of credit with Comerica

10/09/25 objections to claims #23-26 filed

09/30/25 continuing to investigate possible 2021 tax refunds and pursuing Adv Proc judgment

09/23/25 tax returns filed with IRS and State of Michigan, California, and South Carolina; continuing collection efforts

07/08/25 working on claims issues; preparing tax returns; pursuing collection from Genesis for preference payment

05/01/25 settlement funds from Emburse received

04/29/25 default judgment entered in AP 25-4050 vs Genesis Engineering; waiting for funds

03/26/25 compromise order with Uline entered

03/24/25 AP 25-4048 and AP 25-4050 filed to recover money

03/12/25 payment from Uline received

02/27/28 motion to approve compromise with Uline filed.

02/26/28 proceeds from sale of assets to NxLite received by hand

02/25/25 Order for turnover of funds at Emburse Inc entered

02/26/25 settlement with Uline pending for preference payment

02/21/25 order entered authorizing sale of property in Canton, MI

02/07/25 motion to compel Emburse, Inc to turnover funds filed

02/04/25 order regarding secured claim of Comerica Bank entered in amount of $70,691.13

01/28/25 app to employ accountant filed

01/27/25 motion to sell property at Canton, MI location filed

01/13/25 funds from Comerica bank accounts received

12/17/24 order for turnover entered; waiting for funds

12/16/24 payment from 3E Nano sublessee received

11/26/24 motion to compel Comerica to turnover funds filed. so

11/18/24 attorney for trustee employed

**Initial Projected Date Of Final Report (TFR):**  12/31/2027

**Current Projected Date Of Final Report (TFR):**  05/27/2026 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 24-50838 MLO | |
| Case Name: | AGP E-Glass Co. | |
| Taxpayer ID #: | **-***7255 | |
| For Period Ending: | 05/27/2026 | |

| | | |
|---|---|---|
| Trustee Name: | K. Jin Lim (420180) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******8498 Checking | |
| Blanket Bond (per case limit): | $2,000,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/24 | {14} | 3E Nano Inc. | pre-petition payment from sublessee for Canton facility | 1222-000 | 91,661.88 | | 91,661.88 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 73.25 | 91,588.63 |
| 01/13/25 | | Comerica Bank | funds from checking bank account p/o 12/16/24 | | 242,022.72 | | 333,611.35 |
| | {1} | | checking acct 4755 $101,312.18 | 1129-000 | | | |
| | {4} | | acct 2896 $70,523.55 | 1129-000 | | | |
| | {5} | | cd account 3006 $70,186.99 | 1129-000 | | | |
| 01/13/25 | {2} | Comerica Bank | funds from savings bank account p/o 12/16/24 | 1129-000 | 0.20 | | 333,611.55 |
| 01/29/25 | | To Account #******2738 | possible secured claim of Comerica Bank p/o 01/31/25 [docket #39] | 9999-000 | | 70,000.00 | 263,611.55 |
| 01/30/25 | {15} | Comerica Bank | post-petition transfer | 1290-000 | 19,302.16 | | 282,913.71 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 385.44 | 282,528.27 |
| 02/03/25 | | To Account #******2738 | secured claim of Comerica Bank p/o 01/31/25 | 9999-000 | | 691.13 | 281,837.14 |
| 02/26/25 | {19} | NxLite Corporation | sale proceeds p/o 02/21/25 | 1229-000 | 425,000.00 | | 706,837.14 |
| 02/26/25 | {18} | NxLite Corporation | sale proceeds p/o 02/21/25 | 1222-000 | 112,000.00 | | 818,837.14 |
| 02/28/25 | 101 | Vail Haggerty LLC | post-petition rent for Dec 1, 2024 to Jan 31, 2025 p/o 02/21/25 [docket #51] | 2990-000 | | 81,762.02 | 737,075.12 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 490.30 | 736,584.82 |
| 03/12/25 | {16} | ULine | settlement payment p/o 03/25/25 | 1241-000 | 5,000.00 | | 741,584.82 |
| 03/13/25 | 102 | Comerica Bank | payment to Comerica Bank p/o 03/11/25 [docket #75] | 4210-000 | | 19,302.16 | 722,282.66 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,171.95 | 721,110.71 |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,245.30 | 719,865.41 |
| 05/01/25 | {17} | Emburse Inc. | settlement payment p/o 02/25/25 | 1229-000 | 2,147.51 | | 722,012.92 |
| 05/19/25 | 103 | Sandra O'Connor Law PLLC | payment of fees to Trustee's Attorney p/o 05/16/25 | 3210-000 | | 54,355.00 | 667,657.92 |
| 05/19/25 | 104 | Sandra O'Connor Law PLLC | reimbursement of expenses to Trustee's Attorney p/o 05/16/25 | 3220-000 | | 976.98 | 666,680.94 |
| 05/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,148.21 | 665,532.73 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,031.11 | 664,501.62 |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,171.63 | 663,329.99 |
| 08/29/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 131.75 | | 663,461.74 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,027.70 | 662,434.04 |
| 09/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 145.18 | | 662,579.22 |

