# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In the Matter of:
AGP E-Glass Co.

Case No. 24-50838
Chapter 7
Honorable Maria L. Oxholm

_____ Debtor(s) _____ /

### CERTIFICATE OF DISTRIBUTION

Now comes K. Jin Lim, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $968,611.31, and disbursed $173,337.20, leaving a balance on hand of $795,193.86, which funds are lodged in an account in Metropolitan Commercial Bank;

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| K. Jin Lim, Trustee | Trustee Compensation p/o 07/15/26 | 51,676.55 | 100.00 | 51,676.55 |
| K. Jin Lim, Trustee | Trustee Expenses p/o 07/15/26 | 250.53 | 100.00 | 250.53 |
| U.S. Bankruptcy Court | Clerk of the Court Costs | 700.00 | 100.00 | 700.00 |
| Sandra O'Connor Law PLLC | Attorney for Trustee Fees p/o 07/15/26 | 83,090.00 | 100.00 | 28,735.00 |
| John F. Bradley, Jr. | Attorney for Trustee Fees p/o 07/15/26 | 2,637.60 | 100.00 | 2,637.60 |
| Sandra O'Connor Law PLLC | Attorney for Trustee Expenses p/o 07/15/26 | 1,524.13 | 100.00 | 547.15 |
| John F. Bradley, Jr. | Attorney for Trustee Expenses p/o 07/15/26 | 62.00 | 100.00 | 62.00 |
| JOHN BOHL & ASSOCIATES LLC | Accountant for Trustee Fees p/o 07/15/26 | 13,854.69 | 100.00 | 13,854.69 |

| | | | | | |
|---|---|---|---|---|---|
| JOHN BOHL & ASSOCIATES LLC | Other Professional's Expenses p/o 07/15/26 | 299.90 | 100.00 | | 299.90 |
| | Subtotals: | $ 154,095.40 | | $ | 98,763.42 |

## Priority Claims §507(a)(8) - Tax Claims

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 6P-A | SC Department of Revenue | 4,470.50 | 100.00 | 4,470.50 |
| 16P | Ohio Department of Taxation | 418.97 | 100.00 | 418.97 |
| 34-A | Texas Comptroller of Public Accounts | 4,719.50 | 100.00 | 4,719.50 |
| 37 | State of California | 7,081.00 | 100.00 | 7,081.00 |
| | Subtotals: | $16,689.97 | | $16,689.97 |
| | Priority Subtotals: | $16,689.97 | | $16,689.97 |

## Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1 | Staples, Inc. | 338.72 | 13.19 | 44.68 |
| 2 | Atlas Copco Compressors LLC | 1,854.25 | 13.19 | 244.60 |
| 3 | Airgas USA, LLC | 411.82 | 13.19 | 54.33 |
| 4 | Sunbelt Rentals, Inc. | 2,458.70 | 13.19 | 324.34 |
| 5 | Cellco Partnership d/b/a Verizon Wireless | 21,255.28 | 13.19 | 2,803.89 |
| 7 | AmTrust North America, Inc. on behalf of | 219,319.00 | 13.19 | 28,931.42 |
| 8 | Ultimation Industries LLC | 2,619.70 | 13.19 | 345.58 |
| 9 | DESIGNETICS, INC. | 3,582.00 | 13.19 | 472.52 |
| 10 | Jesus Valdez | 1,055,360.00 | 13.19 | 139,217.61 |
| 12 | UFP Thornton LLC | 72,954.95 | 13.19 | 9,623.84 |

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 13 | UFP Salisbury LLC | 11,956.61 | 13.19 | 1,577.25 |
| 14 | Euler Hermes agent for Avenue Logistics, LLC | 11,475.00 | 13.19 | 1,513.72 |
| 17 | GERMANYCabalo Logistics | 4,890.00 | 13.19 | 645.06 |
| 18 | Shanghai GOSUN Automation Technology Co., Ltd | 39,456.51 | 13.19 | 5,204.90 |
| 19 | Glas-Weld Systems, Inc. | 1,523.75 | 13.19 | 201.01 |
| 20 | Clark Hill PLC | 56,787.55 | 13.19 | 7,491.12 |
| 21 | INDUSTRIA E COMERCIO DE SUPRIMENTOS | 4,224.00 | 13.19 | 557.21 |
| 22 | Antaya Technologies Corp. | 25,630.76 | 13.19 | 3,381.08 |
| 24 | Jesus Valdez Medina | 10,000.00 | 13.19 | 1,319.15 |
| 25 | JESUS VALDEZ MEDINA as PAGA | 56,100.00 | 13.19 | 7,400.42 |
| 26 | AEGIS LAW FIRM, PC | 34,000.00 | 13.19 | 4,485.10 |
| 28 | RecruitGigs, LLC | 224,775.32 | 13.19 | 29,651.19 |
| 29-A | Prologis-Exchange IPC 10 LLC | 594,420.38 | 13.19 | 78,412.84 |
| 30 | Marcell West | 1,000,000.00 | 13.19 | 131,914.81 |
| 31 | Ronald Patterson | 1,000,000.00 | 13.19 | 131,914.81 |
| 32 | 321 Logistics | 697,480.43 | 13.19 | 92,007.99 |
| | Subtotals: | $5,152,874.73 | | $679,740.47 |

Unsecured Claims - Untimely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 35 | City Of Tracy Revenue department | 77,935.49 | 0.00 | 0.00 |
| 36 | A.I. srl | 27,230.00 | 0.00 | 0.00 |

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 38 | ADP INC | 2,298.62 | 0.00 | 0.00 |

| | Subtotals: | $107,464.11 | | $0.00 |
|---|---|---|---|---|

**Unsecured Claims - Penalties**

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 6U-A | SC Department of Revenue | 726.00 | 0.00 | 0.00 |
| 16U | Ohio Department of Taxation | 104.92 | 0.00 | 0.00 |

| | Subtotals: | $830.92 | | $0.00 |
|---|---|---|---|---|
| | Unsecured Subtotals: | $5,261,169.76 | | $679,740.47 |
| | Total Paid: | | | $795,193.86 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of her knowledge.


Date: July 16, 2026

/s/ K. Jin Lim
K. Jin Lim, Trustee
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420