Page Subtotals: $897,411.40 $234,832.18

{ } Asset Reference(s)       UST Form 101-7-TFR (5/1/2011)                                            ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 24-50838 MLO | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | AGP E-Glass Co. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7255 | Account #: | ******8498 Checking |
| For Period Ending: | 05/27/2026 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,132.48 | 661,446.74 |
| 10/06/25 | {21} | State of South Carolina | tax refund | 1229-000 | 2,000.00 | | 663,446.74 |
| 10/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 139.89 | | 663,586.63 |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,098.13 | 662,488.50 |
| 11/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 101.64 | | 662,590.14 |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 955.61 | 661,634.53 |
| 12/08/25 | 105 | Insurance Partners | blanket bond 11/01/25-11/01/26 policy #3517698 | 2300-000 | | 236.42 | 661,398.11 |
| 12/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 101.49 | | 661,499.60 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,201.68 | 660,297.92 |
| 01/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 81.40 | | 660,379.32 |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,058.28 | 659,321.04 |
| 02/18/26 | {13} | United States Treasury | 2021 tax refund | 1129-000 | 13,936.78 | | 673,257.82 |
| 02/18/26 | {24} | United States Treasury | 2024 tax refund plus interest of $1,201.97 | 1224-000 | 36,201.97 | | 709,459.79 |
| 02/27/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 77.92 | | 709,537.71 |
| 02/27/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,010.37 | 708,527.34 |
| 03/12/26 | {20} | Genesis Engineering Services | settlement payment p/o 03/03/26 | 1241-000 | 13,250.00 | | 721,777.34 |
| 03/23/26 | {22} | SLFAQ LLC | payment for remnant assets p/o 03/11/26 | 1229-000 | 5,000.00 | | 726,777.34 |
| 03/31/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 94.45 | | 726,871.79 |
| 03/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,226.87 | 725,644.92 |
| 04/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 89.46 | | 725,734.38 |
| 04/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,276.31 | 724,458.07 |
| 05/15/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 44.66 | | 724,502.73 |
| 05/21/26 | | To Account #******8498 | possible secured claim of Comerica Bank p/o 01/31/25 [docket #39] | 9999-000 | 70,691.13 | | 795,193.86 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,039,222.19 | 244,028.33 | $795,193.86 |
| Less: Bank Transfers/CDs | 70,691.13 | 70,691.13 | |
| Subtotal | 968,531.06 | 173,337.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $968,531.06 | $173,337.20 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

| Case No.: | 24-50838 MLO | | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|---|
| Case Name: | AGP E-Glass Co. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7255 | | Account #: | ******2738 Checking |
| For Period Ending: | 05/27/2026 | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| 01/29/25 | | To Account #******2738 p/o 01/31/25 | possible secured claim of Comerica Bank p/o 01/31/25 [docket #39] | 9999-000 | 70,000.00 | | 70,000.00 |
| 02/03/25 | | To Account #******2738 | possible secured claim of Comerica Bank p/o 01/31/25 [docket #39] | 9999-000 | 691.13 | | 70,691.13 |
| 05/21/26 | | To Account #******8498 | transfer and close this account | 9999-000 | | 70,691.13 | 0.00 |
| | | **COLUMN TOTALS** | | | **70,691.13** | **70,691.13** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 70,691.13 | 70,691.13 | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 24-50838 MLO

**Case Name:** AGP E-Glass Co.

**Taxpayer ID #:** **-***7255

**For Period Ending:** 05/27/2026

**Trustee Name:** K. Jin Lim (420180)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******2738 Checking

**Blanket Bond (per case limit):** $2,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8498 Checking | $968,531.06 | $173,337.20 | $795,193.86 |
| ******2738 Checking | $0.00 | $0.00 | $0.00 |
| | $968,531.06 | $173,337.20 | $795,193.86 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | K. Jin Lim, Trustee<br>176 S. Harvey Street<br>Plymouth, MI 48170 | Admin Ch. 7 | | $ 51,676.55 | $0.00 | $51,676.55 |
| TE | K. Jin Lim, Trustee<br>176 S Harvey St<br>Plymouth, MI 48170 | Admin Ch. 7 | | $ 250.53 | $0.00 | $250.53 |
| | JOHN BOHL & ASSOCIATES LLC<br>24359 Northwestern Hwy<br>Suite 250<br>Southfield, MI 48075 | Admin Ch. 7 | | $ 13,854.69 | $0.00 | $13,854.69 |
| | JOHN BOHL & ASSOCIATES LLC<br>24359 Northwestern Hwy<br>Suite 250<br>Southfield, MI 48075 | Admin Ch. 7 | | $ 299.90 | $0.00 | $299.90 |
| | John F. Bradley, Jr.<br>28 N. First St.<br>#400<br>San Jose, CA 95113 | Admin Ch. 7 | | $ 2,637.60 | $0.00 | $2,637.60 |

# Exhibit C

# Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | John F. Bradley, Jr.<br>28 N. First St.<br>#400<br>San Jose, CA 95113 | Admin Ch. 7 | | $ 62.00 | $0.00 | $62.00 |
| | Sandra O'Connor Law PLLC<br>2264 Paulette<br>Walled Lake, MI 48390 | Admin Ch. 7 | | $ 83,090.00 | $54,355.00 | $28,735.00 |
| | Sandra O'Connor Law PLLC<br>2264 Paulette<br>Walled Lake, MI 48390 | Admin Ch. 7 | | $ 1,524.13 | $976.98 | $547.15 |
| | U.S. Bankruptcy Court | Admin Ch. 7 | | $ 700.00 | $0.00 | $700.00 |
| 1 | Staples, Inc.<br>PO Box 102419<br>Columbia, SC 29224 | Unsecured | | $ 338.72 | $0.00 | $338.72 |

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Atlas Copco Compressors LLC<br>48430 Milmont Dr<br>FREMONT, CA 94538 | Unsecured | | $ 1,854.25 | $0.00 | $1,854.25 |
| 3 | Airgas USA, LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | Unsecured | | $ 411.82 | $0.00 | $411.82 |
| 4 | Sunbelt Rentals, Inc.<br>PO BOX 409211<br>Atlanta, GA 30384-9211 | Unsecured | | $ 2,458.70 | $0.00 | $2,458.70 |
| 5 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147 | Unsecured | | $ 21,255.28 | $0.00 | $21,255.28 |
| 6P-A | SC Department of Revenue<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210 | Priority Unsecured | amended claim 06/30/25 (6-2) | $ 4,470.50 | $0.00 | $4,470.50 |

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6U-A | SC Department of Revenue<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210 | Unsecured | amended claim 06/30/25 (6-2)<br>penalty | $ 726.00 | $0.00 | $726.00 |
| 7 | AmTrust North America, Inc. on behalf of<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122 | Unsecured | | $ 219,319.00 | $0.00 | $219,319.00 |
| 8 | Ultimation Industries LLC<br>15935 Sturgeon Street<br>ROSEVILLE, MI 48066 | Unsecured | | $ 2,619.70 | $0.00 | $2,619.70 |
| 9 | DESIGNETICS, INC.<br>1624 South Eber Road<br>Holland, OH 43528 | Unsecured | | $ 3,582.00 | $0.00 | $3,582.00 |
| 10 | Jesus Valdez<br>c/o Roman Otkupman, Esq.<br>Otkupman Law Firm, 5743 Corsa Avenue, Ste. 123<br>Westlake Village, CA 91301 | Unsecured | allowed as general unsecured claim p/o 02/14/25 [docket #49] | $ 1,055,360.00 | $0.00 | $1,055,360.00 |

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11-A | Franchise Tax Board<br><br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Unsecured | 7230<br><br>allowed as amended 01/05/26 (11-3) | $ 0.00 | $0.00 | $0.00 |
| 12 | UFP Thornton LLC<br><br>2081 E. Beltline Ave NE<br>Grand Rapids, MI 49525 | Unsecured | amount of claim reduced p/o 04/18/25 [docket #89] | $ 72,954.95 | $0.00 | $72,954.95 |
| 13 | UFP Salisbury LLC<br><br>2081 E. Beltline Ave NE<br>Grand Rapids, MI 49525 | Unsecured | amount of claim reduced p/o 04/18/25 [docket #89] | $ 11,956.61 | $0.00 | $11,956.61 |
| 14 | Euler Hermes agent for Avenue Logistics, LLC<br><br>100 International Dr<br>22nd Floor<br>Baltimore, MD 21202 | Unsecured | allowed as general unsecured p/o 03/05/25 | $ 11,475.00 | $0.00 | $11,475.00 |
| 15 | Euler Hermes agent for Avenue Logistics, LLC<br><br>100 International Dr<br>22nd Floor<br>Baltimore, MD 21202 | Unsecured | duplicate asset disallowed [docket #66] | $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16P | Ohio Department of Taxation<br><br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | Priority Unsecured | | $ 418.97 | $0.00 | $418.97 |
| 16U | Ohio Department of Taxation<br><br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | Unsecured | penalty | $ 104.92 | $0.00 | $104.92 |
| 17 | GERMANYCabalo Logistics<br><br>Calzada del Valle 400, Edificio III, Col<br>Del Valle, San Pedro Garza Garcia, Nuevo Len<br>Mexico, C.P. 66220 | Unsecured | | $ 4,890.00 | $0.00 | $4,890.00 |
| 18 | Shanghai GOSUN Automation Technology Co., Ltd<br>Room 2410, No.378 Chengbei Road, Jiading District, Shanghai<br>China, China | Unsecured | | $ 39,456.51 | $0.00 | $39,456.51 |
| 19 | Glas-Weld Systems, Inc.<br><br>20578 Empire Avenue<br>20578 Empire Avenue<br>Bend, OR 97701 | Unsecured | | $ 1,523.75 | $0.00 | $1,523.75 |

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | Clark Hill PLC | Unsecured | | $ 56,787.55 | $0.00 | $56,787.55 |
| | Robert P. Franke 901 Main Street, Suite 6000 Dallas, TX 75202 | | | | | |
| 21 | INDUSTRIA E COMERCIO DE SUPRIMENTOS | Unsecured | | $ 4,224.00 | $0.00 | $4,224.00 |
| | Rua Senador Vergueiro 282 - Centro | | allowed as general unsecured p/o 04/11/25 [docket#87] | | | |
| 22 | Antaya Technologies Corp. | Unsecured | | $ 25,630.76 | $0.00 | $25,630.76 |
| | 333 Strawberry Field Rd. Attn: Lital Herskovits Warwick, RI 02886 | | | | | |
| 23 | Jesus Valdez Medina | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | c/o Jessica L. Campbell, Esq. Aegis Law, 9811 Irvine Center Dr. #100 Irvine, CA 92618 | | withdrawn p/o 11/12/25 | | | |
| 24 | Jesus Valdez Medina | Unsecured | | $ 10,000.00 | $0.00 | $10,000.00 |
| | c/o Jessica L. Campbell, Esq. Aegis Law, 9811 Irvine Center Dr. #100 Irvine, CA 92618 | | allowed p/o 11/12/25 | | | |

# Exhibit C

## Claims Register

### Case: 24-50838 MLO AGP E-Glass Co.

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 25 | JESUS VALDEZ MEDINA as PAGA<br>Attn: AEGIS LAW FIRM, PC<br>9811 Irvine Center Dr, Ste 100<br>Irvine, CA 92618 | Unsecured | allowed p/o 11/12/25 | $ 56,100.00 | $0.00 | $56,100.00 |
| 26 | AEGIS LAW FIRM, PC<br>9811 Irvine Center Dr, Ste 100<br>Irvine, CA 92618 | Unsecured | allowed p/o 11/12/25 | $ 34,000.00 | $0.00 | $34,000.00 |
| 27 | Travelers - Account Resolution<br>One Tower Square 10MN<br>Hartford, CT 06183 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| 28 | RecruitGigs, LLC<br>ATTN: Armando Avila, CEO<br>401 Glass Lane<br>Modesto, CA 95356 | Unsecured | | $ 224,775.32 | $0.00 | $224,775.32 |
| 29-A | Prologis-Exchange IPC 10 LLC<br>c/o Brian P. Morgan<br>Faegre Drinker Biddle & Reath LLP, 1177 Ave.<br>of the Americas, 41st Fl.<br>New York, NY 10036 | Unsecured | | $ 594,420.38 | $0.00 | $594,420.38 |

# Exhibit C

## Claims Register

**Case: 24-50838 MLO AGP E-Glass Co.**

**Claims Bar Date:**   4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 30 | Marcell West | Unsecured | | $ 1,000,000.00 | $0.00 | $1,000,000.00 |
| | c/o Lawrence Organ and Emily Kohlheim California Civil Rights Law Group, 870 Market Street, Ste. 544 San Francisco, CA 94102 | | | | | |
| 31 | Ronald Patterson | Unsecured | | $ 1,000,000.00 | $0.00 | $1,000,000.00 |
| | c/o Lawrence Organ and Emily Kohlheim California Civil Rights Law Group, 870 Market Street, Ste. 544 San Francisco, CA 94102 | | | | | |
| 32 | 321 Logistics | Unsecured | | $ 697,480.43 | $0.00 | $697,480.43 |
| | 719 Holly Street ATTN: Candace Leaphart Columbia, SC 29205 | | | | | |
| 33 | Kelly S Cole-Chirio | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 1881 Frances Way Ypsilanti Township, Michigan,, MI 48198 | | claim disallowed p/o 07/11/25 [docket #97] | | | |
| 34-A | Texas Comptroller of Public Accounts | Priority Unsecured | | $ 4,719.50 | $0.00 | $4,719.50 |
| | C/O Office of the Attorney General Bankruptcy - Collections Division MC-008, PO Box 12548 Austin, TX 78711-2548 | | | | | |

# Exhibit C

## Claims Register

### Case: 24-50838 MLO AGP E-Glass Co.

**Claims Bar Date:** 4/14/25 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 35 | City Of Tracy Revenue department | Unsecured | | $ 77,935.49 | $0.00 | $77,935.49 |
| | 333 Civic Center Plaza Tracy, CA 95376-4062 | | tardily filed claim | | | |
| 36 | A.I. srl | Unsecured | | $ 27,230.00 | $0.00 | $27,230.00 |
| | snc, via Erasmo Piaggio Chieti, 66100 | | tardily filed claim | | | |
| 37 | State of California | Priority Unsecured | | $ 7,081.00 | $0.00 | $7,081.00 |
| | Franchise Tax Board PO Box 2952 Sacramento, CA 95812-2952 | | allowed as priority tax claim in the amount of $7,081.00 p/o 03/06/26 | | | |
| 38 | ADP INC | Unsecured | | $ 2,298.62 | $0.00 | $2,298.62 |
| | 1851 N. Resler EL Paso, TX 79912 | | tardily filed claim | | | |
| | | | **Case Total:** | | $55,331.98 | $5,376,623.15 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-50838 MLO
Case Name: AGP E-Glass Co.
Trustee Name: K. Jin Lim

**Balance on hand:** $ 795,193.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 795,193.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - K. Jin Lim, Trustee | 51,676.55 | 0.00 | 51,676.55 |
| Trustee, Expenses - K. Jin Lim, Trustee | 250.53 | 0.00 | 250.53 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |
| Attorney for Trustee Fees (Other Firm) - Sandra O'Connor Law PLLC | 83,090.00 | 54,355.00 | 28,735.00 |
| Attorney for Trustee Fees (Other Firm) - John F. Bradley, Jr. | 2,637.60 | 0.00 | 2,637.60 |
| Attorney for Trustee Expenses (Other Firm) - Sandra O'Connor Law PLLC | 1,524.13 | 976.98 | 547.15 |
| Attorney for Trustee Expenses (Other Firm) - John F. Bradley, Jr. | 62.00 | 0.00 | 62.00 |
| Accountant for Trustee Fees (Other Firm) - JOHN BOHL & ASSOCIATES LLC | 13,854.69 | 0.00 | 13,854.69 |
| Other Professional's Expenses - JOHN BOHL & ASSOCIATES LLC | 299.90 | 0.00 | 299.90 |

Total to be paid for chapter 7 administrative expenses: $ 98,763.42
Remaining balance: $ 696,430.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | | None | |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 696,430.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,689.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P-A | SC Department of Revenue | 4,470.50 | 0.00 | 4,470.50 |
| 16P | Ohio Department of Taxation | 418.97 | 0.00 | 418.97 |
| 34-A | Texas Comptroller of Public Accounts | 4,719.50 | 0.00 | 4,719.50 |
| 37 | State of California | 7,081.00 | 0.00 | 7,081.00 |

Total to be paid for priority claims: $ 16,689.97
Remaining balance: $ 679,740.47

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,152,874.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Staples, Inc. | 338.72 | 0.00 | 44.68 |
| 2 | Atlas Copco Compressors LLC | 1,854.25 | 0.00 | 244.60 |
| 3 | Airgas USA, LLC | 411.82 | 0.00 | 54.33 |
| 4 | Sunbelt Rentals, Inc. | 2,458.70 | 0.00 | 324.34 |
| 5 | Cellco Partnership d/b/a Verizon Wireless | 21,255.28 | 0.00 | 2,803.89 |
| 7 | AmTrust North America, Inc. on behalf of | 219,319.00 | 0.00 | 28,931.42 |
| 8 | Ultimation Industries LLC | 2,619.70 | 0.00 | 345.58 |
| 9 | DESIGNETICS, INC. | 3,582.00 | 0.00 | 472.52 |
| 10 | Jesus Valdez | 1,055,360.00 | 0.00 | 139,217.61 |
| 11-A | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 12 | UFP Thornton LLC | 72,954.95 | 0.00 | 9,623.84 |
| 13 | UFP Salisbury LLC | 11,956.61 | 0.00 | 1,577.25 |
| 14 | Euler Hermes agent for Avenue Logistics, LLC | 11,475.00 | 0.00 | 1,513.72 |
| 15 | Euler Hermes agent for Avenue Logistics, LLC | 0.00 | 0.00 | 0.00 |
| 17 | GERMANYCabalo Logistics | 4,890.00 | 0.00 | 645.06 |
| 18 | Shanghai GOSUN Automation Technology Co., Ltd | 39,456.51 | 0.00 | 5,204.90 |
| 19 | Glas-Weld Systems, Inc. | 1,523.75 | 0.00 | 201.01 |
| 20 | Clark Hill PLC | 56,787.55 | 0.00 | 7,491.12 |
| 21 | INDUSTRIA E COMERCIO DE SUPRIMENTOS | 4,224.00 | 0.00 | 557.21 |
| 22 | Antaya Technologies Corp. | 25,630.76 | 0.00 | 3,381.08 |
| 23 | Jesus Valdez Medina | 0.00 | 0.00 | 0.00 |
| 24 | Jesus Valdez Medina | 10,000.00 | 0.00 | 1,319.15 |
| 25 | JESUS VALDEZ MEDINA as PAGA | 56,100.00 | 0.00 | 7,400.42 |
| 26 | AEGIS LAW FIRM, PC | 34,000.00 | 0.00 | 4,485.10 |
| 27 | Travelers - Account Resolution | 0.00 | 0.00 | 0.00 |
| 28 | RecruitGigs, LLC | 224,775.32 | 0.00 | 29,651.19 |
| 29-A | Prologis-Exchange IPC 10 LLC | 594,420.38 | 0.00 | 78,412.84 |
| 30 | Marcell West | 1,000,000.00 | 0.00 | 131,914.81 |
| 31 | Ronald Patterson | 1,000,000.00 | 0.00 | 131,914.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 32 | 321 Logistics | 697,480.43 | 0.00 | 92,007.99 |
| 33 | Kelly S Cole-Chirio | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 679,740.47
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $107,464.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 35 | City Of Tracy Revenue department | 77,935.49 | 0.00 | 0.00 |
| 36 | A.I. srl | 27,230.00 | 0.00 | 0.00 |
| 38 | ADP INC | 2,298.62 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $830.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6U-A | SC Department of Revenue | 726.00 | 0.00 | 0.00 |
| 16U | Ohio Department of Taxation | 104.92 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**